Jay J. Schuttert, Esq.
Nevada Bar No. 8656
David W. Gutke, Esq.
Nevada Bar No. 9820
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Avenue, Suite 900
Las Vegas, NV 89101
Telephone (702) 805-0290
Facsimile (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

Andrew Z. Weaver, Esq. (Pro Hac To Be Filed)
Polsinelli PC
1000 Louisiana Street, 53rd Floor
Houston, TX 77002
Telephone: (713) 374-1600
Facsimile: (713) 374-1601
Email: aweaver@polsinelli.com

*Attorneys for Plaintiff Universal Entertainment Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual<br><br>Defendants. | CASE NO.: 2:18-cv-00585-RFB-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS ARUZE GAMING AMERICA, INC. AND KAZUO OKADA TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Universal Entertainment Corporation and Defendants Aruze Gaming America, Inc. and Kazuo Okada, through their respective counsel, that the time for Defendant Aruze Gaming America, Inc. to respond to the Complaint is extended for 30 days, up to and including May 28, 2018. Further, counsel for Defendant Kazuo Okada has agreed to accept service of the Summons and Complaint, effective April 25, 2018, and the parties agree that the time for Okada to respond to the Complaint shall also be extended until

1

May 28, 2018. This is the first such request by the parties.

Accordingly, for good cause showing, the parties have agreed to an extension of time, up to and including May 28, 2018, for Defendants Aruze Gaming America, Inc. and Kazuo Okada to respond to the Complaint.

Dated this 25th day of April, 2018.

| EVANS FEARS & SCHUTTERT LLP | HOLLAND & HART LLP |
|---|---|
| By: /s/ David W. Gutke<br>Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>2300 West Sahara Avenue, Suite 900<br>Las Vegas, NV 89102<br><br>Andrew Z. Weaver (Pro Hac To Be Filed)<br>Polsinelli PC<br>1000 Louisiana Street, 53rd Floor<br>Houston, TX 77002<br><br>*Attorneys for Plaintiff*<br>*Universal Entertainment Corporation* | By: /s/ J. Stephen Peek<br>J. Stephen Peek, Esq.<br>Nevada Bar No. 1758<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada* |

## ORDER

**IT IS SO ORDERED.**

*[signature: George Foley Jr.]*

UNITED STATES MAGISTRATE JUDGE

DATED: 4-26-2018

CASE NO.: 2:18-cv-00585-RFB-GWF