Jay J. Schuttert, Esq.
Nevada Bar No. 8656
David W. Gutke, Esq.
Nevada Bar No. 9820
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Avenue, Suite 900
Las Vegas, NV 89101
Telephone (702) 805-0290
Facsimile (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

Andrew Z. Weaver, Esq.
*Pro Hac Vice*
Polsinelli PC
1000 Louisiana Street, 53rd Floor
Houston, TX 77002
Telephone: (713) 374-1600
Facsimile: (713) 374-1601
Email: aweaver@polsinelli.com

*Attorneys for Plaintiff Universal Entertainment Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual<br><br>Defendants. | CASE NO.: 2:18-cv-00585-RFB-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME RE: BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Universal Entertainment Corporation and Defendants Aruze Gaming America, Inc. and Kazuo Okada, through their respective counsel, that the time for Plaintiff Universal Entertainment Corporation to file its response to Defendants' motion to dismiss filed on May 29, 2018 (ECF No. 13) is extended for 21 days, from June 12, 2018 to July 3, 2018. This is the first stipulation for extension of time to the

1

briefing schedule for Defendants' motion to dismiss. Further, Defendants' reply in support of their motion to dismiss shall likewise be extended for 21 days beyond the deadline under LR 7-2 and, therefore, is due on July 31, 2018, which is 28 days following the deadline for Plaintiff's response. This extension request is based on the parties' desire to further evaluate the complexities of the asserted claims and to accommodate counsel's schedules. Accordingly, for good cause showing, the parties have agreed to the foregoing extension of the briefing schedule for Defendants' motion to dismiss.

Dated this 8th day of June, 2018.

| EVANS FEARS & SCHUTTERT LLP | HOLLAND & HART LLP |
|---|---|
| By: /s/ David W. Gutke<br>Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>2300 West Sahara Avenue, Suite 900<br>Las Vegas, NV 89102<br><br>Andrew Z. Weaver, Esq.<br>Pro Hac Vice<br>Polsinelli PC<br>1000 Louisiana Street, 53rd Floor<br>Houston, TX 77002<br><br>*Attorneys for Plaintiff*<br>*Universal Entertainment Corporation* | By: /s/ Robert J. Cassity<br>J. Stephen Peek, Esq.<br>Nevada Bar No. 1758<br>Robert J. Cassity, Esq.<br>Nevada Bar No. 9779<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*<br><br>Jeffrey S. Love, Esq.<br>Pro Hac Vice<br>Klarquist Sparkman, LLP<br>121 SW Salmon St., Ste. 1600<br>Portland, OR 97204<br><br>*Attorneys for Defendant Aruze Gaming America, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: June 11, 2018.

CASE NO.: 2:18-cv-00585-RFB-GWF