# Exhibit E

# G-ENEX Service Manual

# SERVICE MANUAL
## G-ENEX Video Slot Gaming Machine

Version AU-1.03
August 10, 2007



**G-ENEX Video Slot Gaming Machine**

# Introduction

This manual is intended for Operators, Owners, and Qualified Maintenance/Service Personnel to provide the important information about the machine installation, operation, and servicing.

It is strongly recommended to thoroughly read and understand this manual before starting the machine.   Please keep this manual at hand, so that you can quickly refer to it whenever necessary.

## Technical Support

Aruze Gaming America, Inc., Aruze Gaming Australia Pty. Ltd, and Aruze Gaming Africa (Pty.) Ltd. (ARUZE thereinafter) are dedicated to providing high quality service and maintenance.   Please feel free to contact us any time.

# Limited Warranty

ARUZE warrants that the products it manufactures will be free from defects in materials and workmanship for a period of six (6) months commencing on the date the products are shipped from Japan (except as otherwise provided in any separate sales agreement). Within this period, ARUZE will provide replacement parts at no charge for the products covered under this limited warranty when a part requires replacement.

This warranty does not cover any damage or failure caused by or attributable to improper installation, improper usage, abuse, improper maintenance, excessive operating voltages, or repairs performed or recommended by anyone other than an ARUZE technician or an authorized distributor of ARUZE.

TO THE MAXIMUM EXTENT PERMITTED BY LAW, ARUZE SHALL NOT BE LIABLE FOR ANY DIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES RESULTING FROM ANY BREACH OR WARRANTY OR UNDER ANY OTHER LEGAL THEORY (INCLUDING, BUT NOT LIMITED TO, LOST PROFITS), EVEN IF ARUZE HAS BEEN ADVISED OF THE POSSIBILITY OF THE DAMAGES.

**G-ENEX Video Slot Gaming Machine**

# Safety Instructions

## 1. Definition of Safety Words

The safety words of DANGER, WARNING, and CAUTION are used in this manual to indicate hazard levels.   Please understand each meaning to handle the machine safely.

| | | |
|---|---|---|
| ⚠ | **DANGER** | It warns of the immediate hazards which WILL result in severe personnel injury or death. |
| ⚠ | **WARNING** | It warns of hazards or unsafe practices which COULD result in severe personnel injury or death. |
| ⚠ | **CAUTION** | It warns of hazards or unsafe practices which COULD result in minor personnel injury or product/property damage. |

## 2. Environmental Specifications

Refer to Chapter 8, "Machine Specifications".

**G-ENEX Video Slot Gaming Machine**

**Safety Instructions**

# 3. Handling of LCD

Although the built-in LCD is protected from the danger of electric shock, handle it carefully by referring to this manual.

If a problem happens, please contact your nearest distributor.



⚠ **WARNING!**

**HIGH VOLTAGE!**
**Risk of Injury or Fire**

Do not access into the LCD's

**G-ENEX Video Slot Gaming Machine**

**Safety Instructions**

## 4. Installation

 **WARNING!**

**To prevent an accident or a fire;**

1. **Install this machine on flat, stable, well-constructed floor.**

2. **Keep this machine away from the direct ray of the sun.**

3. **Keep this machine away from a dusty place.**

4. **Keep this machine away from water and other liquids.**

5. **Keep this machine away from disaster preventive facilities.**
**(ex. emergency exit, emergency stairs, fire hydrant, and**
**fire extinguisher)**

6. **Do not install this machine outdoors.**

7. **Keep this machine away from vibration.**

8. **Keep this machine away from dangerous articles.**

## 5. Grounding

Be sure to GROUND this machine to prevent a current leak.

 **WARNING!**

**Risk of Electric Shock.**
**ARUZE makes no warranty as to accidents (including failures) caused by**
**improper grounding.**

**G-ENEX Video Slot Gaming Machine**

**Safety Instructions**

# 6. Disposal of Lithium Batteries

   **WARNING!**

---

**Risk of Injury of Fire**
**Care must be paid to dispose the lithium batteries.   Improper disposal of waste lithium batteries may result in heating or ignition of the batteries that could cause personal injury or fire.**

---

A lithium battery contains flammable substance (ex. lithium metal and organic solvents).

Because electricity may remain even in a used battery, wrap the + and − electrodes with nonconductive material to prevent short-circuit causing a hazard.



Nonconductive material

Lithium battery

**G-ENEX Video Slot Gaming Machine**

**Safety Instructions**

## 7.    Others

    **WARNING!**

---

**NEVER retrofit the machine.    Retrofitting the machine could cause an accident or a failure.**

**ARUZE makes no warranty as to accidents (including failures) caused by retrofit.**

---

1.    Only qualified personnel should assemble, install, maintain, inspect, and troubleshoot the machine.

2.    Do not mount or sit on the machine.    Or, do not put a heavy object on the machine. A dented machine could cause trouble.

3.    As soon as smoke, smell, and/or an unknown trouble is detected, turn off the POWER switch and the power source breakers.

4.    Before servicing the machine, turn off the POWER switch to prevent an electric hazard.

5.    Unless specified, NEVER use a multimeter for continuity check.    Using a multimeter may damage the electrical circuits.

6.    The shield of the hopper motor may be hot.    Wait until the shield cools down before touching the hopper.

7.    The coin diverter may be hot.    Wait until it cools down before touching.

8.    Never use chemical duster, thinner, benzine, alcohol, or synthetic detergent for cleaning the machine.    They will damage the surface of the machine.

9.    Electrostatic discharge may damage the internal components. When accessing into the cabinet, take the anti-static action (ex. touching the door) before proceeding.

10.    Use this machine in commercial areas.    Using it in residential areas is prohibited.

11.    Actual currency and date format may differ slightly from the screen displays shown in this manual.

# Table of Contents

Page

Introduction ................................................................................................ i

Technical Support ...................................................................................... i

Limited Warranty ...................................................................................... ii

Safety Instructions ................................................................................... iii
    1. Definition of Safety Words ............................................................. iii
    2. Environmental Specifications .......................................................... iii
    3. Handling of LCD ............................................................................ iv
    4. Installation ....................................................................................... v
    5. Grounding ........................................................................................ v
    6.   Disposal of Lithium Batteries ...................................................... vi
    7.   Others ......................................................................................... vii

Table of Contents .................................................................................. viii

Chapter 1:    Major Components ......................................................... 1-1
    1.1   Appearance ................................................................................ 1-1
    1.2   Internal Structure ...................................................................... 1-3
    1.3   Closing Door ............................................................................ 1-7

Chapter 2:    Installation ..................................................................... 2-1
    2.1   Unpacking and Inspection ......................................................... 2-1
    2.2   Cabinet Dimension .................................................................... 2-2
    2.3   Installing the Machine on Your Cabinet Stand ......................... 2-3
    2.4   Installing Optional Tower Light ................................................ 2-4
    2.5   Removing Shipping Screw from Security Cage .......................... 2-5
    2.6   When Mounting Player Tracking System ................................... 2-5
    2.7   Key Lock Specifications ........................................................... 2-6

Chapter 3:    Software Setting ............................................................. 3-1
    3.1   Accessing Software Setting Mode .............................................. 3-1
    3.2   MACHINE SETUP ................................................................... 3-3
        3.2.1   CONFIGURE ................................................................. 3-4
        3.2.2   SOUND SYSTEM ......................................................... 3-6
        3.2.3   TOUCH SCREEN .......................................................... 3-8

**G-ENEX Video Slot Gaming Machine**

**Table of Contents**

    3.2.4   TICKET PRINT TEST ............................................................3-10


**Chapter 4:      Hardware Setting....................................................4-1**
    4.1     Setting DIP Switch and Jumper Switch on Body I/O PCB ...............................4-2
    4.2     Setting DIP Switch and Jumper Switch on Door I/O PCB ...............................4-4
    4.3     Setting DIP Switch and Jumper Switch on GMEM PCB..................................4-7
    4.4     Setting on GMEM Cassette PCB .......................................................4-9
    4.5     Setting DIP Switch on AMP PCB .......................................................4-10
    4.6     Setting DIP Switch and Jumper Switch on AUSCOM PCB ...........................4-11


**Chapter 5:      Test Mode.............................................................5-1**
    5.1     Accessing Test Menu ...................................................................5-1
    5.2     DIAGNOSTICS ........................................................................5-3
    5.2.1   INPUT TEST ..........................................................................5-4
    5.2.2   OUTPUT TEST .......................................................................5-5
    5.2.3   REEL STRIP/PAY TEST..............................................................5-6
    5.2.4   MONITOR TEST .....................................................................5-7
    5.2.5   DIP SWITCH TEST ..................................................................5-9
    5.2.6   NOTE ACCEPTOR TEST .............................................................5-10
    5.3     OUT OF SERVICE ....................................................................5-11


**Chapter 6:      Preventative Maintenance ...................................6-1**
    6.1     RAM Clear ............................................................................6-2
    6.2     Maintenance Schedule .................................................................6-7
    6.2.1   Daily Servicing ......................................................................6-7
    6.2.2   Quarterly Servicing ..................................................................6-8
    6.3     Collecting Notes from Note Stacker.....................................................6-9
    6.3.1   When your note acceptor is an ARGUS note acceptor; ...............................6-9
    6.3.2   When your note acceptor is a CashCode note acceptor; ............................6-10
    6.4     Clearing a Stacker Jam Error ..........................................................6-11
    6.4.1   When your note acceptor is an ARGUS note acceptor; ..............................6-11
    6.4.2   When your note acceptor is a CashCode note acceptor; ............................6-12
    6.5     Disassembly...........................................................................6-13
    6.5.1   Top Box .............................................................................6-13
    6.5.1.1 Escutcheon , Top Glass and Sub-LCD ...............................................6-13
    6.5.1.2 Tower Light (Option) ...............................................................6-15
    6.5.2   Main Cabinet ........................................................................6-15
    6.5.2.1 Security Cage ......................................................................6-15
    6.5.2.2 Body I/O PCB Housing ............................................................6-16
    6.5.2.3 AUSCOM PCB Housing ............................................................6-16
    6.5.2.4 Hopper .............................................................................6-17
    6.5.2.5 Woofer and Speakers ...............................................................6-17

**G-ENEX Video Slot Gaming Machine**

**Table of Contents**

   6.5.3    Main Door ...................................................................6-18

      6.5.3.1 Door I/O PCB Housing ...........................................6-18

      6.5.3.2 Main LCD Unit ......................................................6-18

      6.5.3.3 Note Entry Assembly...............................................6-19

      6.5.3.4 Game Control Panel ...............................................6-19

      6.5.3.5 Game Button.........................................................6-19

      6.5.3.6 Common Button .....................................................6-20

   6.5.4    Belly Door .................................................................6-20

      6.5.4.1 Belly Door Glass Lamp Assembly ...............................6-20

      6.5.4.2 Belly Door Glass .....................................................6-20

  6.6      Replacement .............................................................6-21

   6.6.1    Lamps and Fluorescent Lamps....................................6-21

      6.6.1.1 Lamps of Optional Tower Light (Candle) ...................6-21

      6.6.1.2 Fluorescent Light for Belly Glass .............................6-22

      6.6.1.3 Fuse ...................................................................6-22

   6.6.2    Lithium Battery .........................................................6-23

      6.6.2.1 Replacing Lithium Batteries in Security Cage ...........6-24

      6.6.2.2 Replacing Lithium Battery on Body I/O PCB............6-25

      6.6.2.3 Replacing Lithium Battery on Door I/O PCB ...........6-26

      6.6.2.4 Replacing Lithium Battery on AUSCOM PCB...........6-27

  6.7      Adjustment ..............................................................6-28

   6.7.1    Sensitivity of CONDOR Coin Acceptor ...................6-28

   6.7.2    Note Entry Level ......................................................6-29

  6.8      Changing Game .......................................................6-30

   6.8.1    Changing GMEM Cassette........................................6-30

**Chapter 7:    Troubleshooting ..............................................7-1**

  7.1      Hopper Errors ..........................................................7-2

  7.2      Coin Acceptor Errors.................................................7-6

  7.3      Note Acceptor Errors ................................................7-11

  7.4      Ticket Printer Errors .................................................7-15

  7.5      Mechanical Meter Errors...........................................7-17

  7.6      Backup Battery Errors ...............................................7-18

  7.7      System Errors ...........................................................7-21

**Chapter 8:    Machine Specifications....................................8-1**

  8.1      Cabinet Name ..........................................................8-1

  8.2      Overall Dimension Including Tower Light .....................8-1

  8.3      Weight.....................................................................8-1

  8.4      Electrical Specifications .............................................8-1

  8.5      Environment ............................................................8-2

  8.6      Coins/Notes Capacity ...............................................8-2

**G-ENEX Video Slot Gaming Machine**

**Table of Contents**

**Chapter 9:     Parts Catalog** ............................................................. **9-1**

MAJOR COMPONENTS ................................................................ 9-1

No. 1  TOP BOX ASSEMBLY ...................................................... 9-2

No. 2  CABINET ASSEMBLY (1/2) ............................................. 9-4

No. 3  CABINET ASSEMBLY (2/2) ............................................. 9-7

No. 4  PC BOX AP-7 ...................................................................... 9-9

No. 5  NOTE ACCEPTOR (CASHCODE BV (600) ASSEMBLY) ........................... 9-11

No. 6  NOTE ACCEPTOR (GPT) ASSEMBLY ........................... 9-13

No. 7  CONTROL PANEL ASSEMBLY ...................................... 9-15

No. 8  DOOR ASSEMBLY (1/2) ................................................. 9-17

No. 9  DOOR ASSEMBLY (2/2) ................................................. 9-19

No. 10    19INCH MAIN LCD ASSEMBLY .................................. 9-22

No. 11    3 REEL ASSEMBLY .................................................... 9-24

No. 12    GM HOPPER ASSEMBLY (1/2) ................................. 9-26

No. 13    GM HOPPER ASSEMBLY (2/2) ................................. 9-28

**Block Diagram** ............................................................ **9-1**

**Wiring Diagram** ........................................................... **9-1**

**G-ENEX Video Slot Gaming Machine**

Chapter 1:Major Components

# Chapter 1: Major Components

This chapter shows the major components of this machine.

