J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Robert J. Cassity, Esq. (9779)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
speek@hollandhart.com
bkunimoto@hollandhart.com
bcassity@hollandhart.com

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*

Jeffrey S. Love (*pro hac vice*)
Klarquist Sparkman, LLP
One World Trade Center
121 S.W. Salmon Street
Suite 1600
Portland, Oregon 97204
jeffrey.love@klarquist.com

*Attorneys for Defendant Aruze Gaming America, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual<br><br>Defendants. | CASE NO.: 2:18-00585-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT PROPOSED PROTECTIVE ORDER AND PROPOSED ORDER FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Universal Entertainment Corporation and Defendants Aruze Gaming America, Inc. and Kazuo Okada, through their respective counsel of record, that the deadline for the parties to submit a proposed protective order and proposed order for discovery of electronically stored information ("ESI") shall be extended from July 30, 2018 until August 13, 2018. This extension request is based on the parties' efforts to continue negotiating terms and conditions of the proposed protective order

and proposed ESI order. Accordingly, for good cause showing, the parties have agreed to the foregoing extension of the deadlines.

DATED this 30th day of July 2018.

| HOLLAND & HART LLP | EVANS FEARS & SCHUTTERT LLP |
|---|---|
| By: /s/ J. Stephen Peek, Esq.<br>J. Stephen Peek, Esq.<br>Nevada Bar No. 1758<br>Robert J. Cassity, Esq.<br>Nevada Bar No. 9779<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*<br><br>Jeffrey S. Love, Esq. (*pro hac vice*)<br>Klarquist Sparkman, LLP<br>121 SW Salmon St., Ste. 1600<br>Portland, OR 97204<br><br>*Attorneys for Defendant Aruze Gaming America, Inc.* | By: /s/Jay J. Schuttert, Esq.<br>Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>2300 West Sahara Avenue, Suite 900<br>Las Vegas, NV 89102<br><br>Andrew Z. Weaver, Esq. (*pro hac vice*)<br>Polsinelli PC<br>1000 Louisiana Street, 53rd Floor<br>Houston, TX 77002<br><br>*Attorneys for Plaintiff Universal Entertainment Corporation* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-31-2018

CASE NO.: 2:18-cv-00585-RFB-GWF