J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Robert J. Cassity, Esq. (9779)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
speek@hollandhart.com
bkunimoto@hollandhart.com
bcassity@hollandhart.com

*Attorneys for Defendants/Counterclaimants
Aruze Gaming America and Kazuo Okada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual<br><br>Defendants.<br><br>_____<br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual<br><br>Counterclaimants,<br><br>v.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter Defendants. | CASE NO.: 2:18-00585-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES (1) FOR COUNTER DEFENDANTS TO RESPOND TO THE COUNTERCLAIM, AND (2) FOR COUNTERCLAIMANTS TO FILE A RESPONSE TO ANY RULE 12 MOTIONS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Counter Defendants Universal Entertainment Corporation ("UEC"), Aruze USA ("Aruze USA") and Jun Fujimoto

Page 1

("Fujimoto") (collectively "Counter Defendants"), on one hand, and Counterclaimants Aruze Gaming America, Inc. and Kazuo Okada (collectively "Counterclaimants"), on the other, through their respective counsel of record, as follows:

1. On September 20, 2018, Counterclaimants filed an Answer to Second Amended Complaint and Counterclaim (ECF No. 50) (the "Counterclaim").

2. On or about October 10, 2018, Counter Defendants Aruze USA and Fujimoto agreed to waive service of the Summons and Counterclaim.

3. The deadline for the Counter Defendants to file a reply or a motion under Fed. R. Civ. P. 12 to the Counterclaim shall be as follows: (i) UEC's deadline shall be extended from October 11, 2018 to December 5, 2018; and (ii) Aruze USA's and Fujimoto's deadline shall be December 5, 2018.

4. The parties have agreed to this December 5, 2018 deadline based on Aruze USA and Fujimoto's agreement to waive service of the Counterclaim and Summons under Fed. R. Civ. P. 4. The parties stipulate that Fujimoto's waiver of service under Fed. R. Civ. P. 4 does not waive any personal jurisdiction arguments that he may assert in a Fed. R. Civ. P. 12(b) motion.

5. The deadline for Counterclaimants to file a response to any motion filed under Fed. R. Civ. P. 12 by any of the Counter Defendants shall be extended from December 19, 2018 to January 9, 2019. This request for an extension is based on the parties' efforts to consolidate the deadlines by the Counter Defendants to file any answer or motion and due to the parties' counsel's December holiday schedules.

6. This is the parties' first request for an extension of these deadlines.

///

///

7. Accordingly, for good cause showing, the parties have agreed to the foregoing extension of the deadlines.

DATED this 10th day of October 2018.

| | |
|---|---|
| HOLLAND & HART LLP | EVANS FEARS & SCHUTTERT LLP |
| By: /s/ Bryce K. Kunimoto<br>J. Stephen Peek, Esq. (1758)<br>Bryce K. Kunimoto, Esq. (7781)<br>Robert J. Cassity, Esq. (9779)<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 | By: /s/ Jay J. Schuttert<br>Jay J. Schuttert, Esq. (8656)<br>David W. Gutke, Esq. (9820)<br>2300 West Sahara Avenue, Suite 900<br>Las Vegas, NV 89102 |
| *Attorneys for Defendants/Counterclaimants Aruze Gaming America, Inc. and Kazuo Okada* | Andrew Z. Weaver, Esq. (*pro hac vice*)<br>Polsinelli PC<br>1000 Louisiana Street, 53rd Floor<br>Houston, TX 77002 |
| Jeffrey S. Love, Esq. (*pro hac vice*)<br>Klarquist Sparkman, LLP<br>121 SW Salmon St., Ste. 1600<br>Portland, OR 97204 | *Attorneys for Plaintiff/Counter Defendant Universal Entertainment Corporation and Counter Defendants Aruze USA and Jun Fujimoto* |
| *Attorneys for Defendant/Counterclaimant Aruze Gaming America, Inc.* | |

**ORDER**

IT IS SO ORDERED.

*/s/ George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE

DATED: 10-11-2018

CASE NO.: 2:18-cv-00585-RFB-GWF