Jay J. Schuttert, Esq.
Nevada Bar No. 8656
David W. Gutke, Esq.
Nevada Bar No. 9820
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89101
Telephone (702) 805-0290
Facsimile (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

Andrew Z. Weaver, Esq.
*Pro Hac Vice*
Polsinelli PC
1000 Louisiana Street, 64th Floor
Houston, TX 77002
Telephone: (713) 374-1600
Facsimile: (713) 374-1601
Email: aweaver@polsinelli.com

*Attorneys for Plaintiff/Counter Defendant Universal Entertainment Corporation and Counter Defendants Aruze USA and Jun Fujimoto*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual<br><br>Defendants.<br>_____<br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual<br><br>Counterclaimants,<br><br>v.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter Defendants. | CASE NO.: 2:18-00585-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR COUNTER DEFENDANTS TO FILE REPLY BRIEFS IN SUPPORT OF RULE 12 MOTIONS**<br><br>**(THIRD REQUEST)** |

1

IT IS HEREBY STIPULATED AND AGREED, by and between Counter Defendants Universal Entertainment Corporation ("UEC"), Aruze USA ("Aruze USA") and Jun Fujimoto ("Fujimoto") (collectively "Counter Defendants"), on one hand, and Counterclaimants Aruze Gaming America, Inc. and Kazuo Okada (collectively "Counterclaimants"), on the other, through their respective counsel of record, as follows:

1. On September 20, 2018, Counterclaimants filed an Answer to the Second Amended Complaint and Counterclaim (ECF No. 50)

2. On October 11, 2018, Counterclaimants filed an Amended Answer to the Second Amended Complaint and Counterclaim (ECF No. 58) (the "Counterclaim").

3. The deadline for the Counter Defendants to file a reply or a motion under Fed. R. Civ. P. 12 ("Rule 12") to the Counterclaim was extended pursuant to the parties' prior stipulation as follows: (i) UEC's deadline was extended from October 11, 2018 to December 5, 2018; and (ii) Aruze USA's and Fujimoto's deadline was extended to December 5, 2018[1].

4. The deadline for Counterclaimants to file a response to any motion filed under Rule 12 by any of the Counter Defendants was extended from December 19, 2018 to January 9, 2019. This request was based on the parties' efforts to consolidate the deadlines by the Counter Defendants to file any answer or motion and due to the parties' counsel's December holiday schedules.

5. The parties later agreed to extend the deadline for Counterclaimants' responses to Counter Defendants' Rule 12 Motions from January 9, 2019 to January 18, 2019 because of unanticipated circumstances beyond the control of counsel necessitating additional time to prepare their responses to the Rule 12 Motions. Coutnerclaimants filed their responses to Counter Defendants' Rule 12 Motions on January 18, 2019 (EFC Nos. 63 and 64).

6. The parties have now agreed to extend the time for Counter Defendants to file their reply briefs in support of their Rule 12 Motions from January 25, 2019 to February 1, 2019. Counter Defendants require additional time to prepare their reply briefs given that Counterclaimants received

---

[1] However, because of the passing of former President George H.W. Bush, December 5, 2018 was declared a day of mourning and the Federal Courts were closed. Accordingly, Counter Defendants filed their motions under Rule 12 on the following day, December 6, 2018 (ECF Nos. 59 and 60).

1  an extension to file their responses from January 9, 2019 to January 18, 2019, which severely
2  shortened Counter Defendants time to prepare and file their reply briefs.

3      7.    This is the parties' third request for an extension of these deadlines.

4      8.    Accordingly, for good cause showing, the parties have agreed to the foregoing
5  extension of the deadlines.

6      DATED this 24th day of January 2019.

| HOLLAND & HART LLP | EVANS FEARS & SCHUTTERT LLP |
|---|---|
| By: /s/ Bryce K. Kunimoto<br>J. Stephen Peek, Esq.<br>Nevada Bar No. 1758<br>Bryce K. Kunimoto, Esq.<br>Nevada Bar No. 7781<br>Robert J. Cassity, Esq.<br>Nevada Bar No. 9779<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>*Attorneys for Defendants/Counterclaimants Aruze Gaming America, Inc. and Kazuo Okada*<br><br>Jeffrey S. Love, Esq. (*pro hac vice*)<br>Klarquist Sparkman, LLP<br>121 SW Salmon St., Ste. 1600<br>Portland, OR 97204<br><br>*Attorneys for Defendant/Counterclaimant Aruze Gaming America, Inc.* | By: /s/ David W. Gutke<br>Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>2300 West Sahara Avenue, Suite 950<br>Las Vegas, NV 89102<br><br>Andrew Z. Weaver, Esq. (*pro hac vice*)<br>Polsinelli PC<br>1000 Louisiana Street, 64th Floor<br>Houston, TX 77002<br><br>*Attorneys for Plaintiff/Counter Defendant Universal Entertainment Corporation and Counter Defendants Aruze USA and Jun Fujimoto* |

**ORDER**

**IT IS SO ORDERED.**

_____ *(signed: George Foley Jr.)*
UNITED STATES MAGISTRATE JUDGE

DATED: 01-28-2019

CASE NO.: 2:18-cv-00585-RFB-GWF

3