J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Robert J. Cassity, Esq. (9779)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
speek@hollandhart.com
bkunimoto@hollandhart.com
bcassity@hollandhart.com

*Attorneys for Defendants*
 ARUZE GAMING AMERICA, INC.
 AND KAZUO OKADA

Jeffrey S. Love (*pro hac vice*)
Kristin L. Cleveland (*pro hac vice*)
Klarquist Sparkman, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
jeffrey.love@klarquist.com
kristin.cleveland@klarquist.com

*Attorneys for Defendant*
 ARUZE GAMING AMERICA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., and KAZUO OKADA,<br><br>Defendants. | Case No. 2:18-cv-00585-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND CASE SCHEDULE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Universal Entertainment Corporation ("UEC") and Counterdefendants Aruze USA, Inc. ("Aruze USA") and Mr. Jun Fujimoto ("Fujimoto"), and Defendants Aruze Gaming America, Inc. ("AGA") and Mr. Kazuo Okada ("Okada"), by and through their respective counsel of record, and pursuant to LR II 6-1 and LR II 26-4, that the discovery deadlines set forth in the Court's *Joint Discovery Plan and Scheduling Order* (ECF No. 26) shall be extended as set forth below:

**A. Discovery Completed**

1. Defendants served their Initial FRCP 26(a) Disclosures on August 13, 2018;

2. Plaintiff served its Initial FRCP 26(a) Disclosures on August 13, 2018;

3. Defendants served their First Request for Production of Documents to UEC on September 27, 2018;

4. Plaintiff served its LPR 1-6 & 1-7 Initial Infringement Contentions of October 8, 2018;

5. Defendants served their First Supplemental FRCP 26 Disclosure on October 12, 2018;

6. Defendants served their Second Request for Production of Documents to UEC on October 29, 2018;

7. Plaintiff served its Objections and Responses to Defendants First Request for Production of Documents on October 29, 2018;

8. Defendants served their Second Supplemental FRCP 26 Disclosure on October 29, 2018;

9. Plaintiff served a production of documents on November 9, 2018;

10. Plaintiff served a Corrected LPR 1-6 and 1-7 document production on October 9, 2018;

11. Plaintiff served a production of documents on November 21, 2018;

12. Plaintiff served its Objections and Responses to Defendants' Second Request for Production of Documents on November 28;

13.     Plaintiff served its First Request for Production of Documents to Defendant AGA on January 2, 2019;

14.     Defendants served their Third Supplemental FRCP 26 Disclosure on January 9, 2019;

15.     Defendant AGA served its LPR 1-8 and 1-9 Initial Disclosure of Non-Infringement, Invalidity, and Unenforceability Contentions on January 18, 2019;

16.     Defendant AGA served its Responses to Plaintiff's First Request for Production of Documents on February 1, 2019;

17.     Defendant AGA served Amended LPR 1-8 and 1-9 Initial Disclosures on February 11, 2019;

18.     Plaintiff served its LPR 1-10 Response to Initial Non-Infringement, Invalidity and Unenforceability Contentions on February 15, 2019;

**B.      Discovery That Remains To Be Completed.**

1.      Supplemental productions of documents by both parties;

2.      Additional written discovery requests by both parties; and

3.      Depositions of parties and non-parties, including foreign country depositions.

**C.      Reasons Why the Extension is Warranted**

The Parties require an extension of the discovery deadlines set forth below in order to account for the time-consuming nature and logistical challenges associated with this case.

This is a complex case involving internationally located parties, allegations of patent infringement as well as claims for breach of contract and various business torts concerning a period of time spanning over a decade.

Plaintiff UEC is a Japanese corporation and Counterdefendant Mr. Fujimoto is a Japanese citizen.  Mr. Okada is a Hong Kong citizen. The presence of international parties complicates and slows discovery. Many documents must be collected from and reviewed overseas and are not written in the English language. This creates logistical delays to speedy discovery. It is anticipated that depositions will also need to be taken of foreign parties in foreign countries

using interpreters. This further complicates and adds to the time necessary to complete discovery.

The patent side of the case involves UEC's allegations of infringement of four patents. UEC has asserted a total of 74 claims against four of AGA's gaming machine cabinets and 33 of its games. The Parties have exchanged initial contentions in accordance with the Joint Discovery Plan and Scheduling Order set forth in this case. (ECF No. 26). During the contention exchange, UEC served Initial Infringement Contentions (757 pages including claim charts), followed by AGA's Initial Infringement, Invalidity and Unenforceability Contentions (1,778 pages including claim charts). The initial exchange of claim terms identified over 30 terms that needed to be construed, 20 terms identified as indefinite and several phrases identified as "printed matter" and thus not having patentable weight. Defendant AGA intends to file, concurrent with its claim construction brief, a Motion for Partial Summary Judgment on issues that are tied closely to the claim construction process, preserving other possible issues which are proper for summary adjudication at a later time, but on or prior to the Court's scheduled date for filing dispositive motions.

