# EXHIBIT C

UEC's Notice of FRCP 26(f) Conference dated July 2, 2018

# EXHIBIT C

Jay J. Schuttert, Esq.
Nevada Bar No. 8656
David W. Gutke, Esq.
Nevada Bar No. 9820
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Avenue, Suite 900
Las Vegas, NV 89101
Telephone (702) 805-0290
Facsimile (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

ANDREW WEAVER (PRO HAC VICE)
POLSINELLI PC
1000 Louisiana Street, 53rd Floor
Houston, TX 77002
Telephone: (713) 374-1600
Facsimile: (713) 374-1601
Email: aweaver@polsinelli.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, | CASE NO.: 2:18-cv-00585-RFB-GWF |
| Plaintiff, | NOTICE OF FRCP 26(f) CONFERENCE |
| vs. | |
| ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual | |
| Defendants. | |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on the 6th day of July, 2018, at the hour of 11:00 a.m. (PST), the attorneys for the parties will attend an FRCP 26(f) Conference telephonically, using the following call in information:

        Call in number – 267-930-4000

        Participant code – 735-100-391

1

APP014

DATED: July 2, 2018.

By: _____
Jay J. Schuttert, Esq.
Nevada Bar No. 8656
David W. Gutke, Esq.
Nevada Bar No. 9820
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Avenue, Suite 900
Las Vegas, NV 89102
Telephone (702) 805-0290
Facsimile (702) 805-0291
Email: jschuttert@eftriallaw.com
Email: dgutke@efstriallaw.com

Andrew Weaver (pro hac vice)
Polsinelli PC
1000 Louisiana Street, 53rd Floor
Houston, TX 77002
Telephone: (713) 374-1600
Facsimile: (713) 374-1601
Email: aweaver@polsinelli.com

ATTORNEYS FOR PLAINTIFF
UNIVERSAL ENTERTAINMENT
CORPORATION

2

APP015

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **NOTICE OF FRCP 26(f) CONFERENCE** via U.S. Mail addressed to the following:

| | |
|---|---|
| J. Stephen Peek, Esq.<br>Nevada Bar No. 1758<br>Bryce K. Kunimoto, Esq.<br>Nevada Bar No. 7781<br>Robert J. Cassity, Esq.<br>Nevada Bar No. 9779<br>HOLLAND & HART LLP<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada 89134<br>*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada* | Jeffrey S. Love, Esq.<br>KLARQUIST SPARKMAN, LLP<br>121 S.W. Salmon Street, Suite 1600<br>Portland, Oregon 97204<br>*Attorney for Defendant Aruze Gaming America, Inc.* |

DATED this 2nd day of July, 2018.

/s/ Paul Radford
An Employee of Evans Fears & Schuttert LLP