# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION,<br><br>Plaintiff(s),<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., et al.,<br><br>Defendant(s). | Case No.: 2:18-cv-00585-RFB-NJK<br><br>**ORDER**<br><br>(Docket No. 187) |

Pending before the Court is the parties' stipulation to extend the briefing schedule for Defendants' motion to compel. Docket No. 187. For good cause shown, the Court **GRANTS** the motion. *Id.* Plaintiff's and Counter-Defendants' response is due no later than April 20, 2020, and any reply is due no later than May 4, 2020.

IT IS SO ORDERED.

Dated: April 14, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1