Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89102
Telephone:  (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Andrew Z. Weaver *(pro hac vice)*
Gregory V. Novak *(pro hac vice)*
POLSINELLI PC
1000 Louisiana Street, Suite 6400
Houston, TX 77002
Telephone:  (713) 374-1600
Facsimile:  (713) 374-1601
Email:  aweaver@polsinelli.com
Email:  gnovak@polsinelli.com

David S. Krakoff *(pro hac vice)*
Benjamin B. Klubes *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone:  (202) 349-8000
Facsimile:  (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  bklubes@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com

*Attorneys for Plaintiff/Counter-Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | **Case No.: 2:18-CV-00585 (RFB)(NJK)**<br><br>~~STIPULATION AND~~ **ORDER TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS**<br><br>**(SECOND REQUEST)** |
| ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, as follows:

1. On October 11, 2018, Aruze Gaming America, Inc. ("AGA") and Kazuo Okada ("Okada") (collectively, "Counterclaimants"), filed their Amended Answer and Counterclaims against Counter-Defendants Universal Entertainment Corporation ("UEC"), Aruze USA, Inc. ("Aruze USA"), and Jun Fujimoto ("Fujimoto") (collectively, "Counter-Defendants").

2. On May 30, 2020, the Court issued an Order, granting in part and denying in part, UEC's and Aruze USA's Motion to Dismiss Counterclaims (ECF No. 59); and denying in part, Fujimoto's Motion to Dismiss Counterclaims (ECF No. 60). *See* ECF No. 201.

3. Based on this Order, Counter-Defendants' deadline to answer or otherwise respond to counterclaims is June 15, 2020. *See* Fed. R. Civ. P. 12(a)(4)(A).

4. The parties hereby agree that the time for Counter-Defendants to respond to counterclaims shall be extended for fifteen (15) days, from June 15, 2020 to June 30, 2020.

5. This is the second stipulation for extension of time regarding the deadline to respond to counterclaims. The Court approved the parties' first request on October 11, 2018, which predated Counter-Defendants' motions to dismiss. *See* ECF No. 57

6. This extension request is to accommodate counsel's schedules and to permit consultation with foreign clients in preparing Counter-Defendants' answer to counterclaims.

//
//
//
//
//
//
//
//
//
//

7. Accordingly, for good cause showing, the parties have agreed to the foregoing extension.

Dated this 12th day of June, 2020.

| EVANS FEARS & SCHUTTERT LLP | HOLLAND & HART LLP |
|---|---|
| By: /s/ Jay J. Schuttert<br>Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>2300 West Sahara Avenue, Suite 950<br>Las Vegas, NV 89102<br><br>Andrew Z. Weaver, Esq. (pro hac vice)<br>Gregory V. Novak, Esq. (pro hac vice)<br>POLSINELLI, PC<br>1000 Louisiana Street, Suite 6400<br>Houston, TX 77002<br><br>David S. Krakoff (pro hac vice)<br>Benjamin B. Klubes (pro hac vice)<br>Lauren R. Randell (pro hac vice)<br>Adam Miller (pro hac vice)<br>BUCKLEY LLP<br>2001 M Street NW, Suite 500<br>Washington, DC 20036<br><br>*Attorneys for Plaintiff/Counter-Defendants* | By: /s/ Robert J. Cassity<br>J. Stephen Peek, Esq.<br>Nevada Bar No. 1758<br>Bryce K. Kunimoto, Esq.<br>Nevada Bar No. 7781<br>Robert J. Cassity, Esq.<br>Nevada Bar No. 9779<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*<br><br>Jeffrey S. Love, (pro hac vice pending)<br>Kristin L. Cleveland (pro hac vice pending)<br>Klarquist Sparkman, LLP<br>121 SW Salmon St., Ste. 1600<br>Portland, OR 97204<br><br>*Attorneys for Defendant Aruze Gaming America, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 15, 2020

Case No.: 2:18-CV-00585-RFB-NJK