J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Robert J. Cassity, Esq. (9779)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
bkunimoto@hollandhart.com
bcassity@hollandhart.com

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada,*

Jeffrey S. Love, Esq. (*pro hac vice*)
Kristin L. Cleveland, Esq. (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
jeffrey.love@klarquist.com
kristin.cleveland@klarquist.com

*Attorneys for Defendant Aruze Gaming America, Inc*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC. a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>CounterClaimant,<br><br>v.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>CounterDefendant. | Case No.: 2:18-cv-00585-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTIONS IN CONNECTION WITH SUBPOENAS DUCES TECUM**<br><br>**(FIRST REQUEST)** |

1

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their respective counsel, that the time for Defendants to file any motion in connection with the Subpoenas Duces Tecum reflected in the Notice of Intent to Serve Subpoena Duces Tecum served by UEC on July 30, 2020 (the "Subpoenas") is extended from August 30, 2020 to September 4, 2020. The parties at issue in the Subpoenas are engaged in a meet-and-confer process to narrow the scope of the document requests in the Subpoenas and this extension request is intended to provide the parties additional time to evaluate and confer regarding that issue. Accordingly, for good cause showing, the parties have agreed to the foregoing extension of the time to file any motion in connection with the Subpoenas.

DATED this 28th day of August, 2020.

/s/ Adam Miller
Jay J. Schuttert, Esq.
Nevada Bar No. 8656
David W. Gutke, Esq.
Nevada Bar No. 9820
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89102

Andrew Z. Weaver, Esq. (pro hac vice)
Gregory V. Novak, Esq. (pro hac vice)
POLSINELLI, PC
1000 Louisiana Street, Suite 6400
Houston, TX 77002

/s/ J. Stephen Peek
J. Stephen Peek, Esq.
Bryce K. Kunimoto, Esq.
Robert J. Cassity, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada,*

Jeffrey S. Love, Esq. (pro hac vice)
Kristin L. Cleveland, Esq. (pro hac vice)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Ste 1600
Portland, Oregon 97204

*Attorneys for Defendant Aruze Gaming America, Inc*

David S. Krakoff (pro hac vice)
Benjamin B. Klubes (pro hac vice)
Lauren R. Randell (pro hac vice)
Adam Miller (pro hac vice)
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036

*Attorneys for Plaintiff/Counter-Defendants*
*Universal Entertainment Corporation v. Aruze Gaming America, Inc., et al.*
*Case No. 2:18-cv-00585-RFB-NJK*

*Stipulation and Order to Extend Time to File Motions in Connection with Subpoenas Duces Tecum (First Request)*

**ORDER**

**IT IS SO ORDERED.**

_____
~~UNITED STATES DISTRICT COURT JUDGE/~~
UNITED STATES MAGISTRATE JUDGE

DATED: August 31, 2020

Case No.: 2:18-CV-00585-RFB-NJK

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

3