J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Robert J. Cassity, Esq. (9779)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
bkunimoto@hollandhart.com
bcassity@hollandhart.com

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*

Jeffrey S. Love, Esq. (*pro hac vice*)
Kristin L. Cleveland, Esq. (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
jeffrey.love@klarquist.com
kristin.cleveland@klarquist.com

*Attorneys for Defendant Aruze Gaming America, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC. a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>CounterClaimant,<br><br>v.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>CounterDefendant. | Case No.: 2:18-cv-00585-RFB-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE MOTIONS IN CONNECTION WITH SUBPOENAS DUCES TECUM**<br><br>**(SIXTH REQUEST)** |

1

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their respective counsel, that the time for Defendants to file any motion in connection with the Subpoenas Duces Tecum reflected in the Notice of Intent to Serve Subpoena Duces Tecum served by UEC on July 30, 2020 (the "Subpoenas") is extended from October 30, 2020 to November 13, 2020.  The parties at issue in the Subpoenas are continuing to engage in a meet-and-confer process to narrow the scope of the document requests in the Subpoenas, and to date, have had conference calls and exchanged multiple formal written correspondence on September 2, September 14, September 18, October 16, October 27 and October 28 to further meet-and-confer on the scope of the subpoenas.  This extension request is intended to provide the parties additional time to evaluate and confer regarding these issues and continue their efforts to resolve this matter without seeking Court intervention.  Accordingly, for good cause showing, the parties have agreed to the foregoing extension of the time to file any motion in connection with the Subpoenas.

DATED this 29th day of October, 2020.

IT IS SO ORDERED.

Dated: October 30, 2020

_____
United States Magistrate Judge