Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119Telephone:  (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Andrew Z. Weaver (pro hac vice)
Michael D. Pegues (pro hac vice)
POLSINELLI PC
1000 Louisiana Street, Suite 6400
Houston, TX 77002
Telephone:  (713) 374-1600
Facsimile:  (713) 374-1601
Email:  aweaver@polsinelli.com
Email:  mpegues@polsinelli.com

David S. Krakoff (pro hac vice)
Benjamin B. Klubes (pro hac vice)
Lauren R. Randell (pro hac vice)
Adam Miller (pro hac vice)
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone:  (202) 349-8000
Facsimile:   (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  bklubes@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com

Attorneys for Plaintiff/Counter-Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY BRIEFS IN SUPPORT OF MOTION TO COMPEL AND MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS**<br><br>**(SECOND REQUEST)** |
| ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | |

        IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Plaintiff Universal Entertainment Corporation ("UEC") to file its reply briefs in support of Plaintiff's Motion to Compel Responses to UEC's Eighth Requests for Production Nos. 282 – 289 ("Motion to Compel," filed on October 26, 2020 – ECF No. 233) and Plaintiff's Motion for Leave to Amend Infringement Contentions ("Motion to Amend," filed on October 26, 2020 – ECF No. 234) is extended for seven (7) days, from November 23, 2020 to November 30, 2020.  This is the second stipulation for extension of time regarding Plaintiff's reply briefs to the Motion to Compel and Motion to Amend.  The Court previously approved a one-week extension for Plaintiff's reply briefs on November 13, 2020 (ECF No. 243).  This extension request is to accommodate counsel's schedules during the week of Thanksgiving and to provide additional time to evaluate Defendants' responses to the motions.  Accordingly, for good cause showing, the parties have agreed to the foregoing extension.

IT IS SO ORDERED.

Dated: November 20, 2020

_____
United States Magistrate Judge