Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119Telephone:  (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Andrew Z. Weaver *(pro hac vice)*
Michael D. Pegues *(pro hac vice)*
POLSINELLI PC
1000 Louisiana Street, Suite 6400
Houston, TX 77002
Telephone:  (713) 374-1600
Facsimile:  (713) 374-1601
Email:  aweaver@polsinelli.com
Email:  mpegues@polsinelli.com

David S. Krakoff *(pro hac vice)*
Benjamin B. Klubes *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone:  (202) 349-8000
Facsimile:   (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  bklubes@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com

*Attorneys for Plaintiff/Counter-Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | **Case No.: 2:18-CV-00585 (RFB)(NJK)**<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO PRODUCE DOCUMENTS REQUIRED BY THE COURT'S ORDER DATED SEPTEMBER 1, 2020 (ECF NO. 223)**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Universal Entertainment Corporation ("UEC"), Counter-defendants Aruze USA, Inc. and Jun Fujimoto (UEC and Mr. Fujimoto are collectively referred to as "UEC Parties"), and Defendants Aruze Gaming America, Inc. and Mr. Kazuo Okada, by and through their respective counsel of record, and pursuant to LR IA 6-1 and LR 26-3, that the time for the UEC Parties to produce certain documents and logs of other documents not being produced, as required by the Court's Order dated September 1, 2020 (ECF No. 223) ("the Order"), shall be extended from December 1, 2020 to February 1, 2021.  This is the first stipulation for extension of time regarding compliance with the Order.

There is good cause for this extension.  Since the hearing held on September 1, 2020, the UEC Parties represent that their attorneys and employees have devoted thousands of hours to compliance with the Order.  As of the date of this stipulation, UEC has produced more than 6,700 documents and logged more than 3,800 documents pursuant to the Order, including documents and logs produced on the date of this stipulation.  While the UEC Parties represent they will be close to completing their production of documents required by the Order from corporate-owned accounts and devices by December 1, the UEC Parties represent that they primarily need additional time to complete their production of documents required by the Order from Mr. Fujimoto's personal accounts and devices as well as from devices under his care, custody or control, due to the number of accounts at issue and various technical and logistical difficulties that have been encountered.  The UEC Parties agree that they will make rolling productions of documents and logs required by the Order every 20 days during the time remaining for compliance with the Order, beginning on the date of this stipulation.

Finally, while the Order also requires that the limited deposition of Counter-Defendant Jun Fujimoto be taken by March 1, 2021, and overall fact discovery is scheduled to end on April 30, 2021, the Parties are simultaneously submitting a Joint Status Report addressing the fact that depositions are highly unlikely to be possible by either March 1 or April 30 due to the Covid-19 pandemic and will be seeking the Court's guidance regarding deadlines for depositions.  The Parties respectfully submit, therefore, that the extension sought here will not adversely affect the remainder of the schedule in this case.

1    Accordingly, for good cause showing, the parties have agreed to the foregoing extension.

2    Dated this 24th day of November, 2020.

| EVANS FEARS & SCHUTTERT LLP | HOLLAND & HART LLP |
|---|---|
| By: _/s/ Jay J. Schuttert_<br>Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br><br>Andrew Z. Weaver, Esq. (pro hac vice)<br>Michael D. Pegues (pro hac vice)<br>POLSINELLI, PC<br>1000 Louisiana Street, Suite 6400<br>Houston, TX 77002<br><br>David S. Krakoff (pro hac vice)<br>Benjamin B. Klubes (pro hac vice)<br>Lauren R. Randell (pro hac vice)<br>Adam Miller (pro hac vice)<br>BUCKLEY LLP<br>2001 M Street NW, Suite 500<br>Washington, DC 20036<br><br>*Attorneys for Plaintiff/Counter-Defendants* | By: _/s/ Bryce K. Kunimoto_<br>J. Stephen Peek, Esq.<br>Nevada Bar No. 1758<br>Bryce K. Kunimoto, Esq.<br>Nevada Bar No. 7781<br>Robert J. Cassity, Esq.<br>Nevada Bar No. 9779<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*<br><br>Jeffrey S. Love (pro hac vice)<br>Kristin L. Cleveland (pro hac vice)<br>Klarquist Sparkman, LLP<br>121 SW Salmon St., Ste. 1600<br>Portland, OR 97204<br><br>*Attorneys for Defendant Aruze Gaming America, Inc.*<br><br>IT IS SO ORDERED:<br><br>_____<br>RICHARD F. BOULWARE, II<br>United States District Judge<br>DATED this 25th day of November, 2020. |

*Universal Entertainment Corporation v. Aruze Gaming America, Inc., et al.*
*Case No. 2:18-cv-00585-RFB-NJK*

*Stipulation and Order to Extend Time For Plaintiff to Produce Documents Required by the Court's Order Dated September 1, 2020 (ECF No. 223)*
*(First Request)*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: _____

Case No.: 2:18-CV-00585-RFB-NJK

4