Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone:  (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Andrew Z. Weaver *(pro hac vice)*
Michael D. Pegues *(pro hac vice)*
POLSINELLI PC
1000 Louisiana Street, Suite 6400
Houston, TX 77002
Telephone:  (713) 374-1600
Facsimile:  (713) 374-1601
Email:  aweaver@polsinelli.com
Email:  mpegues@polsinelli.com

David S. Krakoff *(pro hac vice)*
Benjamin B. Klubes *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone:  (202) 349-8000
Facsimile:   (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  bklubes@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com

*Attorneys for Plaintiff/Counter-Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSES TO MOTION TO COMPEL AND ASSOCIATED MOTION TO SEAL**<br><br>**(FIRST REQUEST)** |
| ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Plaintiff Universal Entertainment Corporation ("UEC") to file its Response to Defendants' Motion to Compel Communications Between UEC and the City-Yuwa Partners Law Firm ("Motion to Compel," filed under seal on December 21, 2020 – ECF No. 263) is extended for fourteen (14) days, from January 4, 2021 to January 18, 2021.  The parties further agree that the time for UEC to respond[1] to the associated Motion to Seal (filed on December 21, 2020 - ECF No. 262) is extended for seven (7) days from December 28, 2020 to January 4, 2021.  This is the first stipulation for extension of time for UEC's responses to either the Motion to Compel or Motion to Seal.  This extension request is to accommodate counsel's schedules during the Christmas and New Year's Day Holidays, as well as to provide counsel additional time to evaluate and prepare UEC's responses.  Accordingly, for good cause showing, the parties have agreed to the foregoing extension.

IT IS SO ORDERED.

Dated: December 28, 2020

_____
United States Magistrate Judge

---

[1] Pursuant to the Court's December 16, 2019 Order, UEC is required within seven days of the filing of the Motion to Seal to file "either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing." ECF No. 132 at 2.

2