Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone:  (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Andrew Z. Weaver *(pro hac vice)*
Michael D. Pegues *(pro hac vice)*
POLSINELLI PC
1000 Louisiana Street, Suite 6400
Houston, TX 77002
Telephone:  (713) 374-1600
Facsimile:  (713) 374-1601
Email:  aweaver@polsinelli.com
Email:  mpegues@polsinelli.com

David S. Krakoff *(pro hac vice)*
Benjamin B. Klubes *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone:  (202) 349-8000
Facsimile:   (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  bklubes@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com

*Attorneys for Plaintiff/Counter-Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br> | **Case No.: 2:18-CV-00585 (RFB)(NJK)**<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE RE: DEFENDANTS' MOTION TO COMPEL PRODUCTION BY UEC OF DOCUMENTS SENT BY TOMOHIRO**<br><br>**(FIRST REQUEST)** |
| ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | |

1

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Plaintiff Universal Entertainment Corporation ("UEC") to file its Opposition to Defendants Aruze Gaming America, Inc.'s and Kazuo Okada's Motion to Compel Production by UEC of Documents Sent by Tomohiro Okada to UEC ("Motion to Compel," filed under seal on January 8, 2021 – ECF No. 276) is extended for fourteen (14) days, from January 22, 2021 to February 5, 2021. Likewise, the time for Defendants to file their Reply in support of the Motion to Compel is extended fourteen (14) days, from February 12, 2021 to February 26, 2021. This is the first stipulation for extension of time regarding either Plaintiff's Opposition or Defendants' Reply. This extension request is to accommodate counsel's schedules and to provide the parties additional time to evaluate the Motion to Compel and Plaintiff's Opposition. Accordingly, for good cause showing, the parties have agreed to the foregoing extension.

IT IS SO ORDERED.

Dated: January 19, 2021

_____
United States Magistrate Judge