# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., et al.,<br><br>　　　　Defendants. | Case No.: 2:18-cv-00585-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 282] |

Pending before the Court is Plaintiffs' motion for leave to file under seal its response to Defendants' motion to compel communications between Plaintiff and the City-Yuwa Partners Law Firm and certain exhibits attached thereto. Docket No. 282.

Pursuant to the Court's order at Docket No. 132, where the sole ground for a motion to seal is that the opposing party has designated a document as confidential, the opposing party, within seven days of the filing of the motion to seal, must file either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designations and consent to unsealing. Docket No. 132 at 2. If neither filing is made, the Court may order the documents unsealed without further notice. *Id.*

Here, Plaintiff submits that the sole reason for its sealing request is that Defendants have designated certain documents in its response and exhibits as confidential. Docket No. 282 at 3. Plaintiff filed the instant motion on January 18, 2021. Docket No. 282. Defendants, however, have failed to comply with the Court's order. *See* Docket.

Accordingly, Defendants are hereby **ORDERED** to file either a declaration establishing sufficient justification, with appropriate caselaw citations, for sealing each requested document or

1

a notice of withdrawal of the confidential designation, no later than February 1, 2021.  Failure to comply with this order will result in the unsealing of the documents without further notice.

IT IS SO ORDERED.

Dated: January 26, 2021

_____
Nancy J. Koppe
United States Magistrate Judge