# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNIVERSAL ENTERTAINMENT CORPORATION,

    Plaintiff,

v.

ARUZE GAMING AMERICA, INC., et al.,

    Defendants.

Case No.: 2:18-cv-00585-RFB-NJK

**ORDER**

[Docket Nos. 263, 278]

Pending before the Court is Defendants' motion to compel discovery responses. Docket Nos. 263 (sealed motion), 278 (redacted motion). The Court has considered Defendants' motion, Plaintiff's response, and Defendants' reply. Docket Nos. 263, 284, 288. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

The instant discovery dispute arises out of Plaintiff's assertion of attorney-client privilege over its communications with attorneys of the City-Yuwa Partners Law Firm based in Japan. Whether attorney-client privilege applies to the challenged communications therefore implicates foreign law issues. *Bartech Sys. Int'l, Inc. v. Mobile Simple Sol., Inc.*, 2018 WL 834589, at *7 (D. Nev. Feb. 12, 2018). The parties, however, fail to address whether American or Japanese law applies to the instant discovery dispute.[1]

Accordingly, Defendants' motion to compel is hereby **DENIED** without prejudice. Docket Nos. 263, 278.

IT IS SO ORDERED.

Dated: January 28, 2021

                                      Nancy J. Koppe
                                      United States Magistrate Judge

---

[1] The Court has a duty to properly articulate and apply the law. *See, e.g.*, *Bateman v. U.S. Postal Serv.*, 231 F.3d 1220, 1224 (9th Cir. 2000).