# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., et al.,<br><br>    Defendants. | Case No. 2:18-cv-00585-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 311] |

Pending before the Court is Plaintiff's motion to strike. Docket No. 311. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

Plaintiff asks the Court to strike all substantive discussion of the application of Japanese law in Defendants' reply in support of their pending motion to compel. Docket No. 311 at 2; *see also* Docket Nos. 276 (motion to compel), 310 (reply). Alternatively, Plaintiff requests leave of Court to file a sur-reply in support of its opposition to Defendants' pending motion to compel solely addressing the issue of whether Japanese law applies. Docket No. 311 at 6.

For good cause shown, Plaintiff's motion to strike, Docket No. 311, is hereby **GRANTED** in part. No later than March 15, 2021, Plaintiff must file a sur-reply in support of its opposition to Defendants' pending motion to compel solely addressing the issue of whether Japanese law applies.

IT IS SO ORDERED.

Dated: March 8, 2021

_____
Nancy J. Koppe
United States Magistrate Judge