Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

Andrew Z. Weaver *(pro hac vice)*
Michael D. Pegues *(pro hac vice)*
POLSINELLI PC
1000 Louisiana Street, Suite 6400
Houston, TX 77002
Telephone: (713) 374-1600
Facsimile: (713) 374-1601
Email: aweaver@polsinelli.com
Email: mpegues@polsinelli.com

David S. Krakoff *(pro hac vice)*
Benjamin B. Klubes *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
Email: dkrakoff@buckleyfirm.com
Email: bklubes@buckleyfirm.com
Email: lrandell@buckleyfirm.com
Email: amiller@buckleyfirm.com

*Attorneys for Plaintiff/Counter-Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual, <br><br> Defendants. | **Case No.: 2:18-CV-00585 (RFB)(NJK)** <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING SCHEDULE, PAGE LIMITS, AND RESPONSE TO ASSOCIATED MOTION TO SEAL RE: DEFENDANS' MOTION FOR SANCTIONS AGAINST UEC AND FUJIMOTO** <br><br> **(FIRST REQUEST)** |
| ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual, <br><br> Counter-Claimants, <br><br> vs. <br><br> UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual, <br><br> Counter-Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Plaintiff Universal Entertainment Corporation ("UEC") to file its Response to Defendants' Motion for Sanctions Against UEC and Fujimoto ("Motion for Sanction," filed under seal on March 26, 2021 – ECF No. 321) is extended for fourteen (14) days, from April 9, 2021 to April 23, 2021. Likewise, the time for Defendants to file their Reply in Support of the Motion for Sanctions is extended fourteen (14) days, from April 30, 2021 to May 14, 2021. The parties further agree that the time for UEC to respond[1] to the associated Motion to Seal (filed on March 26, 2021 – ECF No. 318) is extended for seven (7) days from April 2, 2021 to April 9, 2021. Finally, the parties agree that the page limits provided in LR 7-3(b) shall be extended to thirty-nine (39) total pages for UEC's Response to the Motion for Sanctions, the same as Defendants' request for fifteen (15) additional pages in their Motion to Exceed Page Limit (filed on March 26, 2021 – ECF No. 319), and eight (8) additional pages for Defendants' Reply in Support of the Motion for Sanctions. This is the first stipulation for extension of time regarding UEC's Response to the Motion for Sanctions, Defendants' Reply in Support of Motion for Sanctions, or UEC's Response to the Motion to Seal. This is also the first stipulation for extension of page limits for UEC's Response to the Motion for Sanctions and Defendant's Reply in Support of the Motion for Sanctions. The above extension requests are to provide counsel additional time to evaluate the voluminous allegations and exhibits associated with the Motion for Sanction and Motion to Seal, and to provide additional pages and time for their respective filings. In particular, additional time is necessary for the parties to evaluate and coordinate

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] Pursuant to the Court's December 16, 2019 Order, UEC is required within seven days of the filing of the Motion to Seal to file "either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing." ECF No. 132 at 2.

their filings with Japanese-based clients. Accordingly, for good cause showing, the parties have agreed to the foregoing extensions.

Dated this 1st day of April, 2021.

| EVANS FEARS & SCHUTTERT LLP | HOLLAND & HART LLP |
|---|---|
| By:  /s/ Jay J. Schuttert | By:  /s/ Bryce K. Kunimoto |
| Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119 | J. Stephen Peek, Esq.<br>Nevada Bar No. 1758<br>Bryce K. Kunimoto, Esq.<br>Nevada Bar No. 7781<br>Robert J. Cassity, Esq.<br>Nevada Bar No. 9779<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 |
| Andrew Z. Weaver, Esq. (pro hac vice)<br>Michael D. Pegues (pro hac vice)<br>POLSINELLI, PC<br>1000 Louisiana Street, Suite 6400<br>Houston, TX 77002 | *Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada* |
| David S. Krakoff (pro hac vice)<br>Benjamin B. Klubes (pro hac vice)<br>BUCKLEY LLP<br>2001 M Street NW, Suite 500<br>Washington, DC 20036 | Jeffrey S. Love (pro hac vice)<br>Kristin L. Cleveland (pro hac vice)<br>Klarquist Sparkman, LLP<br>121 SW Salmon St., Ste. 1600<br>Portland, OR 97204 |
| *Attorneys for Plaintiff/Counter-Defendants* | *Attorneys for Defendant Aruze Gaming America, Inc.* |

*Universal Entertainment Corporation v. Aruze Gaming America, Inc., et al.*
*Case No. 2:18-cv-00585-RFB-NJK*

*Stipulation and Order to Extend Time for Briefing Schedule, Page Limits, and Response to Associated Motion to Seal Re: Defendants' Motion for Sanctions Against UEC and Fujimoto (First Request)*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  April 2, 2021

Case No.:  2:18-CV-00585-RFB-NJK

4