Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119Telephone:  (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Andrew Z. Weaver *(pro hac vice*)
Michael D. Pegues *(pro hac vice)*
POLSINELLI PC
1000 Louisiana Street, Suite 6400
Houston, TX 77002
Telephone:  (713) 374-1600
Facsimile:  (713) 374-1601
Email:  aweaver@polsinelli.com
Email:  mpegues@polsinelli.com

David S. Krakoff *(pro hac vice)*
Benjamin B. Klubes *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone:  (202) 349-8000
Facsimile:   (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  bklubes@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com

*Attorneys for Plaintiff/Counter-Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK)<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS REPLY IN SUPPORT OF RENEWED MOTION TO COMPEL RESPONSES TO UEC'S REQUESTS FOR PRODUCTION NOS. 282–284**<br><br>**(FIRST REQUEST)** |

1

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Plaintiff Universal Entertainment Corporation ("UEC") to file its Reply in Support of Renewed Motion to Compel Responses to UEC's Requests for Production Nos. 282-284 ("Motion to Compel," filed on March 25, 2021 – ECF No. 316; and Defendants' Response to Motion to Compel filed on April 8, 2021 – ECF No. 339) is extended for fourteen (14) days, from April 15, 2021 to April 29, 2021.  This is the first stipulation for extension of time regarding UEC's Reply.  This extension request is to accommodate counsel's schedule and to provide additional time to evaluate and prepare UEC's Reply.  Accordingly, for good cause showing, the parties have agreed to the foregoing extension.

Dated this 14th day of April, 2021.

| EVANS FEARS & SCHUTTERT LLP | HOLLAND & HART LLP |
|---|---|
| By:  /s/ Jay J. Schuttert  <br>Jay J. Schuttert, Esq. <br>Nevada Bar No. 8656 <br>David W. Gutke, Esq. <br>Nevada Bar No. 9820 <br>6720 Via Austi Parkway, Suite 300 <br>Las Vegas, NV 89119 <br><br>Andrew Z. Weaver, Esq. (pro hac vice) <br>Michael D. Pegues (pro hac vice) <br>POLSINELLI, PC <br>1000 Louisiana Street, Suite 6400 <br>Houston, TX 77002 <br><br>David S. Krakoff (pro hac vice) <br>Benjamin B. Klubes (pro hac vice) <br>BUCKLEY LLP <br>2001 M Street NW, Suite 500 <br>Washington, DC 20036 <br>*Attorneys for Plaintiff/Counter-Defendants* | By:  /s/ Bryce K. Kunimoto  <br>J. Stephen Peek, Esq. <br>Nevada Bar No. 1758 <br>Bryce K. Kunimoto, Esq. <br>Nevada Bar No. 7781 <br>Robert J. Cassity, Esq. <br>Nevada Bar No. 9779 <br>9555 Hillwood Drive, 2nd Floor <br>Las Vegas, NV 89134 <br><br>*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada* <br><br>Jeffrey S. Love (pro hac vice) <br>Kristin L. Cleveland (pro hac vice) <br>Klarquist Sparkman, LLP <br>121 SW Salmon St., Ste. 1600 <br>Portland, OR 97204 <br><br>*Attorneys for Defendant Aruze Gaming America, Inc.* |

*Universal Entertainment Corporation v. Aruze Gaming America, Inc., et al.*
*Case No. 2:18-cv-00585-RFB-NJK*

*Stipulation and Order to Extend Time for Plaintiff to File its Reply in Support of Renewed Motion to Compel Responses to UEC's Requests for Production Nos. 282-284*
*(First Request)*

## ORDER

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED:  April 15, 2021.

Case No.:  2:18-CV-00585-RFB-NJK

3