## 1.1 Appearance



1. Tower Light (Option)       2. Sub-LCD
3. Main LCD (Touch Screen)    4. Ticket Printer
5. Game Buttons               6. Belly Door Glass      7. Coin Tray
8. Mechanical Meters          9. Note Entry            10. Speakers
11. Coin Head                 12. Main Cabinet         13. Top Box

**G-ENEX Video Slot Gaming Machine**

**Chapter 1:Major Components**



14. Belly Door Lock        15. Belly Door Latch        16. Main Door Latch

17. Main Door Lock         18. Power Save Keyswitch

19. RESET/AUDIT keyswitch

**G-ENEX Video Slot Gaming Machine**

**Chapter 1:Major Components**

# 1.2  Internal Structure



1. Body I/O PCB Housing     2. Main LCD                3. Coin Acceptor

4. Coin Diverter            5. Door I/O PCB Housing    6. Inverter Fluorescent Lamp

7. Security Cage            8. Hopper                  9. Note Acceptor

10.  Ticket Printer (Optional)   11. Woofers           12. Power Box

13. Power Switch            14. AUSCOM PCB

**G-ENEX Video Slot Gaming Machine**

**Chapter 1:Major Components**

**Belly Door**



1. Fluorescent Lamp Unit
2. Coin Duct
3. Coin Drop Sensor
4. Belly Door Switch
5. Note Stacker Lock

**Main LCD**



1. Inverter and Scaling PCB Housing
2. Touch Panel PCB Housing

**G-ENEX Video Slot Gaming Machine**

**Chapter 1:Major Components**

**Security Cage**



1.  Connected to Power Box

2.  Connected to Power Box

3.  DSP controller from Body I/O PCB

4.  Connected to Door I/O PCB

5.  Connected to Body I/O PCB

6.  Connected to Head Connector Located in Top Box

7.  To Main LCD

8.  To Speakers

9.  GMEM Cassette

10. To Sub LCD



1.  AMP PCB

2.  GMEM PCB

3.  Video PCB

4.  Fan

5.  Mother Board

6.  Memory PCB

7.  CPU Fan

8.  Security Cage Door Switch

9.  Security Cage Lock

**G-ENEX Video Slot Gaming Machine**

**Chapter 1:Major Components**

## Power Box



1. Inlet
2. Outlet for Topper
3. Service Outlet
4. Power Box Fuse
5. Switch (not used)
6. Fuse for Service Outlet
7. Main Switch
8. Fuse for Switching Regulator

## 1.3  Closing Door

To close the Main Door and/or Belly Door, pull and lift the stay lever.

  **CAUTION!**

> Do not open the Main door and Belly door at the same time. Otherwise it may damage the surface of the door.

  **WARNING!**

> Do not put hands on speakers and/or edge of side door when you open the main door. Otherwise it may jam your fingers.

**Main Door**



**Belly Door**



# Chapter 2: Installation

This chapter shows how to install this machine.

## 2.1  Unpacking and Inspection

   **WARNING!**

---

**The installation must be performed by qualified service personnel.**
**Before starting the installation, refer to "Safety Instruction".**
**ARUZE cannot be held liable for damages or injuries caused by improper installation.**

---

Unpack the machine, and check for shipping damage.    If any one is missing or damaged, immediately report it to ARUZE or your nearest distributor.

| | | |
|---|---|---|
| 1. | Main body | 1 |
| 2. | Accessories | |
| | Key (B2155) | 1 |
| | Key (B1963) | 1 |
| | Key (231) | 1 |
| | Operation & Service Manual | 1 |
| | Parts Catalogue | 1 |
| | Tower Light (Option) | 1 |
| | Template (Option) | 1 |

**NOTE**
The content of the accessories may vary according to your specifications.

G-ENEX Video Slot Gaming Machine                    Chapter 2: Installation

## 2.2  Cabinet Dimension

The cabinet dimension is depicted below.   Secure enough space so that the doors can be easily opened for POWER-ON/OFF, maintenance, and so on.

**<Outer Dimension>**



**155** (2 tiers tower light)
**200** (3 tiers tower light)

Unit: mm

Keep at least the following space between the machines.



Unit: mm

G-ENEX Video Slot Gaming Machine                    **Chapter 2: Installation**

## 2.3 Installing the Machine on Your Cabinet Stand

Use the following procedure to install the machine on the cabinet-stand you prepared:

1. Place the template (option) on your cabinet stand as depicted below.
2. Using a punch, mark the circles for the AC power cable (a hole with 40mm dia.), the coin drop chute (a hole with 40mm dia.), and the fixing bolts (7 holes with 9mm dia).
3. Remove the template.
4. Drill the marks to make the holes.
5. Place the machine on the stand aligning the holes on the stand to their counterparts on the machine.
6. Using hexagon coupling bolts (8 x 70mm) and flat washers, bolt the machine on the stand.
7. Route the AC power cable into the stand.
8. Plug in the cable.



**G-ENEX Video Slot Gaming Machine**                    **Chapter 2: Installation**

## 2.4 Installing Optional Tower Light

Use the following procedure to install the tower light:



1. Unlock and unlatch the main door to open it.

2. Referring to Paragraphs 6.5.1.1, remove the escutcheon, top glass, and the LCD.

3. Route the 4P cable of the tower light into the top box through the top hole as depicted.

4. Screw down the tower light from the inside of the top box.

5. Connect the 4P cable connector to the machine's connector.



6. Return the LCD, top glass and escutcheon in the reverse order of the above.

7. Close the main door.

**G-ENEX Video Slot Gaming Machine**                    **Chapter 2: Installation**

## 2.5  Removing Shipping Screw from Security Cage

Use the following procedure to remove the shipping screw from the security cage:



Shipping Screw

1.  Unlock and unlatch the main door to open it.
2.  Locate the security cage just above the hopper.
3.  Locate the shipping screw just above the security cage lock.
4.  Loosen and remove the screw.

## 2.6  When Mounting Player Tracking System

Use the following procedure to mount a player tracking system.

1.  Unlock and unlatch the main door to open it.
2.  Unscrew (6 screws) and detach the PTS base plate.
3.  Set the tracking system assembly and screw down to fix.
4.  Close the main door.



## 2.7  Key Lock Specifications

The machine is shipped with generic door locks installed. To increase security, the following door locks should be replaced:

| Location | Number of locks |
|----------|-----------------|
| Main door | 1 pc. |
| Belly door | 1 pc. |
| Security Cage door | 1 pc. |
| Body I/O PCB door | 1 pc. |
| Door I/O PCB door | 1 pc. |
| AUSCOM PCB door | 1 pc. |
| Note acceptor door | 1 pc. |
| Note stacker door | 1 pc. |

**< Door Lock>**



**< Door Lock Installing Hole>**



**G-ENEX Video Slot Gaming Machine**                    **Chapter 2: Installation**

# INSTALL CHECK LIST

1.       **Review the environment and power requirement.**
          **Refer to "Safety Instruction".**
2.       **Unpack and inspect for shipping damage.**
3.       **Install the machine on the cabinet stand.**
4.       **Install the tower light on the machine if any.**
5.       **Removing the shipping screw from the security cage**
6.       **Install the player tracking system if necessary.**
7.       **Replace the locks.**

**G-ENEX Video Slot Gaming Machine**

Chapter 3: Software Setting

# Chapter 3: Software Setting

   **WARNING!**

---

**Software setting must be done by authorized personnel.**
**Once your software setting is updated, all the soft meters have cleared to zero. Write down the necessary soft meters before updating.**

---

## 3.1 Accessing Software Setting Mode

When the game machine is on standby (that is, no game is being played, or there is no tilt on this machine), you can access the software setting mode in the following procedure:

1. Turn ON and OFF the AUDIT keyswitch

   to call the following screen.



---

AUDIT MODE – MAIN MENU

GMID:                    0
PROGRAM #: ZANEP003
PROGRAM #: LOSEP003
FIRMWARE #: SPMRD046
FIRMWARE #: SPMDB046
PROGRAM #: SMOCX046

| METER INFORMATION | TICKET HISTORY |
| GAME RECALL | HOPPER REFILL |
| MACHINE IDENTIFICATION | ERROR LOG |
| GAME STATISTICS | MACHINE SETUP |
| | EXIT |

MOTHER BOARD BIOS #: AP31
BODY I/O PCB BIOS #: S1
DOOR I/O PCB BIOS #: S1
XCOM I/O PCB BIOS #: S1
KERNEL VERSION #: 2.6.12-1.1381_fc3 04

---

**G-ENEX Video Slot Gaming Machine**

**Chapter 3: Software Setting**

2. Choose "MACHINE SETUP" by touch the screen.
   Otherwise, use the game buttons on control panel.


3. To exit to the game mode, touch "EXIT" or press a game button.

**G-ENEX Video Slot Gaming Machine**

**Chapter 3: Software Setting**

## 3.2 MACHINE SETUP

```
┌────────────────────────────────────────────────────────────┐
│ AUDIT MODE – MACHINE SETUP                                   │
│                                                              │
│                                                              │
│                      ┌──────────────────────┐                │
│                      │      CONFIGURE       │                │
│                      └──────────────────────┘                │
│                      ┌──────────────────────┐                │
│                      │     SOUND SYSTEM     │                │
│                      └──────────────────────┘                │
│                      ┌──────────────────────┐                │
│                      │     TOUCH SCREEN     │                │
│                      └──────────────────────┘                │
│                      ┌──────────────────────┐                │
│                      │   TICKET PRINT TEST  │                │
│                      └──────────────────────┘                │
│                      ┌──────────────────────┐                │
│                      │         EXIT         │                │
│                      └──────────────────────┘                │
│                                                              │
└────────────────────────────────────────────────────────────┘
```

Choose your desired item by touching screen. the screen.
Otherwise, use the game buttons on control panel.

| **CONFIGURE** | System configuration options. |
|---|---|
| **SOUND SYSTEM** | Sound system setup. |
| **TOUCH SCREEN** | Touch screen calibration |
| **TICKET PRINT TEST** | Testing connected ticket printer |

**G-ENEX Video Slot Gaming Machine**

Chapter 3: Software Setting

## 3.2.1    CONFIGURE

```
AUDIT MODE - CONFIGURE

MACHINE NUMBER (GMID)                          1          (READ ONLY)
COIN DENOMINATION (CENTS)                     100         (READ ONLY)
BASE CREDIT VALUE (CENTS)                       5         (READ ONLY)
VARIATION                                    0001         (READ ONLY)
BET BUTTON CONFIGURATION          1, 2, 3, 4, 5           (READ ONLY)
CCCE                                      ENABLED  (READ ONLY)
GAMBLE                                    ENABLED  (READ ONLY)
DATE (DD/MM/YYYY)                       24/10/2005
TIME                                       21:18
COIN ACCEPTOR TYPE      CONDOR PLUS CP130/133            (READ ONLY)
HOPPER TYPE                                   GM
CANCEL CREDIT LEVEL (COINS)                  400
REFILL AMOUNT (COINS)
PRINTER TYPE                            ITHACA 950
  VENUE NAME
  HOUSE NUMBER                          default house
NOTE ACCEPTOR                            ENABLED
      $5 NOTES ACCEPTED                       NO         *
     $10 NOTES ACCEPTED                       NO         *
     $20 NOTES ACCEPTED                       NO         *
     $50 NOTES ACCEPTED                       NO         *
    $100 NOTES ACCEPTED                       NO         *

DATE & TIME SYNCHRONIZATION             DISABLED (HOST ID: ****)
TOPPER ILLUMINATION PATTERN             GAME
LED BRIGHTNESS                          HIGH
RESIDUAL GAMBLE GAME                    ENABLED  (READ ONLY)
DEMO MODE AND SOUND            DEMO: ON DEMOSOUND: OFF


TO MODIFY THESE PARAMETERS THE DOOR MUST BE OPEN.
GAME VERSION IS [Z07006-XXLN-AU-002]
SYSTEM VERSION IS [ZEARU-AN1S-0121]
MEDIA VERSION IS [(512000)]
CONNECTION NOTE ACCEPTOR IS [GPT: AU28EB33]
CONNECTION TICKET PRINTER IS [S00122]

┌──────────┐
│   EXIT   │
└──────────┘
```

Choose your desired item by touching screen.

Otherwise, use the game buttons on control panel..

To update the settings, use the PLAY 25 LINES button.

NOTE:

The items with the indications of "(READ ONLY)" can be set only just after RAM CLEAR.

**G-ENEX Video Slot Gaming Machine**

**Chapter 3: Software Setting**

To set the items with asterisks, open the main door.

| | |
|---|---|
| **MACHINE NUMBER (GMID)** | Machine serial number. |
| **COIN DENOMINATION (CENTS)** | Token / Coin denomination in cents. |
| **BASE CREDIT VALUE (CENTS)** | Base credit value in cents. |
| **VARIATION** | Current game variation. |
| **BET BUTTON CONFIGURATION** | Bet button configuration. |
| **CCCE** | Electronic Fund Transfer setting |
| **GAMBLE** | Gamble Enable (yes/no). |
| **DATE (YYYY / MM / DD)** | Date setting. |
| **TIME (HH : MM : SS)** | Time setting. |
| **COIN ACCEPTOR TYPE** | Coin acceptor type. |
| **HOPPER TYPE** | Hopper type. |
| **CANCEL CREDIT LEVEL (COINS)** | Cancel credit trigger level in coins. |
| **REFILL AMOUNT (COINS)** | Hopper refill amount in coins |
| **PRINTER TYPE** | Printer type. |
| **VENUE NAME** | Venue number to be printed on ticket. |
| **HOUSE NUMBER** | House number to be printed on ticket. |
| **NOTE ACCEPTOR** | Note acceptor type. |
| **$5 BANKNOTES ACCEPTED** | $5 banknotes accepted (yes/no). |
| **$10 BANKNOTES ACCEPTED** | $10 banknotes accepted (yes/no). |
| **$20 BANKNOTES ACCEPTED** | $20 banknotes accepted (yes/no). |
| **$50 BANKNOTES ACCEPTED** | $50 banknotes accepted (yes/no). |
| **$100 BANKNOTES ACCEPTED** | $100 banknotes accepted (yes/no). |
| **DATE & TIME SYNCHRONIZATION** | Date and time setting via host computer |
| **TOPPER ILLUMINATION PATTERN** | Topper illumination pattern setting |
| **LED BRIGHTNESS** | LED brightness setting |
| **RESIDUAL GAMBLE GAME** | Type of residual credit gamble game |
| **DEMO MODE AND SOUND** | Setting of demonstration mode. |

**G-ENEX Video Slot Gaming Machine**

**Chapter 3: Software Setting**

### 3.2.2       SOUND SYSTEM



Sound volume level can be adjusted by "VOLUME SETTING MENU", and all the game sounds can be tested by "SOUND TEST.

**VOLUME SETTING**



| | |
|---|---|
| **MASTER VOLUME** | |
| **BGM VOLUME** | |
| **SOUND EFFECT VOLUME** | |
| **ERROR VOLUME** | |
| **SOUND TEST** | |

## SOUND TEST

AUDIT MODE – SOUND TEST

PAGE 1/4
BGM: REELSPIN
BGM: REELSPIN 1
BGM: REELSPIN 2
BGM: REELSPIN 3
BGM: REELSPIN 4
BGM: REELSPIN 5
BGM: FREEGAME
BGM: REEL UP
BGM: WINCOUNT
BGM: WINCOUNT 1
BGM: CONDOR INTRO
BGM: CONDOR SELECT
BGM: CONDOR ROPEUP
BGM: CONDOR ROPEUP 1
BGM: SNAKE BATTLE
BGM: SNAKE BATTLE LOOP
BGM: CRISIS
BGM: LOOPUP
BGM: SUNBONUS
BGM: SELECT GATE
BGM: WINUP 1
BGM: WINUP 11
BGM: WINUP 2
BGM: WINUP 21
BGM: WINUP LAST

**G-ENEX Video Slot Gaming Machine**

**Chapter 3: Software Setting**

### 3.2.3    TOUCH SCREEN

You can calibrate the touch screen on the LCD.

**NOTE:**

This calibration screen appears every after POWER-ON following RAM clear.



**G-ENEX Video Slot Gaming Machine**

**Chapter 3: Software Setting**

(1)   Touch the five crosshairs (located at each corner and the center) to display the following message.



(2)   Press the HELP button to enter the new setting.
To cancel it, press the CASH OUT button.