The business torts involve complex dealings between various international entities and individuals. Plaintiff has asserted various tort claims against AGA and Mr. Okada for intentional interference with existing and prospective economic advantage, unjust enrichment, and fraudulent misrepresentation. Moreover, AGA and Mr. Okada have asserted various counterclaims against UEC, Aruze USA, and Mr. Fujimoto, including, among others, counterclaims for indemnification related to an underlying litigation, breach of contract, defamation based upon public statements made by UEC regarding AGA and Mr. Okada, interference with contractual and prospective contractual relations, civil conspiracy giving rise to Mr. Okada's removal from UEC, and abuse of process. These claims and counterclaims are complex, span nearly a decade in time, require significant document collection and review, and will involve a number of fact witnesses' depositions in addition to party depositions.

Further, the parties have each filed motions to dismiss (ECF Nos. 44, 59 & 60), which are now fully briefed and a hearing on the parties' respective motions to dismiss is currently scheduled for April 23, 2019. *See* ECF No. 70. The Court's disposition of these motions to dismiss may narrow the claims and possibly in turn the scope of certain discovery.

An extension of discovery is also necessary to allow the parties to conduct fact discovery subsequent to the Court's ruling on claim construction on the patent side of the case. The Court's determination of the meaning and scope of the patent claims will also help to inform the Parties as to the expert discovery needed.

The Parties are seeking to extend the deadlines set forth in the Discovery Plan and Scheduling Order in order to allow: 1) adequate time for discovery of both the patent and contract/tort claims, and 2) the parties to continue discussions intended to narrow the patent claim construction issues and present them to the Court in an efficient manner.

**D.      Proposed Schedule for Completing All Remaining Discovery**

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Exchange of Preliminary Claim Construction | March 15, 2019 | March 29, 2019 |
| Submit Joint Claim Construction and Prehearing Statement | March 22, 2019 | April 19, 2019 |
| Motion to Amend Pleadings/Parties | April 12, 2019 | June 12, 2019 |
| Opening Claim Construction Brief/ MSJ | April 24, 2019 | May 24, 2019 |
| Response to Claim Construction Brief/ Response to MSJ | May 10, 2019 | June 28, 2019 |
| Reply Claim Construction Brief/ Reply ISO MSJ and Matter Submitted to court for Hearing | Friday, May 17, 2019 | July 19, 2019 |
| Interim Status Report | Friday, March 22, 2019 | July 26, 2019 |
| Claim Construction Tutorials, Hearing, and Order from Court | To be determined based on the Court's calendar. | To be determined based on the Court's calendar. |

| Discovery Cut-Off for Fact Discovery | July 12, 2019 | January 27, 2020 |
|---|---|---|
| Initial Expert Disclosures | The later of 45 days after Court's claim construction order or 45 days after close of fact discovery. | The later of 45 days after Court's claim construction order or 45 days after close of fact discovery. |
| Rebuttal Expert Disclosures | 30 days after initial expert disclosures. | 30 days after initial expert disclosures. |
| Discovery Cut-Off for Expert Discovery | 30 days after rebuttal expert disclosures. | 30 days after rebuttal expert disclosures. |
| Dispositive Motions Due | 30 days after close of expert discovery. | 30 days after close of expert discovery. |
| Post-Claim Construction Settlement Conference | 30 days after Court's claim construction order. | 30 days after Court's claim construction order. |

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

| Joint Pre-Trial Order | The later of 30 days after the dispositive motion cutoff, if no dispositive motions are filed, or 30 days after the Court enters a ruling on dispositive motions. | The later of 30 days after the dispositive motion cutoff, if no dispositive motions are filed, or 30 days after the Court enters a ruling on dispositive motions. |

RESPECTFULLY SUBMITTED this 15th day of March, 2019.

By: /s/ Robert J. Cassity, Esq.
J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Robert J. Cassity, Esq. (9779)
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for
Defendants/Counterclaimants*
ARUZE GAMING AMERICA, INC.
AND KAZUO OKADA

Jeffrey S. Love (*pro hac vice*)
Kristin L. Cleveland (*pro hac vice*)
Klarquist Sparkman, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204

*Attorneys for
Defendant/Counterclaimants*
ARUZE GAMING AMERICA, INC.

By: /s/ Andrew Z. Weaver, Esq.
Jay J. Schuttert, Esq. (8656)
David W. Gutke, Esp. (9820)
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89102

Andrew Z. Weaver, Esq.
Gregory V. Novak
POLSINELLI PC
1000 Louisiana Street, 53rd Floor
Houston, TX 77002

Henry A. Petri, Jr., Esq.
POLSINELLI PC
1401 Eye Street NW, Suite 800
Washington, DC 20005

*Attorneys for Plaintiff/Counter
Defendant* UNIVERSAL
ENTERTAINMENT CORPORATION
and *Counter Defendants* ARUZE USA
and JUN FUJIMOTO

**IT IS SO ORDERED.**

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: March 18, 2019

CASE NO.: 2-18-cv-00585-RFB-GWF