(3)   After calibration, touch any point on the screen.
When your finger is exactly on the intersection of the two lines depicted above, the touch panel has been successfully calibrated.

NOTE:
The coordinates of the touched point is displayed on the screen.

**G-ENEX Video Slot Gaming Machine**

**Chapter 3: Software Setting**

### 3.2.4    TICKET PRINT TEST

```
AUDIT MODE – TICKET PRINT TEST




                    TICKET PRINT TEST

    EXIT :   [GAMBLE OR COLLECT]     TEST START :   [TAKEWIN]
          ┌─────────────────┐          ┌─────────────────┐
          │      EXIT       │          │      TEST       │
          │                 │          │      START      │
          └─────────────────┘          └─────────────────┘
```

By pressing [TEST START] button, you can test the ticket printer.

**G-ENEX Video Slot Gaming Machine**

Chapter 4: Hardware Setting

# Chapter 4: Hardware Setting

    **WARNING!**

> **Hardware setting must be done by authorized personnel.**
> **Once your hardware setting is updated, all the soft meters have cleared to zero. Write down the necessary soft meters before updating.**

Hardware machine options can be set by using the DIP and jumper switches on the Body I/O, Door I/O, GMEM, and AUSCOM PCB's.

**NOTE:**
The AUSCOM PCB is only installed on the machines to be shipped to the area where X-Series protocol is used.

Refer to the following pages for the details.

**G-ENEX Video Slot Gaming Machine**

Chapter 4: Hardware Setting

# 4.1 Setting DIP Switch and Jumper Switch on Body I/O PCB



SW2
Bit 1 Battery ON/OFF
    ON: Battery ON
    OFF: Battery OFF
Bit 2 Rechargeable Battery ON/OFF
    ON: Battery ON
    OFF: Battery OFF

JP1: Not Used

**G-ENEX Video Slot Gaming Machine**

**Chapter 4: Hardware Setting**

**\<Jumper Switches\>**

SW2 (DIP Switch):

BIT 1:

ON (When installed):
The back-up battery is activated to detect a SECURITY CAGE OPEN that occurred during the POWER OFF.

OFF (Factory Setting):
The back-up battery is not activated, and a SECURITY CAGE OPEN that occurred during the POWER OFF cannot be detected.

BIT 2:

ON: (When installed):
Secondary battery is activated as backup in addition to Lithium battery.

OFF (Factory Setting):
Secondary battery is not activated as backup in addition to Lithium battery.

JP1:

CLOSED (ON) (Factory Setting):
Not used.

**\<LED Indicators\>**

LED 1:

Green light flashing:

Indicates the BODY I/O PCB is operating normally.

Red light lighted with Green light flashing(quick):
Indicates the BODY I/O PCB is abnormal.

LED2:
Green light:          Pilot lamp of +5V power

**G-ENEX Video Slot Gaming Machine**

Chapter 4: Hardware Setting

# 4.2  Setting DIP Switch and Jumper Switch on Door I/O PCB



**G-ENEX Video Slot Gaming Machine**

**Chapter 4: Hardware Setting**

**<Jumper Switches>**

**JP1:**

**CLOSED (ON) (Factory Setting):**
The back-up battery is activated to detect a SECURITY CAGE OPEN that occurred during the POWER OFF.

**OPEN (OFF):**
The back-up battery is not activated, and a SECURITY CAGE OPEN that occurred during the POWER OFF cannot be detected

**JP2&JP3:**

**JP2 1-2 CLOSED (ON) and JP3 1-2 CLOSED (ON):**
The serial programming mode becomes effective.
Programs can be written into the IC4 (ATmega 128).

**JP2 3-4 CLOSED (ON) and JP3 3-4 CLOSED (ON) (Factory Setting):**
The serial communication mode (RS232C Mode) is effective.
The GAT3 can be used.

**JP4&JP5:**  The capacity of IC5 (NVRAM) can be selected.

**JP4 1-2 CLOSED (ON) and JP5 1-2 CLOSED (ON) (Factory Setting):**
The capacity becomes 32KB (M48Z35).

**JP4 3-4 CLOSED (ON) and JP5 3-4 CLOSED (ON):**
The capacity becomes 2KB (M48Z02).

**JP4 1-2 CLOSED (ON) and JP5 3-4 OPEN (OFF):**
The capacity becomes 8KB (M48Z08).

**JP6:**

**CLOSED (ON):**

The watchdog timer becomes ineffective.

**OPEN (OFF) (Factory Setting):**
The watchdog timer becomes effective.

**JP7:**

**JP7: OFF (Factory Setting)**

**JP7 1-2 CLOSED (ON):**
The RS232C mode becomes effective.
The pins 30 and 31 of CN7 can be used.

**JP7 3-4 CLOSED (ON):**
The current Loop mode becomes effective.
The pins 27 and 28 of CN7 can be used.

**G-ENEX Video Slot Gaming Machine**

**Chapter 4: Hardware Setting**

**JP8:**

**CLOSED (ON):**
The power save mode becomes ineffective.

**OPEN (OFF) (Factory Setting):**
The power save mode becomes effective.

**SW1 (Push Button):**
It is a hardware reset switch, but not used.

**SW2 (DIP Switch):**

**BIT 1:**

**OFF (Factory Setting):**
A CP130 coin acceptor supplied by Money Controls or a MC62 inhibit H coin acceptor supplied by Coin Mechanism Inc. can be used.

**ON:**
A CP133 coin acceptor supplied by Money Controls or a MC62 inhibit L coin acceptor supplied by Coin Mechanism Inc. can be used.

**BIT 2:**        Reserved.

**<LED Indicators>**

**Two –colored, synchronous LED 1 and LED 2:**

**Green light flashing:**
Indicates the DOOR I/O PCB is operating normally.

**Red light lighted with Green light flashing:**
Indicates the DOOR I/O PCB is abnormal.

**G-ENEX Video Slot Gaming Machine**

## 4.3  Setting DIP Switch and Jumper Switch on GMEM PCB



S1 Reserved.

JP6: Not Used

S1 backup RAM clear by hardware
ON: Normal
CLEAR: RAM Clear

**G-ENEX Video Slot Gaming Machine**

**Chapter 4: Hardware Setting**

**<Jumper Switches>**

S1 (DIP Switch):

BIT 1: Reserved.

BIT 2: Reserved.

S2 (Slide Switch):

ON (Factory Setting):
Normal.

OFF:
Backup RAM can be cleared by turning OFF when the cabinet is turned OFF.

JP1:

CLOSED (Factory Setting):
Not Used.

**<LED Indicators>**

LED1:
Green light:           Pilot lamp of +3.3V power (controlled by software)

## 4.4  Setting on GMEM Cassette PCB



LED1 Lighted:

Indicates the mother board is accessing to the Compact Flash [Master/Slave].

**G-ENEX Video Slot Gaming Machine**

**Chapter 4: Hardware Setting**

# 4.5 Setting DIP Switch on AMP PCB



LED indicators

S1: mode setting
N:normal mode(for operating)
W:Test mode/No use

### <Jumper Switches>

**S1 :** mode setting

N : Normal mode(for operating)

W: Test mode/No use

### <LED Indicators>

**LED1 Red lighted:** No sound signal

**LED2 Green lighted:** Pilot lamp +5V power

**LED3 Green lighted:** Indicates the GM-FDAMP PCB is operating normally.

G-ENEX Video Slot Gaming Machine

Chapter 4: Hardware Setting

## 4.6 Setting DIP Switch and Jumper Switch on AUSCOM PCB



4-11

**G-ENEX Video Slot Gaming Machine**

**Chapter 4:  Hardware  Setting**

**<Jumper Switches>**

**JP1:**

    **JP1 1-2 CLOSED (ON):**
        Serial data from outside the AUSCOM PCB can be fetched.

    **JP1 3-4 CLOSED (ON) (Factory Setting):**
        Serial data from within the AUSCOM PCB can be fetched.

**SW3:**    The internal serial communication port and the program writing port of Atmel CPU can be selected.

    **ON (Factory Setting):**
        The program writing port becomes effective so that programs can be written into the Atmel CPU.

    **OFF:**
        The internal serial port of Atmel CPU becomes effective.

**SW4:**    **OFF (Default)**

    **ON:**  The hardware of AUSCOM PCB can be reset when the system is locked up.

**SW5:**    The capacity of U4 (NVRAM) can be selected.

    **OFF (Factory Setting):**
        The capacity becomes 32KB (M48Z35Y).

    **ON:**
        The capacity becomes 2KB (M48Z02Y).

**SW6:**

    **ON:**
        The watchdog timer is disabled

    **OFF (Factory Setting):**
        The watchdog timer is enabled.

**SW7:**

    **ON (When installed):**
        The battery for the logic seal is activated to monitor the logic seal during the time when the machine is OFF.

    **OFF (Factory Setting):**
        The battery for logic seal is not activated.

**G-ENEX Video Slot Gaming Machine**

**Chapter 4: Hardware Setting**

**<LED Indicators>**

**Two –colored, synchronous LED 1 and LED 11:**

> **Green light flashing:**
>
> > Indicates the AUSCOM PCB is operating normally.
>
> **Red light lighted with Green light flashing:**
>
> > Indicates the AUSCOM PCB is abnormal.

**LED2 (TxDo):**

> **Green light flashing:**
> Indicates that communication data is being output from the AUSCOM PCB through CN3 (PORT1).

**LED3 (RxDo):**

> **Red light flashing:**
> Indicates that the communication data is being input into the AUSCOM PCB through CN3 (PORT1).

**LED6 (TxD1):**

> **Green light flashing:**
> Indicates that communication data is being output from PORT 2, PORT 3, PORT4, PORT5, and PORT 6.

**LED4, LED5, LED7, LED8, LED9, and LED10:**

> **Green light lighted:**
> Indicates that the PORT1, PORT2, PORT3, PORT4, PORT5, and PORT6 is connected to the external equipment, respectively.
>
> Note:
> They lights up when loop back connectors are inserted in PORT1, PORT2, PORT3, PORT4, PORT5, and PORT6.

**G-ENEX Video Slot Gaming Machine**

**Chapter 5: Test Mode**

# Chapter 5: Test Mode

## 5.1  Accessing Test Menu

When the game machine is on standby (that is, no game is being played, or there is no tilt on this machine), you can access the software test menu in the following procedure:

1.  Cash out the credits to make the CREDIT meter zero.

2.  Open the main door.

3.  Turn ON and OFF the RESET keyswitch to display the following screen.





AUDIT MODE – MAIN MENU

GMID:                    0
PROGRAM #: ZANEP003
PROGRAM #: LOSEP003
FIRMWARE #: SPMRD046
FIRMWARE #: SPMDB046
FIRMWARE #: SMOCX046

| DIAGNOSTICS |
| OUT OF SERVICE |
| EXIT |

MOTHER BOARD BIOS #: AP31
BODY I/O PCB BIOS #: S1
DOOR I/O PCB BIOS #: S1
XCOM I/O PCB BIOS #: S1
KERNEL VERSION #: 2.6.12-1.1381_fc3 04

**G-ENEX Video Slot Gaming Machine**

**Chapter 5:  Test  Mode**

4.      Choose "DIAGNOSTICS" by touch.

Otherwise, use the game buttons on control panel..

5.      Choose your desired item by touching screen..
        Otherwise, use the following CURSOR UP/DOWN, ENTER buttons.

6.      To exit to the game mode, touch "EXIT" or press the COLLECT button.

The MAIN MENU shows you GMID, PROGRAM # and FIRMWARE #.

Once in one of the Menus or Sub-Menus, a few commands are available and are
displayed on the Command Line of the screen.

**G-ENEX Video Slot Gaming Machine**

**Chapter 5: Test Mode**

# 5.2 DIAGNOSTICS



Various diagnostic and test functions can be performed in Test Mode. Each Test Mode function is described on the following pages.

**G-ENEX Video Slot Gaming Machine**

**Chapter 5: Test Mode**

## 5.2.1        INPUT TEST

```
TEST MODE - INPUT TEST

RESET KEY                          :OFF
AUDIT KEY                          :OFF
POWER SAVE KEY                     :OFF
RESERVE BUTTON                     :OFF
COLLECT BUTTON                     :OFF
GAME RULES BUTTON                  :OFF
1ST BET BUTTON                     :OFF
2ND BET BUTTON                     :OFF
3RD BET BUTTON                     :OFF
4TH BET BUTTON                     :OFF
5TH BET BUTTON                     :OFF
TAKE WIN BUTTON                    :OFF
1ST LINE BUTTON                    :OFF
2ND LINE BUTTON                    :OFF
3RD LINE BUTTON                    :OFF
4TH LINE BUTTON                    :OFF
5TH LINE BUTTON                    :OFF
GAMBLE BUTTON                      :OFF
COIN IN                            :OFF
COIN TO CASHBOX                    :OFF
COIN OUT                           :OFF
YO-YO ALARM                        :OFF
HOPPER FULL                        :OFF
MAIN DOOR                          :OFF
MAIN DOOR (OPTICAL)                :OFF
SECURITY CAGE                      :OFF
CASH BOX DOOR                      :OFF
BELLY DOOR                         :OFF
STACKER DOOR                       :OFF
MECHANICAL METER DOOR              :OFF
DOOR PCB DOOR                      :OFF
XCOM PCB DOOR                      :OFF
BODY PCB DOOR                      :OFF


   EXIT
```

For servicing requirements, switches, buttons and optics can be checked in the INPUT TEST. As a particular input is activated, "ON" will be displayed if operating correctly.

**Note;**
These function names may vary depending on game titles.

**G-ENEX Video Slot Gaming Machine**

**Chapter 5: Test Mode**

### 5.2.2        OUTPUT TEST



```
TEST MODE - OUTPUT TEST


RESERVE BUTTON LED            :OFF
COLLECT BUTTON LED            :OFF
GAME RULES BUTTON LED         :OFF
1ST BET BUTTON LED :OFF
2ND BET BUTTON LED            :OFF
3RD BET BUTTON LED            :OFF
4TH BET BUTTON LED:OFF
5TH BET BUTTON LED:OFF
TAKE WIN BUTTON LED           :OFF
1ST LINE BUTTON LED           :OFF
2ND LINE BUTTON LED           :OFF
3RD LINE BUTTON LED           :OFF
4TH LINE BUTTON LED           :OFF
5TH LINE BUTTON LED           :OFF
GAMBLE BUTTON LED             :OFF
COIN LOCKOUT         :EJECT
DIVERTER             :CASH BOX
BILL INSERT LED 1
BILL INSERT LED 2
COLOR ILLUMINATION(ALL)
COLOR ILLUMINATION(STEP)
WHITE ILLUMINATION (ALL)
WHITE ILLUMINATION (STEP)



[ EXIT ]   [ AUTO ]
```

The listed lamps, diverter and coin lockout signals can be checked in the OUTPUT TEST.

Use the BET 1 PER LINE or PLAY 1 LINE button to select your desired item.

Press the PLAY 25 LINES to perform the output test.

To select "EXIT" or "AUTO", use the PLAY 9 LINES, BET 3 PER LINE, and GAMBLE buttons.

By selecting AUTO, each output will be activated in order of the above screen list.

**Note;**
These function names may vary depending on game titles.

**G-ENEX Video Slot Gaming Machine**

**Chapter 5: Test Mode**

### 5.2.3 REEL STRIP/PAY TEST



The Symbol Distribution test enables the reel symbol positions in the game software to be validated.   All symbol combinations and pays can be validated in this test, which includes the pay out for each winning combination.

To move the symbols for each reel, use the corresponding Bet button and Play Button. e.g. for reel three (3) use third Bet button (BET 3 PER LINE button) to progress through the symbols and third Play Button (PLAY 5 LINES button) to go in the opposite direction.

Pressing the GAMBLE button increases the number of lines available and pressing the Take Win Button increases the credits per line.

To exit and return to the Diagnostics Menu, press the COLLECT button.

**Note;**
This screen may vary depending on game titles.

**G-ENEX Video Slot Gaming Machine**

**Chapter 5: Test Mode**

### 5.2.4        MONITOR TEST

You can test the main LCD module.



**GRID TEST**

As soon as entering the "**GRID TEST**", the following grid test screen appears.

**Note:**

Adjustment is not available here.



**G-ENEX Video Slot Gaming Machine**

**Chapter 5: Test Mode**

**COLOR TEST**

As soon as entering the "**COLOR TEST**", the following color test screen is displayed.

**Note:**

Adjustment is not available here.



**G-ENEX Video Slot Gaming Machine**

**Chapter 5: Test Mode**

### 5.2.5      DIP SWITCH TEST

You can view the current settings of the following DIP switches.

```
DIP SWITCH TEST

                    GMEM PCB DIP SW
                          D1   D2
                   ON     [ ]
                   OFF        [ ]



                    DOOR PCB DIP SW
                          D1   D2
                   ON     [ ]
                   OFF        [ ]

                                        ┌─────────┐
                                        │  EXIT   │
                                        └─────────┘

```

**GMEM PCB DIP SW:**   Refer to Paragraph 4.3 for the details.
**DOOR PCB DIP SW:**   Refer to Paragraph 4.2 for the details.

**G-ENEX Video Slot Gaming Machine**

**Chapter 5: Test Mode**

### 5.2.6 NOTE ACCEPTOR TEST

You can test note acceptor.

```
TEST MODE – NOTE ACCEPTOR TEST




                     It returns even if note is inserted.
                           GPT: AU28EB33

                            NONE


```

## 5.3  OUT OF SERVICE

<div style="border:1px solid">

OUT OF SERVICE

</div>

This screen can be selected to place the machine OUT OF SERVICE.
To exit this mode, turn the RESET keyswitch anticlockwise.

**G-ENEX Video Slot Gaming Machine**

# Chapter 6: Preventative Maintenance

This chapter is intended for qualified maintenance/service personnel to show the preventative maintenance servicing.

 **WARNING!**

> **Before accessing into the cabinet for servicing, turn off the machine. Failure to do so could cause an electric shock.**

This chapter is intended for qualified maintenance/service personnel to show the preventative maintenance servicing.

 **WARNING!**

> **Before accessing into the cabinet for servicing, turn off the machine. Failure to do so could cause an electric shock.**

**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

## 6.1  RAM Clear

 **CAUTION!**

---

**Before clearing the RAM, please write down all the necessary data.**
**Besides the data of the last game and the second last game, all the meters and settings are cleared, and cannot be retrieved.**

---

Use the following procedure to clear the RAM:

1. Turn OFF the machine.

2. Open the main door and the security cage door.



3. Locate the GMEM PCB in the security cage.



**G-ENEX Video Slot Gaming Machine**

Chapter 6: Preventative Maintenance

4.  Turn ON and OFF the memory corruption switch on the GMEM PCB.

Memory Corruption Switch



5.  Turn ON the machine.

6.  The message of "MEMORY ERROR - RAM CORRUPTED" will appear on the

monitor screen.

```
Starting ZEARU system
Media Version Number                      : LOFSMU
System software version number            : ZEARU-AN15-0115
Game software version number              : Z05058-XXMN-AU-015
Body PCB firmware version number          : uYD0B013
Door PCB firmware version number          : SPMDB046
Xcom PCB firmware version number          : SMOCX046


Last power on                             :
Last power off                            :
The current time                          : 27/03/2007 14:42


Power up self testing
Body PCB communication test               [CONNECTED]
Door PCB communication test               [CONNECTED]
Xcom PCB communication test               [CONNECTED]
EEPROM test                               [OK]
PROGRAM test                              [OK]
GAL test  [OK]
BODY PCB test                             [OK]
DOOR PCB test                             [OK]
GMEM PCB test                             [OK]
CPU fan test                              [OK]
SECURITY CAGE fan test                    [OK]
Backup battery test                       [OK]
Backup memory test                        [CRACKED]
Backup version test                       [OK]


MEMORY ERROR – RAM CORRUPTED
```

**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

7.  Turn the RESET keyswitch on the machine anti-clockwise – the AUDIT MODE

MAIN MENU will appear on the screen.

---

AUDIT MODE – MAIN MENU

GMID:                    0
PROGRAM #: ZANEP003
PROGRAM #: LOSEP003
FIRMWARE #: SPMRD046
FIRMWARE #: SPMDB046
PROGRAM #: SMOCX046

| METER INFORMATION | TICKET HISTORY |
|---|---|
| GAME RECALL | HOPPER REFILL |
| MACHINE IDENTIFICATION | ERROR LOG |
| GAME STATISTICS | MACHINE SETUP |
| | EXIT |

MOTHER BOARD BIOS #: AP31
BODY I/O PCB BIOS #: S1
DOOR I/O PCB BIOS #: S1
XCOM I/O PCB BIOS #: S1
KERNEL VERSION #: 2.6.12-1.1381_fc3 04

---

8.  Select the MACHINE SETUP menu.

**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

9.   Select the CONFIGURE / RAM RESET menu.

   Note: The main door must be open to perform a RAM reset.

```
AUDIT MODE – MACHINE SETUP



                          ┌──────────────────────────┐
                          │        CONFIGURE         │
                          └──────────────────────────┘
                          ┌──────────────────────────┐
                          │      SOUND SYSTEM        │
                          └──────────────────────────┘
                          ┌──────────────────────────┐
                          │      TOUCH SCREEN        │
                          └──────────────────────────┘
                          ┌──────────────────────────┐
                          │    TICKET PRINT TEST     │
                          └──────────────────────────┘
                          ┌──────────────────────────┐
                          │           EXIT           │
                          └──────────────────────────┘


```

10. To clear the RAM, press the BET 1 PER LINE and TAKE WIN button at the same

   time.

**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

## 6.2  Maintenance Schedule

The following servicing tasks should be carried out to ensure the reliability of the machine:

### 6.2.1        Daily Servicing

(1). Clean the machine surface.

 **CAUTION!**

**Never use chemical dust cloth, thinner, benzine or alcohol.**

**They will damage the surface of the machine.**

(2). Remove loose coins inside the cabinet.

 **CAUTION!**

**A loose coin could cause an unexpected hazard including an electric shock.**

(3). Vacuum the inside of the cabinet to remove all dust and debris from the coin chute and hopper.

(4). Clean the monitor screen with clean, soft cloth. The static electricity gathers dust.

 **CAUTION!**

**Never use wet cloth. Do not rub the screen.**

**G-ENEX Video Slot Gaming Machine**

Chapter 6:  Preventative  Maintenance

### 6.2.2  Quarterly Servicing

(1)  Inspect the hopper bowl for cracks or breaks, and wipe any dust out of the bowl with clean, dry cloth.

(2)  Inspect the hopper knife and agitator for wear.

(3)  Inspect the coin path of the coin acceptor for foreign objects, films, or debris.
     If necessary, clean it with clean, dry cloth.

(4)  Clean the coin diverter flapper with clean, dry cloth.

(5)  Inspect the note channel, exposed drive belt, pressure rollers, etc. of the note acceptor for foreign objects.
     If necessary, clean them with clean, dry cloth.

(6)  Inspect every wiring for frayed, cracked, or pinched insulation.

**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

## 6.3  Collecting Notes from Note Stacker

When the note stacker gets full, a "**NOTE STACKER FULL**" error message is displayed on the main LCD screen.

Use the following procedure to collect notes from the note stacker:



### 6.3.1        When your note acceptor is an ARGUS note acceptor;

1.      Unlock the belly door to open it.
2.      Unlock the note acceptor door to open it.
3.      When your note acceptor is **an ARGUS note acceptor**, push up the head cover over the note stacker.

         When your note acceptor is **a WBA note acceptor**, unlock the note stacker by pressing down the lock lever on the right side of the stacker.

4.      Pull forward the note stacker to take it out.
5.      Unlock and open the note stacker door to collect the notes.
6.      After collecting the notes, return the note stacker into the note acceptor.

         **NOTE:**
         For **an ARGUS note acceptor**, push down the head cover after setting back the note stacker.
         For **a WBA note acceptor**, press back the stacker until it snaps locked.

7.      Close and lock the note acceptor door.
8.      Close the belly door.
9.      Turn the RESET keyswitch to clear the error message.

**G-ENEX Video Slot Gaming Machine**

Chapter 6: Preventative Maintenance

### 6.3.2    When your note acceptor is a CashCode note acceptor;

1. Unlock the belly door to open it.
2. Unlock the note acceptor.
3. While pushing the note stacker release lever at the upper right position of the stacker, withdraw the note stacker.
4. Turn the note stacker upside down to locate the stacker open dial.
5. Turn the dial to OPEN to open the stacker.
6. Collect the notes.
7. After collecting the notes, close the stacker door and lock it.
8. Return the note stacker into the note acceptor.
9. Lock the note acceptor.
10. Close the belly door.
11. Turn the RESET keyswitch to clear the error message.





**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

# 6.4  Clearing a Stacker Jam Error

If the jam occurred near the entry slot of the note stacker, a "**NOTE ACCEPTOR STACKER JAM**" error message is displayed on the monitor screen.

Use the following procedure to clear the jam;

### 6.4.1      When your note acceptor is an ARGUS note acceptor;

1.  Unlock the main door to open it.
2.  Unlock the note acceptor door.
3.  While pushing up the head cover over the note stacker, withdraw the note stacker.

If necessary, remove the note acceptor head by pushing outward the note acceptor module lock plate.



4.  Clear the jamming note from the entry slot of the stacker.
5.  After clearing the notes, return the note stacker into the note acceptor.
6.  Push down the head cover after setting back the note stacker.
7.  Lock the note stacker door.
8.  Close the main door.
9.  Turn the RESET keyswitch to clear the error message.

Lock Plate ◀——



**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

### 6.4.2        When your note acceptor is a CashCode note acceptor;



1.   Unlock the main door to open it.

2.   Unlock the note acceptor.

3.   While pushing the note stacker release
     lever at the upper right position of
     the stacker, withdraw the note stacker.

     If necessary, withdraw the note acceptor head
     by pulling up the note acceptor head release lever.

4.   Clear the jamming note from the entry
     slot of the stacker.

5.   After clearing the jam, return
     the note stacker and the head
     to the note acceptor.



     **NOTE:**
     When you return the head, be
     sure to push it until you hear
     a locking sound.

6.   Lock the note acceptor.

7.   Close main door.

8.   Turn the RESET keyswitch to
     clear the error message.

Note Acceptor head release lever

**G-ENEX Video Slot Gaming Machine**

**Chapter 6:  Preventative  Maintenance**

## 6.5  Disassembly

Refer to our PARTS CATALOG for the fasteners used.

  **WARNING!**

---

**Be sure to turn OFF the power before disassembling.**
**In the following disassembly procedure, the step of turning OFF the machine is omitted.**

---

### 6.5.1        Top Box

### 6.5.1.1        Escutcheon , Top Glass and Sub-LCD

1. Open the main door.
2. Remove 2 screws at the bottom of escutcheon.



3.   Press the side claw hooks, and slightly lift the escutcheon to remove it.



4. Lift the top glass to remove it from the top glass.



**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

   **DANGER!**

**HIGH VOLTAGE!**
**NEVER access into the LCD unit.    Failure to do so may result in Electric Shock.**

5.   Remove 2 screws at the bottom of the monitor unit.



6.   Disconnect the monitor cables.



7.   Remove the LCD monitor by lifting slightly.



**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

### 6.5.1.2 Tower Light (Option)

1. Referring to Paragraphs 6.5.1.1, remove the escutcheon, top glass and the sub-LCD.
2. Disconnect the cable connector and unscrew the tower light in the top box as depicted below.




3. Pull up the tower light to remove it.

### 6.5.2 Main Cabinet

### 6.5.2.1 Security Cage

1. Open the main door.
2. Break the logic seal.
3. Unlock the cage door.
4. Open the cage door.
5. Disconnect all the cable connectors from the security cage.
6. Lift and pull forward the box to take it out.

Logic Seal




**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

### 6.5.2.2        Body I/O PCB Housing

1. Locate the Body I/O PCB housing on the left side of the cabinet.

2. Unlock the Body I/O PCB housing by using a key.

3. Lift down (unhook) the housing.

4. Disconnect the cable connector.



Key lock

### 6.5.2.3        AUSCOM PCB Housing

1. Locate the AUSCOM PCB housing on the cabinet.

2. Unlock the AUSCOM PCB housing by using a key.

3. Lift down (unhook) the housing.

4. Disconnect the cable connector.



Key lock

**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

### 6.5.2.4       Hopper

1. Open the main door.
2. Pull forward the hopper to remove it.



### 6.5.2.5       Woofer and Speakers

When you need to remove the woofer and speakers, contact ARUZE or your nearest distributor.

**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

### 6.5.3    Main Door

#### 6.5.3.1    Door I/O PCB Housing

1.  Open the main door.
2.  Locate the Door I/O PCB housing on the back of the main door.
3.  Untie the cables on the PCB housing to set them aside.
3.  Unscrew the PCB housing (1 screw).
4.  Open the housing as depicted below.



#### 6.5.3.2    Main LCD Unit

⚠   **DANGER!**

**HIGH VOLTAGE!**
**NEVER access into the LCD unit.    Failure to do so may result in Electric Shock.**

1.  Open the main door.
2.  Locate the main LCD unit on the back of the main door.
3.  Disconnect the cable connectors.
4.  Unscrew the main LCD unit (4 screws)



**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

### 6.5.3.3      Note Entry Assembly

1. Open the main door.
2. Locate the note entry assembly on the back of the main door.
3. Unscrew the note entry assembly (1 screw).
4. Disconnect the cable connector.



### 6.5.3.4      Game Control Panel

1. Open the main door.
2. Disconnect all the cable connectors from the game buttons.
3. Unscrew the game control panel fixing screws (3 screws).
4. On the front of the main door, lift and pull the game control panel forward to remove it.



### 6.5.3.5      Game Button

1. Remove the game control panel as described in Paragraph 6.5.3.4.
2. Turn the control panel upside down.
3. Unscrew the game button to remove it.

**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

### 6.5.3.6        Common Button

1.   Open the Belly Door.
2.   Pinch a Common Button from under the panel.
3.   Remove the lower part of button by turning.
4.   To remove the upper part, pinch the claw of button and push upward.



### 6.5.4        Belly Door

### 6.5.4.1        Belly Door Glass Lamp Assembly

1.   Open the belly door.
2.   Disconnect the cable connector from the lamp assembly.
3.   Unscrew the assembly (2 screws) to remove it.



### 6.5.4.2        Belly Door Glass

1.   Remove the belly door glass lamp assembly as described in Paragraph 6.5.4.1.
2.   Detach the belly door glass.

**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

## 6.6  Replacement

### 6.6.1        Lamps and Fluorescent Lamps

    **WARNING!**

---

Turn OFF the machine before replacing a lamp.

The lamps and fluorescent lamps may be hot.

Wait until they cool down before touching them.

Any replacement lamp must be the one specified by ARUZE, or the equivalent.

---

#### 6.6.1.1        Lamps of Optional Tower Light (Candle)

1. Referring to Paragraph 6.5.1.2, remove the tower light.
2. Loosen the screw on the top of the tower light to separate the tiers.
3. Unscrew the old lamp to replace it with a new one.
4. In the reverse order of the above, reassemble the tower light.
5. Return the tower light onto the top box.
6. Return the sub-LCD, the escutcheon, the top glass and game name strip bracket.
7. Close the main door.



Screw

### 6.6.1.2  Fluorescent Light for Belly Glass

1.  Referring to Paragraph 6.5.4.1, remove the fluorescent light assembly for the belly glass.
2.  Turn the light assembly upside down to locate the fluorescent light release tabs.
3.  Holding the fluorescent light by one hand, press one of the tabs outward.
4.  Pull up (or forward) the fluorescent light until the terminal releases from the socket.
5.  Replace the light with a new one.
6.  Return the light assembly onto the belly door.

    **NOTE:**
    When your machine is single-LCD type, tighten the belly door fixing screws.
7.  Close the belly door.
8.  Close the main door.

Fluorescent light release tab

### 6.6.1.3  Fuse

1.  Open the main door.
2.  Locate the fuse holder just above the POWER switch.
3.  Push the fuse holder, then turn it counterclockwise to remove it.
4.  Pull out the fuse to replace it with a new one.
5.  Return the fuse holder onto the power box.
6.  Close the main door.

**NOTE:**
If a specified fuse is easily blown, contact ARUZE or your nearest distributor.



**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

### 6.6.2    Lithium Battery

A lithium battery is mounted on the main, GMEM, Body I/O, and Door I/O PCB's to back up the important data.   The procedure to replace the lithium batteries is outlined below:

 **WARNING!**

**Use a specified lithium battery or the equivalent.**
**Failure to do so may result in an accident or a fire.**

**Before mounting a lithium battery, verify its polarity.    Mounting the battery in the wrong direction may damage the PCB's.**

**Waste lithium batteries must be disposed as instructed.**
**Refer to SAFETY INSTRUCTION, "Disposal of Lithium Batteries".**

**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

### 6.6.2.1 Replacing Lithium Batteries in Security Cage

Replace the lithium battery in the security cage in the following procedure:

 **CAUTION!**

> **Before replacing the lithium batteries, please write down all the necessary data.  The replacement after POWER-OFF may delete the data.**

1. Open the main door.
2. Turn OFF the machine.
3. Unlock the security cage.
4. Referring to Paragraph 6.5.2.1, withdraw the security cage to take it out.
5. Referring to Paragraph 1.2, "Security Cage", locate a lithium battery on Mother Board and GMEM PCB.
   **NOTE:**
   If necessary, unscrew the PCB's fixing plate (1 screw) to remove it.
6. To replace the lithium battery on the Mother Board;
   (1)  Locate the battery lock.
   (2)  Lifting the battery lock, pull out the old battery to replace it with the new one.

   To replace the battery on the GMEM PCB;
   (1)  Pull out the battery.
7. Return the security cage into the main cabinet.
8. Lock the cage.
9. Connect the cable connectors to the cage.
10. Turn ON the machine, and close and the main door.



**G-ENEX Video Slot Gaming Machine**

Chapter 6: Preventative Maintenance

### 6.6.2.2      Replacing Lithium Battery on Body I/O PCB

1. Open the main door.
2. Turn OFF the machine.
3. Referring to Paragraph 6.5.2.2, unscrew the PCB housing.
4. Locate the lithium battery on the Body I/O PCB.
5. Set the jumper switch to Battery OFF position.

   **Note:**

   When you wish to clear the security cage status, set the jumper switch (SW2 Bit2) to Battery OFF position.

6. Pull out the old battery to replace it with the new one.
7. After the replacement, set the jumper switch back to Battery ON position.
8. Screw down the PCB assembly onto the cabinet.
9. Turn On the machine.
10. Close the main door.

Lithium Battery



**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

### 6.6.2.3        Replacing Lithium Battery on Door I/O PCB

1. Open the main door.
2. Turn OFF the machine.
3. Referring to Paragraph 6.5.3.1, unscrew the Door I/O PCB housing.
4. Locate the lithium battery on the PCB.
5. Set the jumper switch to Battery OFF position.
6. Pull out the old battery to replace it with the new one.
7. After the replacement, set the jumper switch back to Battery ON position.
8. Screw down the PCB assembly onto the back of the main door.
9. Turn On the machine.
10. Close the main door.

Lithium Battery



**G-ENEX Video Slot Gaming Machine**

Chapter 6: Preventative Maintenance

### 6.6.2.4       Replacing Lithium Battery on AUSCOM PCB

1.   Open the main door.

2.   Make sure that the power is OFF.

3.   Referring to Paragraph 6.5.2.3, unlock the AUSCOM PCB housing to open the cover.

4.   Locate the lithium battery on the PCB.

5.   Set the jumper switch to Battery OFF position.

6.   Pull out the old battery to replace it with the new one.

7.   After the replacement, set the jumper switch back to Battery ON position.

8.   Close the PCB cover and lock the housing.

9.   Return the hopper and the printer.

10.   Turn On the machine.

11.   Close the main door

Lithium Battery



# 6.7  Adjustment

## 6.7.1  Sensitivity of CONDOR Coin Acceptor

When your coin acceptor is a CONDOR coin acceptor, the sensitivity can be adjusted in the following procedure:

1. Open the main door.
2. Locate the coin acceptor on the back of the main door.
3. With the cable connected to the coin acceptor, push up then pull forward the coin acceptor to remove it.
4. Adjust the sensitivity using the rotary switch at the lower right position of the coin acceptor.



    a.    For the standard sensitivity, set the rotary switch to "0" position with a small blade screwdriver.

    b.    To increase the selectivity for your coinage, turn the rotary switch counterclockwise.

    c.    To increase the rejectivity against slugs, turn the rotary switch clockwise.

5. Return the coin acceptor onto the back of the main door.
6. Close the main door to check the selectivity/rejectivity by inserting proper coin and/or high quality slugs.
7. Repeat the above steps 4 through 6 as necessary to get the finest adjustment.

**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

### 6.7.2    Note Entry Level

Use the following procedure to adjust the level of note entry.

1. Open the main door.
2. Remove the hopper.
3. Loosen the 3 screws that are fixing the note acceptor to the cradle.
4. Loosen the nut under the note acceptor, which is fixing the level adjusting knob.
5. Turn the knob clockwise to raise the note entry. Turn the knob counterclockwise to lower the note entry.
6. After adjusting, tighten the 3 screws and the nut.
7 Return the hopper and close the main door.



Nut

Level adjusting knob

**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

## 6.8  Changing Game

When you want to change the game, you have to receive a GMEM Cassette from ARUZE. The GMEM Cassette consists of

> **Compact Flash**
> **GAL**

**NOTE**:
The contents of the GMEM Cassette vary according to your current game.

### 6.8.1  Changing GMEM Cassette

Use the following procedure to change the game software.

1.  Open the main door to turn OFF the machine.
2.  Unlock the security cage door.
3.  Unscrew the cassette screw, pull out the cassette.
4.  Replace the GMEM Cassette.

GMEM Cassette



**G-ENEX Video Slot Gaming Machine**

**Chapter 6: Preventative Maintenance**

**GMEM Cassette**



GMEM Cassette Cover (L)

Cassette Screw

GMEM Cassette PCB

Compact Flash socket (Slave)

GAL socket

Compact Flash socket (Master)

Cassette  Screw

GMEM Cassette Cover (R)

# Chapter 7: Troubleshooting

This chapter is intended for qualified maintenance/service personnel to show the troubleshooting.

 **WARNING!**

**Turn OFF the machine before accessing into the cabinet.**

**G-ENEX Video Slot Gaming Machine**

## 7.1 Hopper Errors



HOPPER JAM
Check the coin-out path for a coin jam.
Check if the hopper knife is shifted (GM hopper).
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
Test the payout sensor in INPUT test.
Does the payout sensor normally work?
YES
NO
Check the payout sensor wiring for loose, frayed, cracked, or disconnected wires.
Check if the CN13 connector of the Body I/O PCB is firmly seated.
Check if the harness is damaged.
Turn the RESET keyswitch.
Does the hopper normally payout coin in HOPPER TEST?
YES
NO
Adjust the payout sensor.
Does the hopper normally payout coins in HOPPER TEST?
YES
NO
Replace the hopper.
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
Replace the Body I/O PCB.
Turn the REST keyswitch.
Does the hopper normally payout coins in HOPPER TEST?
YES
NO
Contact ARUZE or your nearest distributor.
END



COIN OUT ERROR-HOPPER EMPTY
Are there coins in the hopper bucket?
If there is not, replenish coins.
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
Test the payout sensor in INPUT test.
Does the payout sensor normally work?
YES
NO
Replace the payout sensor.
Does the hopper normally payout coins in HOPPER TEST?
YES
NO
Replace the hopper.
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
Replace the Body I/O PCB.
Turn the REST keyswitch.
Does the hopper normally payout coins in HOPPER TEST?
YES
NO
Contact ARUZE or your nearest distributor.
END





HOPPER DISCONNECTED

Check the hopper wiring for loose, frayed, cracked, or disconnected wires.
Check if the CN13 connector of the Body I/O PCB is firmly seated.
Check if the harness is damaged.
Turn the RESET keyswitch.

Has the error been cleared? — YES

NO

Replace the hopper.
Turn the RESET keyswitch.

Has the error been cleared? — YES

NO

Replace the Body I/O PCB.
Turn the RESET keyswitch.

Has the error been cleared? — YES

NO

Contact ARUZE or your nearest distributor.

END

## 7.2  Coin Acceptor Errors



COIN-IN JAM
Check the coin acceptor for a coin jam or foreign material blocking the sensor. Turn the RESET keyswitch
Has the error been cleared?
YES
NO
Check the coin acceptor wiring for loose, frayed, cracked, or disconnected wires.
Check if the CN7 connector of the door I/O PCB is firmly seated.
Check if the harness is damaged.
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
Replace the coin acceptor.
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
Check the voltages (5V, 12V, and 24V) of the door I/O PCB?
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
Replace the door I/O PCB.
Turn the RESET keyswitch.
Has the error been cleared?
YF
NO
Contact ARUZE or your nearest distributor.
END



COIN-IN YO-YO
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
Check the coin acceptor wiring for loose, frayed, cracked, or disconnected wires.
Check if the CN7 connector of the door I/O PCB is firmly seated.
Check if the harness is damaged.
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
Replace the coin acceptor.
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
Check the voltages (5V, 12V, and 24V) of the door I/O PCB?
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
Replace the door I/O PCB.
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
Contact ARUZE or your nearest distributor.
END



COIN ACCEPTOR ERROR
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
Check the coin acceptor wiring for loose, frayed, cracked, or disconnected wires.
Check if the CN7 connector of the door I/O PCB is firmly seated.
Check if the harness is damaged.
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
Replace the coin acceptor.
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
Check the voltages (5V, 12V, and 24V) of the door I/O PCB?
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
Replace the door I/O PCB.
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
Contact ARUZE or your nearest distributor.
END



DIVERTER FAULT
Is there a coin jam in the drop chute?
YES
Clear the coin jam.
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
NO
Does the diverter operate normally in OUTPUT test?
YES
NO
Does the drop sensor operate normally in INPUT test?
YES
NO
Check the diverter solenoid wiring for loose, frayed, cracked, or disconnected wires.
Check if the CN7 connector of the door I/O PCB is firmly seated.
Check if the harness is damaged.
Check the voltages (5V, 12V, and 24V) of the door I/O PCB.
Check the diverter sensor wiring for loose, frayed, cracked, or disconnected wires. Check the CN7 connector of the Door I/O PCB is firmly seated. Check if the harness is damaged. Check the voltages (5V, 12V, and 24V) of the Door I/O PCB.
Has the error been cleared?
YES
NO
Replace the diverter solenoid.
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
Replace the drop sensor.
Turn the RESET keyswitch
Has the error been cleared?
YES
NO
Replace the door I/O PCB.
Turn the RESET keyswitch.
Has the error been cleared?
YES
NO
END
Contact ARUZE or your nearest distributor.



G-ENEX Video Slot Gaming Machine

## 7.3 Note Acceptor Errors





**G-ENEX Video Slot Gaming Machine**





**G-ENEX Video Slot Gaming Machine**



**G-ENEX Video Slot Gaming Machine**

Chapter 7: Troubleshooting



NOTE:
Set the jumpers of the BODY I/O PCB as shown below:
GPT bill acceptor:

Jumper "3-4" of JP3 and JP4
Jumper JP8 to "G".

JCM bill acceptor:

Jumper "3-4" of JP3 and JP4
Jumper JP8 to "G".

**G-ENEX Video Slot Gaming Machine**

## 7.4  Ticket Printer Errors







**G-ENEX Video Slot Gaming Machine**

Chapter 7: Troubleshooting





**G-ENEX Video Slot Gaming Machine**

## 7.5 Mechanical Meter Errors



G-ENEX Video Slot Gaming Machine

## 7.6 Backup Battery Errors



**G-ENEX Video Slot Gaming Machine**





G-ENEX Video Slot Gaming Machine

## 7.7 System Errors





XCOM I/O ERROR
Clear the RAM.
YES
Has the error been cleared?
NO
With the machine ON, look into the AUSCOM security cage from the front hole to check if the AUSCOM PCB indicator LED is blinking.
YES
Is the green or red LED blinking?
NO
Check if the USB cable is securely connected between the mother board and the AUSCOM PCB. Check if the USB cable is disconnected.
Are there voltages of 5V, 12V, and 24V on the PCB?.
YES
NO
Perform the continuity test of the power harness.
Turn ON the machine and then turn the RESET keyswitch.
YES
Has the error been cleared?
NO
Replace the AUSCOM PCB.
Turn ON the machine and then turn the RESET keyswitch.
YES
Has the error been cleared?
NO
END
Contact ARUZE or your nearest distributor.



**G-ENEX Video Slot Gaming Machine**

Chapter 7: Troubleshooting





CPU FAN ERROR
With the machine ON, slightly pull the security cage forward to check if the fan is normally working.
Is the fan working?
YES
NO
Turn OFF the machine, and withdraw the security cage to check if the CPU fan connector is firmly seated.
Turn ON the machine.
Has the error been cleared?
YES
NO
Replace the fan.
Turn ON the machine.
Has the error been cleared?
YES
NO
Replace the mother board.
Turn ON the machine.
Has the error been cleared?
YES
NO
Contact ARUZE or your nearest distributor.
END
When the mother board is replaced, set the date and time by calling Audit Mode.



**G-ENEX Video Slot Gaming Machine**

Chapter 7: Troubleshooting





**G-ENEX Video Slot Gaming Machine**



**G-ENEX Video Slot Gaming Machine**



**G-ENEX Video Slot Gaming Machine**

<div align="right">

**Chapter 7: Troubleshooting**

</div>





# Chapter 8: Machine Specifications

This chapter shows the machine specifications.

## 8.1  Cabinet Name

GENX-WD00

## 8.2  Overall Dimension Including Tower Light

- When 2 tiers tower light is attached.
624 (width) x 1534 (height) x 588 (depth) mm

- When 3 tiers tower light is attached.
624 (width) x 1579 (height) x 588 (depth) mm

## 8.3  Weight

128 Kg (including 10 Kg transformer and 7 Kg reel unit)

## 8.4  Electrical Specifications

**When Line Voltage is 220 through 240 VAC**

| | |
|---|---|
| Line frequency: | 50Hz |
| Max. current draw during game play: | 3.6A |

**When Line Voltage is 100 through 120VAC**

| | |
|---|---|
| Line frequency: | 60Hz |
| Max. current draw during game play: | 5.5A |

| | |
|---|---|
| Fuse: | 6.3A |
| Fluorescent lamp: | 15W |
| Outlet: | Earthed power outlet |

**G-ENEX Video Slot Gaming Machine**

## 8.5  Environment

Ambient temperature:     0 through 40 degrees C

Ambient humidity:        5 through 95%

                         Free from dew condensation

## 8.6  Coins/Notes Capacity

**Hopper**

About 1100 coins (Aus. $1)

About 450 coins (US$ 1.00)

About 1800 coins (US 25 cent)

About 1600 coins (1R)

About 600 coins (10R)

**Note stacker**

ARGUS Note Stacker:         About 500 notes

CashCode Note Stacker:      About 600 notes

# Chapter 9: Parts Catalog

## MAJOR COMPONENTS



No.1 TOP BOX ASSEMBLY

No.12 3 REEL ASSEMBLY

No.2 CABINET ASSEMBLY (1/2)
No.3 CABINET ASSEMBLY (2/2)

No.11 19IN MAIN LCD ASSEMBLY

No.4 PC BOX AP-7

No.8 CONTROL PANEL ASSEMBLY

No.13 GM HOPPER ASSEMBLY (1/2)
No.14 GM HOPPER ASSEMBLY (2/2)

No.5 CASHCODE BV (600) ASSEMBLY
No.6 BILL VALIDATOR (JCM) ASSEMBLY
No.7 BILL VALIDATOR (GPT) ASSEMBLY

No.9 DOOR ASSEMBLY (1/2)
No.10 DOOR ASSEMBLY (2/2)

**G-ENEX Video Slot Gaming Machine**

# No. 1  TOP BOX ASSEMBLY



**G-ENEX Video Slot Gaming Machine**

**Chapter 8: Machine Specifications**

# TOP BOX ASSEMBLY (PARTS LIST)

| ITEM | PART NO. | PARTS NAME | Q'TY | MATERIAL/TYPE | REMARKS |
|------|----------|-----------|------|---------------|---------|
| 1 | MEX-343-00 | ENEX TB SIDE REF L FRONT | 1 | ABS | |
| 2 | MEX-344-00 | ENEX TB SIDE REF L REAR | 1 | ABS | |
| 3 | MEX-345-00 | ENEX TB SIDE REF FRAME L | 1 | SECC t=1.2 | |
| 4 | | BD-GM-M2LED4 | 2 | | |
| 5 | ML2-525-00 | ML2 TB LED PCB BKT | 2 | SECC t=1.2 | |
| 6 | ML2-515-00 | ML2 TB 19IN UPPER SPONGE | 2 | CR 360x4 t=1.0 | |
| 7 | MEX-310-00 | ASSY SUB ENEX TB | 1 | | |
| 8 | | TOWER LIGHT | 1 | TWL2-12V | By customer's demand. |
| 9 | 0C0022800 | TOP TOWER HOLE BLIND PLATE | 1 | SECC-C t=1.0 | |
| 10 | | TOWER LIGHT | 1 | TWL3-12V | By customer's demand. |
| 11 | | G-TOPPER | 1 | GTPR-PP | By customer's demand |
| 12 | MEX-347-00 | ENEX TB SIDE REF R FRONT | 1 | ABS | |
| 13 | MEX-349-00 | ENEX TB SIDE REF FRAME R | 1 | SECC t=1.2 | |
| 14 | MEX-348-00 | ENEX TB SIDE REF FRAME R | 1 | ABS | |
| 15 | ML2-034-00 | ML2 TB TOP GLASS | 1 | t=5.0 | |
| 16 | | ONE TOUCH BUSH | 2 | NB-8 | |
| 17 | ML2-408-00 | 19IN LCD CASE ASM | 1 | | |
| 18 | ML2-418-00 | 19IN LCD ADJ COVER | 1 | SECC t=1.2 | |
| 19 | ML2-419-00 | 19IN LCD REAR COVER ASM | 1 | | |
| 20 | ML2-183-00 | 19IN INSURATION SHEET | 1 | PC t=0.5 | |
| 21 | 2D4106400 | LCD RUBBER | 4 | EPM | |
| 22 | | 19IN LCD | 1 | Model Name: LM190E03 | |
| | | | | Manufacturer: LG.PHILIPS LCD | |
| 23 | ML2-163-00 | MONITOR MASK 19 ASM | 1 | | |
| 24 | MEX-341-00 | ENEX TB 19 ESC UPPER BKT | 1 | SECC t=1.2 | |
| 25 | ML2-505-00 | ML2 TB 19 ESC LOWER BKT | 1 | SECC t=1.2 | |
| 26 | ML2-489-00 | MONITOR MASK LED LENS | 2 | | |
| 27 | 609926100 | DVI/RGB to LVDS PCB SC-3B | 1 | SC-3B | Manufacturer: COLCOAT |
| 28 | 602426000 | LCD BACKLIGHT INVERTER IM6501 | 1 | IM6501 | Manufacturer: MNB |
| 29 | 2EK006800 | ST W HIGH VOLTAGE UL | 1 | PET t=0.75 | |
| 30 | 810346200 | CLAMP | 1 | EMT-6N | |

# No. 2  CABINET ASSEMBLY (1/2)



**G-ENEX Video Slot Gaming Machine**

Chapter 8: Machine Specifications

# CABINET ASSEMBLY 1/2 (PARTS LIST)

| ITEM | PART NO. | PARTS NAME | Q'TY | MATERIAL/TYPE | REMARKS |
|------|----------|-----------|------|---------------|---------|
| 1 | MEX-501-00 | ASSY ENEX SUB CABI AUS | 1 | | |
| 2 | No.13, No.14 | HOPPER ASSEMBLY | 1 | Model Number: GM-HOPPER | |
| | | | | Manufacturer: ARUZE GAMING AMERICA, INC. | |
| 3 | Refer to No.5 | NOTE ACCEPTOR (CASHCODE) | 1 | Model Number: FL-0510 | |
| | | | | Manufacturer: CashCode Company Inc | |
| | | | | Firmware: FL-AU2218 | |
| | Refer to No.6 | NOTE ACCEPTOR (GTP) | | Model Number: SA-4, 304X331121G | |
| | | | | Manufacturer: GPT | |
| | | | | Firmware: AU28EB33 | |
| 4 | | SWITCHING POWER SUPPLY | 1 | Model Number: A2PSAPSU2G04 / A2PSAPSU2G07 | |
| | | | | Manufacturer: TEGA SANYO KOUGYO CORPORATION | |
| 5 | ML2-604-00 | ASSY ML2 CB KYE PLATE | 1 | | |
| 6 | ML2-605-00 | ML2 BILL SPACER TABLE BRKT | 1 | SECC t=1.6 | |
| 7 | ML2-606-00 | ML2 CB HOPPER BASE ASM | 1 | | |
| 8 | ML2-619-00 | ML2 CABI BOTTOM WOOD 01 | 1 | t=18 | |
| 9 | ML2-647-00 | HEAT INSULATOR | 1 | SECC t=1.2 | |
| 10 | ML2-611-00 | ML2 CB PRINTER BASE | 1 | SECC t=1.2 | |
| 11 | 0D4014200 | LOCK SLIDER COLLAR | 4 | C3601BD $\phi$ =10 | |
| 12 | 0D4008400 | MAIN DOOR SW BKT | 1 | SECC-C t=1.2 | |
| 13 | 0D4006600 | PCB BOX SW BKT | 1 | SECC-C t=1.2 | |
| 14 | 0D4007000 | MAIN DOOR KEY PLATE | 1 | SECC-C t=2.3 | |
| 15 | | KEY SW LABEL | 2 | PC t=0.5 | |
| 16 | | TICKET PRINTER | 1 | Model Name: Ithaca EPIC950 | |
| | | | | Manufacturer: Transact Technologies, Inc. | |
| | | | | Firmware: S00122 | |
| 17 | 601356400 | KEY SW | 1 | KG3C-20D ASSY | Varies according to spec. |
| 18 | ML2-623-00 | ML2 SPEAKER BORD 01 | 1 | MDF t=12 | |
| 19 | | SPEAKER | 1 | FL160U132-1 | |
| 20 | | ML2 CB UPPER HINGE PLATE ASM | 1 | | |
| 21 | | ML2 CB LOWER HINGE PLATE ASM | 1 | | |
| 22 | | SPACER | 1 | CC-0816-10 | |
| 23 | | WASHER | 1 | NN-0816-10 | |
| 24 | ML2-603-00 | ML2 DROP CHOUTE ASM | 1 | | |
| 25 | 600138000 | DOOR SWITCH | 3 | SDKNA20600 | |
| 26 | | DC FAN | 2 | 109R0812S401 | |
| 27 | | SENSOR | 1 | KB875-AZ02LF | |

**G-ENEX Video Slot Gaming Machine**

# CABINET ASSEMBLY (1/2) (PARTS LIST)

| ITEM | PART NO. | PARTS NAME | Q'TY | MATERIAL/TYPE | REMARKS |
|------|----------|------------|------|---------------|---------|
| 28 | 601306201 | SHORT DOOR LOOK (2155) | 1 | GSK-501SB2155 (Key way: left) | |
| 29 | 600894700 | FINGER GUARD | 2 | 109-049E | |
| 30 | 2C0005600 | NYLON WASHER | 4 | CC-0612-05 | |
| 31 | | ML2 DR DOOR STOPPER | 1 | SGD $\phi$8 | |
| 32 | 3382309-50115 | SPACER | 1 | | |
| 33 | | SPRING | 1 | E-593 | |
| 34 | ML2-658-00 | MAIN POWER SW BOX | 1 | SECC t=1.2 | |
| 35 | | LOCKER SWITCH | 1 | AJ8202BF | |
| 36 | MEX-114-00 | KEY SW HOLE BLIND PLATE ASM (B) | 1 | | |
| 37 | | TP POWER BOX COVER | 1 | TPA-4004 | |
| 38 | | SWITCHING POWER SUPPLY | 1 | Model Name: ZWS75AF-24/J | |
| | | | | Manufacturer: DENSEI-LAMBDA | |
| 39 | 0D4114200 | BLIND PLATE WASHER | 1 | | |
| 40 | 2D40EAN00 | POWER SAVE SW LABEL | (1) | | Varies according to spec. |
| 41 | 601367000 | POWER SAVE KEY SW | (1) | KH2C-10A ASSY | |

# No. 3  CABINET ASSEMBLY (2/2)



**G-ENEX Video Slot Gaming Machine**

# CABINET ASSEMBLY (2/2) (PARTS LIST)

| ITEM | PART NO. | PARTS NAME | Q'TY | MATERIAL/TYPE | REMARKS |
|------|----------|------------|------|---------------|---------|
| 1 | MEX-505-00 | BODY IO CASE AUS | 1 | | |
| 2 | | DOOR SWITCH | 1(2) | SDKNA20600 | Varies according to spec. |
| 3 | CEK000200 | BD-GM-M2IO | 1 | P509002-0303TI | |
| 4 | MEX-506-00 | BODY IO COVER AUS | 1 | | Varies according to spec. |
| 5 | | S411668 | 2 | | Varies according to spec. |
| 6 | | KEY2155 | 2 | | Varies according to spec. |
| 7 | ML2-420-00 | ML2 DR BLY KEY PLT | 2 | | Varies according to spec. |
| 8 | MEX-509-00 | AUSCOM COVER | 1 | | Varies according to spec. |
| 9 | CD4018A00A | AUSCOM-A PCB | 1 | Model Name: FR-4/UA2054-11A | |
| | | | | Manufacturer: ARUZE GAMING AMERICA INC. | |
| 10 | 810338100 | EDGING SADDLE | 6 | TSB-1909L | Varies according to spec. |
| 11 | MEX-508-00 | AUSCOM CASE | 1 | | Varies according to spec. |
| 12 | MEX-133-00 | BODY IO COVER | 1 | | |
| 13 | Refer to No.4 | PC BOX | 1 | Model Name: AP-7 | |
| | | | | Manufacturer: ARUZE GAMING AMERICA INC. | |
| 14 | MEX-511-00 | POWER PORT BRKT | 1 | | Varies according to spec. |
| 15 | 600614300 | CIRCUIT BREAKER | 6 | 106-P10-0.5A | Varies according to spec. |
| 16 | 0EK014800 | TRANS BOX ASM | 1 | SECC | Varies according to spec. |
| 17 | | ST W HIGH VOLTAGE UL | 1 | PET t=0.75 | Varies according to spec. |
| 18 | | TRANS INPUT AC 115V | (1) | 600746200 | Varies according to spec. |
| 19 | 601403400 | INLET | 1 | AC-P03CS05 | Varies according to spec. |
| 20 | 601403200 | OUTLET | 1 | AC-F01FB01 | Varies according to spec. |
| 21 | 601515400 | FUSE HOLDER KNOB | 2 | 3455LF1-020 | Varies according to spec. |
| 22 | | FUSE | 1 | 215 001.P | Varies according to spec. |
| 23 | 601515000 | FUSE HOLDER | 2 | 3453LF2-010 | Varies according to spec. |
| 24 | | MAIN FUSE LABEL | 1 | | Varies according to spec. |
| 25 | | UNSWITCHD FUSE LABEL | 1 | | Varies according to spec. |
| 26 | | INLET LABEL | 1 | | Varies according to spec. |
| 27 | | OUTLET LABEL | 1 | | Varies according to spec. |
| 28 | | FUSE | (1) | 215 012.P | Varies according to spec. |
| 29 | 810338200 | EDGING SADDLE | 2 | TSB-3027 | |
| 30 | | FUSE | (1) | 215 010.P | Varies according to spec. |
| 31 | | TRANS INPUT AC220V | (1) | 600746300 | Varies according to spec. |

**G-ENEX Video Slot Gaming Machine**

# No. 4  PC BOX AP-7



**G-ENEX Video Slot Gaming Machine**

Chapter 8: Machine Specifications

# PC BOX AP-7 (PARTS LIST)

| ITEM | PART NO. | PARTS NAME | Q'TY | MATERIAL/TYPE | REMARKS |
|------|----------|------------|------|---------------|---------|
| 1 | 603537200 | MOTHER BOARD AP-7 | 1 | AP-7 | Manufacturer: ALBATRON |
| 2 | M311042 | MOTHER INSULATION SPACER | 1 | | |
| 3 | 600138000 | DOOR SW | 1 | SDKNA20600 | |
| 4 | ABE1-0051 | POLY BUSH | 2 | | |
| 5 | ABE1-0045 | AP7 PC SW BRKT | 1 | | |
| 6 | | POLY WASHER | 2 | | |
| 7 | | SPRING | 1 | E577 | |
| 8 | ABE1-0049 | AP7 PC SW GUIDE FRONT | 1 | | |
| 9 | ABE1-0050 | AP7 PC SW GUIDE REAR | 1 | | |
| 10 | | LOCKING ADJUST CLAMP | 1 | LCT-4Si | |
| 11 | ABE1-0055 | AP7 CONNECTOR COVER G | 1 | | |
| 12 | | KEY CYLINDER | 1 | F750-MSDS-L90 | |
| 13 | ABE1-0038 | AP7 PC FRONT COVER | 1 | | |
| 14 | | HINGE | 2 | LSB-50 | |
| 15 | ABE1-0043 | AP7 PC KEY PLATE | 1 | | |
| 16 | | ASSY GMEM CASSETTE | 1 | | |
| 17 | ABE1-0036 | AP7 PC BASE | 1 | | |
| 18 | PC2-2000 | ASSY AP-7 GMEM2 | 1 | P509012-0202HK-02 | |
| 19 | ABE1-0047 | AP7 PC SLOT COVER | 1 | | |
| 20 | 603537400 | GRAPHIC BOARD 7600GS | 1 | 9GP76GSQ-R00-10BH1 | Manufacturer: ALBATRON |
| 21 | | DC FAN | 1 | 9G0812H105 | |
| 22 | CEK002700 | BD-GM-FDAMP | 1 | P509001-0303SK | |
| 23 | ABE1-0044 | AP7 PC FIX BRKT | 1 | | |
| 24 | ABE1-0058 | AP7 SPONGE | 2 | | |
| 25 | ABE1-0037 | AP7 PC FRONT PANEL | 1 | | |
| 26 | | AP7 I/O PANEL | 1 | | |
| 27 | CEK002800 | BD-STH | 1 | P611101-0101KT | |
| 28 | | CPU | 1 | BX80552352(D0-) | |
| 29 | 603537500 | MEMORY DDR2 ARF5300K-512 | 2 | ARF5300K-512 | Manufacturer: Adtec |
| 30 | | LOCKING PCB SPACER | 6 | LCBT-3S | |
| 31 | | LOCKING ADJUST CLAMP | 2 | LCT-2.5S | |
| 32 | | LOCKING ADJUST CLAMP | 2 | LCT-2S | |

**G-ENEX Video Slot Gaming Machine**

## No. 5  NOTE ACCEPTOR (CASHCODE BV (600) ASSEMBLY)



# CASHCODE BV (600) ASSEMBLY (PARTS LIST)

| ITEM | PART NO. | PARTS NAME | Q'TY | MATERIAL/TYPE | REMARKS |
|------|----------|------------|------|---------------|---------|
| 1 | 0D4008600 | BV ACTUATOR SPRING (JCM) | 1 | SWP $\phi$ 0.5 | |
| 2 | | ST W AVOID INJURY UL | 1 | PET t=0.75 | |
| 3 | ML2-659-00 | BV ADJUST BKT W | 1 | SECC-C 2.0t | |
| 4 | 0D4009200 | BV CASE (JCM) | 1 | SECC-C 1.2t | |
| 5 | 0D4021600 | BV STACKER DOOR (Cash Code) | 1 | SECC-C 1.2t | |
| 6 | 0D4021400 | BV STACKER RAIL (Cash Code) | 1 | SECC-C 1.2t | |
| 7 | 0D4009800 | BV ACTUATOR (JCM) | 1 | SECC-C 1.2t | |
| 8 | 0D4010000 | BV SW BKT (JCM) | 1 | SECC-C 1.2t | |
| 9 | 0D4010200 | BV ACTUATOR PIN (JCM) | 1 | SUS 304 $\phi$ 3 | |
| 10 | | VALIDATING HEAD | | MFLV-2110 | |
| 11 | | BEZEL | 1 | MFLB-2401 | |
| 12 | | HOUSING | 1 | FLH-0110 | |
| 13 | | POWER INTERFACE | 1 | FLP-1710 | |
| 14 | | CASSETTE | 1 | FLC-103 | |
| 15 | 600121000 | SAFETY DOOR SW | 1 | E77-40A-001 | . |
| 16 | 601306201 | SHORT DOOR LOCK (2155) | 1 | GSK-501SB2155 (keyway, left) | |
| 17 | 0D4020600 | BV SIDE PANEL | 1 | SECC-C 1.2t | |
| 18 | 0C0010000 | PCB DOOR HINGE | 1 | D-HH100 | |
| 19 | 2D4007800 | SUPER KNOB | 1 | SK-34 | |
| 20 | 0D4016000 | BV CASE BKT | 1 | SECC-C 1.2t | |
| 21 | 0D4016200 | BV SW COVER (JCM) | 1 | SECC-C 1.2t | |
| 22 | ML2-651-00 | ML2 BV SIDE BLIND PLATE | 1 | SECC-C 1.2t | |
| 23 | 0D4020800 | STACKER DOOR LINK PLATE | 1 | SECC-C 2.3t | |
| 24 | 0D4021000 | STACKER DOOR LOCK PLATE | 2 | SECC-C 2.3t | |
| 25 | 0D4021200 | STACKER DOOR LOCK HOLDER | 1 | SECC-C 1.2t | |
| 26 | 0D4019400 | SPACER | 2 | 3382309-40030 | |

# No. 6  NOTE ACCEPTOR (GPT) ASSEMBLY



# NOTE ACCEPTOR (GPT) ASSEMBLY (PARTS LIST)

| ITEM | PART NO. | PARTS NAME | Q'TY | MATERIAL/TYPE | REMARKS |
|------|----------|------------|------|---------------|---------|
| 1 | 0D4010800 | BV SUPPORT BKT (GPT) | 1 | SECC-C 1.2t | |
| 2 | ML2-659-00 | BV ADJUST BKT W | 1 | SECC-C 2.0t | |
| 3 | 0D4010400A | BV CASE (GPT) | 1 | SECC-C 1.2t | |
| 4 | | ARGUS SW BKT | 1 | SECC-C 1.6t | |
| 5 | 0C0016200 | ARGUS SW BASE | 1 | SECC-C 1.6t | |
| 6 | | BILL VALIDATOR HEAD ARGUS-D | 1 | | |
| 7 | | ENCLOSURE | 1 | | |
| 8 | | STACKER | 1 | | |
| 9 | 600132100 | MICRO SW | 2 | AM50632C3 | |
| 10 | 0C0017000 | ARGUS SW BKT COLLAR | 2 | SS400 Φ10 | |
| 11 | 0C0017200 | ARGUS SW BKT SPACER | 1 | SS400 Φ10 | |
| 12 | 0D4010600 | BV REAR COVER (GPT) | 1 | SECC-C 1.2t | |
| 13 | 2D4007800 | SUPER KNOB | 1 | SK-34 | |
| 14 | 0D4016000 | BV CASE BKT | 1 | SECC-C 1.2t | |

**G-ENEX Video Slot Gaming Machine**

# No. 7 CONTROL PANEL ASSEMBLY



**G-ENEX Video Slot Gaming Machine**

**Chapter 8: Machine Specifications**

# CONTROL PANEL ASSEMBLY (PARTS LIST)

| ITEM | PART NO. | PARTS NAME | Q'TY | MATERIAL/TYPE | REMARKS |
|------|----------|------------|------|---------------|---------|
| 1 | 0D4113400 | COIN ENTRY | 1 | | |
| 2 | | COIN ENTRY B | 1 | | Depends on denomi |
| 3 | | PLATE G-ENEX | 1 | Al t=1.0 | |
| 4 | MEX-517-00 | CONTROL PANEL MALL AUS | 1 | ABS | |
| 5 | MEX-515-00 | CTRL PNL FRM ASM AUS | 1 | | |
| 6 | MEX-519-00 | CONTROL PNL ASM 15 AUS | 1 | | |
| 7 | ML2-001-00 | ML2 DR BILL FACE | 1 | ABS | |
| 8 | ML2-437-00 | ML2 DR BILL FACE EARTH | 1 | SECC t=1.0 | |
| 9 | D-25-0004 | ST BILL SIGN | 1 | PC t=0.5 | |
| 10 | | BD-GM-M2BV | 1 | P509009-0101TI | |
| 11 | | PUSH BUTTON | 3 | SS-18UKK-x-LEDT5-W-F | By the game. |
| 12 | | GAME BUTTON FILM | 3 | PET t=0.2 | By the game. |
| 13 | | PUSH BUTTON | 2 | SS-25KK-W-LEDT5-W-F | By the game. |
| 14 | | GAME BUTTON FILM | 2 | PET t=0.2 | By the game. |
| 15 | | PUSH BUTTON | 2 | SS-41KK-X-LEDT5-W-F | By the game. |
| 16 | | GAME BUTTON FILM | 2 | PET t=0.2 | By the game. |

**G-ENEX Video Slot Gaming Machine**

**Chapter 8: Machine Specifications**

## No. 8  DOOR ASSEMBLY (1/2)



**G-ENEX Video Slot Gaming Machine**

Chapter 8: Machine Specifications

# DOOR ASSEMBLY (1/2) (PARTS LIST)

| ITEM | PART NO. | PARTS NAME | Q'TY | MATERIAL/TYPE | REMARKS |
|------|----------|-----------|------|---------------|---------|
| 1 | ML2-412-00 | ML2 DR LK PIN BRKT B | 2 | SECC t=1.6 | |
| 2 | ML2-413-00 | ML2 DR BLY LK PIN BRKT | 2 | SECC t=1.6 | |
| 3 | ML2-443-00 | ML2 DR SENSOR BASE | 1 | SECC t=1.2 | |
| 4 | 0D4106600 | DOOR LOCK SHAFT | 4 | SUS303 $\phi$ =6 | |
| 5 | 0D4011200 | SPACER | 4 | 3382309-60100 ( $\phi$ 6,10mm) | |
| 6 | MEX-220-00 | ASSY DOOR MAIN FRAME | 1 | | |
| 7 | ML2-009-00 | ML2 DR IF BEZEL-4 | 1 | ABS | |
| 8 | ML2-445-00 | ML2 DR EXTRUSION R | 1 | A6063-T5 | |
| 9 | ML2-444-00 | ML2 DR EXTRUSION L | 1 | A6063-T5 | |
| 10 | D-25-0005 | ST ARUZE | 1 | PC t=0.5 | |
| 11 | D-25-0002 | ST BV FACE (ENG) | 1 | PC t=0.5 | |
| 12 | ML2-010-00 | ML2 PRINTER BEZEL | 1 | ABS | |
| 13 | | BD-GM-PRI-LED | 1 | P509007-0101YK | |
| 14 | ML2-423-00 | ML2 DR PRINT C ASM | 1 | | |
| 15 | D-25-0007 | ST PR BEZEL (ENG) | 1 | PC t=250µm | |
| 16 | ML2-163-00 | MONITOR MASK19 ASM | 1 | | |
| 17 | ML2-489-00 | MOMITOR MASK LED LENS | 2 | | |
| 18 | | SENSOR | 1 | KB875-AZ01LF | |
| 19 | | CLAMP | 3 | EMT-3N | |
| 20 | 2D4106600 | SPONGE FOR HOPPER | 1 | CR | |
| 21 | 2ZZZ55200 | SPONGE FOR SEAL (WD) | 1 | | |
| 22 | ML2-483-00 | PTS BLANK PANEL | 1 | | |
| 23 | MEX-266-00 | REFLECTOR BRKT L ASM | 1 | | |
| 24 | MEX-262-00 | DOOR REF FRONT CASE L | 1 | | |
| 25 | MEX-263-00 | DOOR REF REAR CASE L | 1 | | |
| 26 | MEX-264-00 | SPEAKER BOX L | 1 | | |
| 27 | | SPEAKER | 2 | F02210D0 | |
| 28 | MEX-274-00 | SPEAKER COVER PANEL | 2 | | |
| 29 | MEX-265-00 | SPEAKER NET L | 1 | | |
| 30 | MEX-272-00 | REFLECTOR BRKT R ASM | 1 | | |
| 31 | MEX-262-00 | DOOR REF FRONT CASE R | 1 | | |
| 32 | MEX-269-00 | DOOR REF REAR CASE R | 1 | | |
| 33 | MEX-270-00 | SPEAKER BOX R | 1 | | |
| 34 | MEX-271-00 | SPEAKER NET R | 1 | | |
| 35 | ML2-735-00 | RUBBER 300x3x7 | 3 | CR | |
| 36 | ML2-736-00 | RUBBER 375x2x7 | 1 | CR | |
| 37 | No.11 | 19IN MAIN LCD ASSEMBLY | 1 | | |

## No. 9  DOOR ASSEMBLY (2/2)



9-19

**G-ENEX Video Slot Gaming Machine**

Chapter 8: Machine Specifications

# DOOR ASSEMBLY (2/2) (PARTS LIST)

| ITEM | PART NO. | PARTS NAME | Q'TY | MATERIAL/TYPE | REMARKS |
|------|----------|------------|------|---------------|---------|
| 1 | ML2-411-00 | ML2 DR ROLL BRKT ASM | 1 | | |
| 2 | ML2-432-00 | BLY DOOR HINGE UPR ASM | 1 | | |
| 3 | ML2-433-00 | BLY DOOR HINGE LWR ASM | 1 | | |
| 4 | ML2-434-01 | BLY DR SLIDE GUIDE A | 1 | SPCC t=2.0 | |
| 5 | ML2-434-02 | BLY DR SLIDE GUIDE B | 1 | SPCC t=2.3 | |
| 6 | ML2-434-03 | BLY DR SLIDE GUIDE C | 1 | SPCC t=2.3 | |
| 7 | 600205001 | PHOTO SENSOR | 1 | U-97PA | |
| 8 | 0D4107000 | DOOR ROLLER SHAFT | 1 | SUS303 $\phi$ =7 | |
| 9 | 0C0108200 | BEARING | 1 | DR-26-H6 | |
| 10 | ML2-002-00 | ML2 DR BLY COVER 2 | 1 | ABS | |
| 11 | ML2-004-00 | ML2 DR BLY MALL | 2 | ABS | |
| 12 | ML2-431-00 | ML2 DR BLY KEY HK SLD | 1 | SECC t=2.3 | |
| 13 | ML2-401-00 | ML2 DR BLY HK ASM | 1 | | |
| 14 | 0D4014200 | LOCK SLIDER COLLAR | 8 | C3601BD $\phi$ =10 | |
| 15 | ML2-420-00 | ML2 DR BLY KEY PLT | 1(2) | SECC t=2 | |
| 16 | ML2-428-00 | ML2 DR BLY COVER ASM | 1 | | |
| 17 | ML2-470-00 | ML2 COIN TRAY CHUTE ASM | 1 | | |
| 18 | ML2-167-00 | ML2 DR BLY LED PLATE | 1 | PC t=2 | |
| 19 | ML2-427-00 | ML2 DR BLY LED COVER | 1 | SECC t=1.2 | |
| 20 | | TENSION SPRING | 1 | E-593 | |
| 21 | 601306201 | KEY | 1 | GSK-501SB2155 (LH) | |
| 22 | 2L3105000 | RUBBER | 2 | TM-96-3 | |
| 23 | ML2-400-00 | ML2 DR BLY REF-2 | 1 | SECC t=1.2 | |
| 24 | ML2-148-00 | ML2 DR BLY ACRYLIC | 1 | PC t=3 | |
| 25 | ML2-149-00 | ML2 DR BLY GLASS | 1 | t=3 | |
| 26 | ML2-467-00 | COIN TRAY BASE ASM | 1 | | |
| 27 | ML2-468-00 | COIN TRAY | 1 | | |
| 28 | 2C0007400 | DOOR GUIDE | 1 | POM | |
| 29 | ML2-402-00 | ML2 DR COUNTER BRKT ASM | 1 | | |
| 30 | IM-0078-00 | INNER COUNTER BKT | 1 | SECC-C t=1.0 | |
| 31 | 0D4109400 | DUMMY COUNTER (3P) | 1 | SECC-C t=0.8 | |
| 32 | 2D4109600 | PLATE COUNTER 5 (SA,CE) | 1 | PC t=0.5 | |
| 33 | 2D4107000 | SPONGE FOR COUNTER FIX | 1 | C-4305 | |
| 34 | | COUNTER | 1 | GC-127BA-5L800 | |
| 35 | | ML2 DR PCB RID | 1 | SECC t=1.2 | |

**G-ENEX Video Slot Gaming Machine**

# DOOR ASSEMBLY (2/2) (PARTS LIST)

| ITEM | PART NO. | PARTS NAME | Q'TY | MATERIAL/TYPE | REMARKS |
|------|----------|------------|------|---------------|---------|
| 36 | | ML2 DR DOOR PCB CASE | 1 | | |
| 37 | CEK000900 | DOOR_C PCB (PF) | 1 | UA2054-1C(PF) | |
| 38 | 600138000 | DOOR SWITCH | 2(3) | SDKNA 20600 | |
| 39 | 810338200 | EDGING SADDOL | 2 | TSB-3027 | |
| 40 | 602373200 | FL SOCKET | 1 | UNV-09 | |
| 41 | 602305200 | FL TUBE | 1 | FL10N | |
| 42 | | FL DC INVERTER UNIT | 1 | AN-151F-1 ROHS | |
| 43 | 810338000 | EDGING SADOL | 1 | TSB-1915 | |
| 44 | ML2-490-00 | ML2 BLY GLASS SPONGE A | 1 | CR | |
| 45 | ML2-491-00 | ML2 BLY GLASS SPONGE B | 1 | CR | |
| 46 | CEK000400 | BD-GM-M2 LED4 | 3 | P509008-0101TI | |
| 47 | ML2-436-00 | ML2 DOOR SW BRKT | 1 | SECC t=1.2 | |
| 48 | | ST W HIGH VOLTAGE UL | 1 | PET t=0.75 | |
| 49 | ML2-494-00 | ASSY ML2 DIVERTOR BRKT | 1 | | |
| 50 | 0C0106800 | DIVERTER BKT | 1 | SECC-C 1.6t | |
| 51 | 2C0106200 | DIVERTER CHUTE | 1 | POM | |
| 52 | | SOLENOID | 1 | G836-AR51E DC12V | |
| 53 | 0A0120400 | SOLENOID SPRING | 1 | SWP | |
| 54 | | COIN COMPARITOR | 1 | Model Name: CONDOR CP-130 | |
| | | | | Manufacturer: Money Controls | |
| | | | | Firmware: CFG: CP130SAU00111, Build: BAAS01 | |
| 55 | | COIN COMPARITOR | 1 | COINMECH MC-62 | (Not used) |
| 56 | MEX-514-00 | DOOR IO COVER AUS | (1) | | |
| 57 | | KEY CYLINDER | (1) | F750-MSDS | |
| 58 | | COUNTER | (1) | GC-127BA-8L700 | |

**G-ENEX Video Slot Gaming Machine**

# No. 10       19INCH MAIN LCD ASSEMBLY



Detail A

**G-ENEX Video Slot Gaming Machine**

Chapter 8: Machine Specifications

# 19INCH MAIN LCD ASSEMBLY (PARTS LIST)

| ITEM | PART NO. | PARTS NAME | Q'TY | MATERIAL/TYPE | REMARKS |
|------|----------|-----------|------|---------------|---------|
| 1 | ML2-706-00 | 19LCD REAR COVER ASM | 1 | | |
| 2 | ML2-718-00 | 19LCD ADJUSTER BRKT UNDER 2 | 1 | | |
| 3 | 810346200 | CLAMP | 1 | EMT-6N | |
| 4 | ML2-704-00 | 19LCD UNDER RUBBER 1 | 1 | | |
| 5 | ML2-705-00 | 19LCD UNDER RUBBER 2 | 2 | | |
| 6 | ML2-703-00 | 19IN TOUCH PANEL PCB COVER | 1 | | |
| 7 | 810338800 | EDGING SADDOL | 2 | ES-1010 | |
| 8 | ML2-707-00 | 19LCD BASE BRKT ASM | 1 | | |
| 9 | ML2-716-00 | T PNL RUBBER | 2 | | |
| 10 | | EDGING FOR TOUCH PANEL | 2 | | |
| 11 | | 19IN TOUCH PANEL | 1 | Model Name: PTD-7019-D-02 | |
| | | | | Manufacturer: PENTEL Co.,LTD. | |
| 12 | ML2-717-00 | 19LCD ADJUSTER BRKT LR 2 | 2 | | |
| 13 | | ONE TOUCH BUSH | 2 | NB-8 | |
| 14 | | 19IN LCD | 1 | Model Name: LM190E03 | |
| | | | | Manufacturer: LG.PHILIPS LCD CO., LTD | |
| 15 | ML2-408-00 | 19IN LCD CASE ASM | 1 | | |
| 16 | | INVERTER PCB | 1 | IM6501 | |
| 17 | ML2-183-00 | 19IN INSURATION SHEET | 1 | PC t=0.5 | |
| 18 | | SCALING PCB | 1 | Model Name: CSC001 | |
| | | | | Manufacturer: ARUZE GAMING AMERICA INC. | |
| 19 | ML2-419-00 | 19IN LCD REAR COVER ASM | 1 | | |
| 20 | ML2-418-00 | 19IN LCD ADJ COVER | 1 | SECC t=1.2 | |
| 21 | | ST W HIGH VOLTAGE UL | 1 | PET t=0.75 | |
| 22 | 2D4106400 | LCD RUBBER | 6 | EPM | |
| 22 | 2D4106400 | LCD RUBBER | 2 | EPM | For 3 REEL |
| 23 | ML2-700-0 | 19LCD ADJUSTER BRKT UNDER | 1 | | For 3 REEL |
| 24 | ML2-701-0 | 19LCD ADJUSTER BRKT LR | 2 | | For 3 REEL |
| 25 | | 19IN LCD UNIT 3W | 1 | 3W 061120 | For 3 REEL |
| 26 | ML2-715-00 | 3 REEL WALL PLT UL | 2 | | For 3 REEL |
| 27 | ML2-724-00 | 3-4 REEL SIDE WALL | 2 | | For 3 REEL |
| 28 | ML2-725-00 | 3-4 REEL SIDE WALL LR | 2 | | For 3 REEL |
| 29 | | EDGING SADDLE | 1 | | For 3 REEL |

**G-ENEX Video Slot Gaming Machine**

**Chapter 8: Machine Specifications**

# No. 11    3 REEL ASSEMBLY



Detail A

**G-ENEX Video Slot Gaming Machine**

# 3 REEL ASSEMBLY (PARTS LIST)

| ITEM | PART NO. | PARTS NAME | Q'TY | MATERIAL/TYPE | REMARKS |
|------|----------|------------|------|---------------|---------|
| 1 | ML2-709-00 | ASSY 3REEL BASE | 1 | | |
| 2 | | ST C NOT TOUCH UL | 3 | PET t=0.75 | |
| 3 | | REEL TAPE | 3 | PC t=0.2 | |
| 4 | 500-0131 | BD-GM-M2DRV/P509006-0303TI | 1 | | |
| 5 | ML2-708-00 | REEL DRV CASE | 1 | | |
| 6 | 810338000 | EDGING SADDLE | 2 | TSB-1915 | |
| 7 | 810291400 | EDGE SUPPORT | 4 | ELBT-4N | |
| 8 | 20222670 | REEL END WASHER | 3 | | |
| 9 | 500-0140 | BD-GM-BKLED3/P509013-0202YA | 3 | | |
| 10 | REEL-001-00 | 3 REEL MAIN BASE ASM | 3 | | |
| 11 | ML2-727-00 | 3 REEL BL BASE | 3 | ABS | |
| 12 | ML2-710-00 | REEL DRUM 2066IN | 3 | ABS | |
| 13 | ML2-711-00 | REEL DRUM 2066OUT | 3 | ABS | |
| 14 | | WIRE SADDLE | 9 | RLWT-1V0 | |
| 15 | | STEP MOTOR | 3 | | |
| 16 | REEL-002-00 | D SENSOR BASE | 3 | | |
| 17 | 600290700 | PHOTO SENSOR | 6 | KI1306-AA | |

**G-ENEX Video Slot Gaming Machine**

## No. 12        GM HOPPER ASSEMBLY (1/2)



9-26

# GM HOPPER ASSEMBLY (1/2) (PARTS LIST)

| ITEM | PART NO. | PARTS NAME | Q'TY | MATERIAL/TYPE | REMARKS |
|------|----------|------------|------|---------------|---------|
| 1 | 0C0306800 | SENSOR BKT | 1 | SECC-C 1.0t | |
| 2 | IM-0017-00-2 | HOPPER MOUNT BASE | 1 | SECC-C 2.0t | |
| 3 | IM-0103-00 | HOPPER BUCKET PARTITION | 1 | SUS 430-CP 1.0t | |
| 4 | IM-0105-00 | HOPPER COVER | 1 | SECC-C 1.0t | |
| 5 | 0P0308200 | HOPPER BUCKET SPRING | 4 | SWP-B $\phi$1.4 | |
| 6 | | CONTROL BOX | 1 | ABS | |
| 7 | | HOPPER BUCKET FLANGE | 1 | POM | |
| 8 | | HOPPER BUCKET | 1 | ABS | |
| 9 | | GM HOPPER INNER HARNESS | 1 | | |
| 10 | 3C0305200 | GM HOPPER COUNT HARNESS | 1 | | |
| 11 | CEK002600 | HOPPER PCB | 1 | Model Name BD-GM-HOPPER/ 98203-MH (ROHS) | |
| | | | | Manufacturer: ARUZE GAMING AMERICA INC. | |
| 12 | 0P0310800 | SPACER | 4 | 4ER25 | |
| 13 | 0P0311000 | SPACER | 1 | 4SP25 | |
| 14 | | | 1 | KI659-AALF | |
| 15 | 2P8003000 | ANP BASE | 3 | ANP 1D | |
| 16 | 810105200 | INSULOCK TIE (CABLE BAND) | 4 | PLT1M | |
| 17 | IM-0104-00-1 | HOPPER REAR COVER | 1 | SECC-C 1.2t | |
| 18 | 0C0013200 | BUILT-IN KNOB | 1 | AT-100B (Thickness of mounting panel: 1.2mm) | |
| 19 | | SHIELD TIGHT | 1 | STG4-9L100 | |

# No. 13      GM HOPPER ASSEMBLY (2/2)



**G-ENEX Video Slot Gaming Machine**

# GM HOPPER ASSEMBLY (2/2) (PARTS LIST)

| ITEM | PART NO. | PARTS NAME | Q'TY | MATERIAL/TYPE | REMARKS |
|------|----------|------------|------|---------------|---------|
| 1 | | HOPPER BACK PLATE | 1 | SPCC-SD 3.2t | |
| 2 | 0C0306600A | COUNT ROLLER ARM | 1 | SUS 430-CP 1.5t | |
| 3 | | COIN GUIDE PLATE | 1 | SUS 304-CSP 0.6t | |
| 4 | 0C0307200 | KNIFE SPACER | 1 | SPCC-SD 3.2t | |
| 5 | | COIN SHIELD | 1 | | By token size. |
| 6 | 0P0302600 | COIN WIPER $ | 1 | SPCC-SD 2.0t | |
| 7 | 0P0302400 | WIPER HOLDER | 1 | SPCC-SD 1.0t | |
| 8 | | KNIFE | 1 | | By token size. |
| 9 | | PIN WHEEL | 1 | SPCC-SD 3.2t | By token size. |
| 10 | | SHELF WHEEL | 1 | SUS 430-CP 1.5t | By token size. |
| 11 | 0P0306000 | COIN WIPER SPRING | 2 | SWP-B $\phi$ 0.65 | |
| 12 | 0P0309800 | COUNT ARM PIN | 1 | SS400 $\phi$ 7 | |
| 13 | 0C0309600 | COUNT ROLLER | 1 | SK4 $\phi$ 16 | |
| 14 | 0C0309800 | COUNT ROLLER AXIS | 1 | SS400 $\phi$ 10 | |
| 15 | 0P0306200 | WIPER SPRING SPACER | 2 | SS400 | |
| 16 | 0P0308800 | ROLLER PIN | 4 | SK4 $\phi$ 7 | |
| 17 | | MOUNTING PLATE | 1 | ADC-12 | |
| 18 | 2C0305000A | PIN WHEEL DRIVE HUB | 1 | POM | |
| 19 | 2P0302200 | AGITATOR | 1 | CR RUBBER | |
| 20 | | DC MOTOR | 1 | 163DV-2BUVV-L | |
| 21 | 0P0308600 | RADIAL BALL BEARING | 4 | 626ZZ M3SML Y121 | |
| 22 | 0C0309200 | SPRING | 1 | E598 | |
| 23 | 0P0306400 | PLASTIC WING BOLT | 1 | M3×6 | |
| 24 | 0P0310600 | SPACER | 3 | 1382309-50055 | |
| 25 | 2C0305600 | WASHER | 1 | CC-0613-10 | |
| 26 | | SPRING | 1 | | |

G-ENEX Video Slot Gaming Machine

Block Diagram

# Block Diagram



# Wiring Diagram



**G-ENEX Video Slot Gaming Machine**

**Wiring  Diagram**



**G-ENEX Video Slot Gaming Machine**

**Wiring  Diagram**



**G-ENEX Video Slot Gaming Machine**

**Wiring  Diagram**



**G-ENEX Video Slot Gaming Machine**

**Wiring  Diagram**



# *G-ENEX*
# Video Slot Gaming Machine
# Service Manual



**Aruze Gaming America, Inc.**
745 Grier Drive Las Vegas, NV 89119, USA


**Aruze Gaming America, Inc. Japan Branch**
Ariake Frontier Bldg. A, 3-1-25, Ariake, Kohto-ku, Tokyo, 135-0063


**Aruze Gaming Australia Pty. Ltd**
23-27 Bourke Road,
Alexandria, NSW 2015, Australia


**Aruze Gaming Africa (Pty.) Ltd.**
Unit 1-3, Kyalami Village, 57 Forssman Close, Barbeque Down Ext 1, Unit 1,
Kyalami, Midrand, Gauteng, South Africa

©2007 ARUZE CORP. All Rights Reserved.
CONTENTS OF THIS PUBLICATION MAY NOT BE REPRODUCED IN ANY
WAY FORM WITHOUT WRITTEN PERMISSION OF ARUZE.
THIS MANUAL MAY BE SUBJECT TO CHANGE WITHOUT PRIOR NOTICE.