Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone:  (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Andrew Z. Weaver *(pro hac vice)*
Michael D. Pegues *(pro hac vice)*
POLSINELLI PC
1000 Louisiana Street, Suite 6400
Houston, TX 77002
Telephone:  (713) 374-1600
Facsimile:  (713) 374-1601
Email:  aweaver@polsinelli.com
Email:  mpegues@polsinelli.com

David S. Krakoff *(pro hac vice)*
Benjamin B. Klubes *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone:  (202) 349-8000
Facsimile:   (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  bklubes@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com

*Attorneys for Plaintiff/Counter-Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK)<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING SCHEDULE RE: DEFENDANTS' MOTION FOR SANCTIONS AGAINST UEC AND FUJIMOTO**<br><br>**(SECOND REQUEST)** |
| ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | |

1


IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Plaintiff/Counter-Defendant Universal Entertainment Corporation ("UEC") and Counter-Defendant Jun Fujimoto ("Fujimoto") to file their Response to Defendants' Motion for Sanctions Against UEC and Fujimoto ("Motion for Sanction," filed under seal on March 26, 2021 – ECF No. 321) is extended for fourteen (14) days, from April 23, 2021 to May 7, 2021.  Likewise, the time for Defendants to file their Reply in Support of the Motion for Sanctions is extended fourteen (14) days, from May 14, 2021 to May 28, 2021.  This is the second stipulation for extension of time regarding the Response to the Motion for Sanctions and Reply in Support of Motion for Sanctions.  The parties previously submitted a first request to extend the briefing schedule and page limits for their respective briefs, which the Court approved on April 2, 2021 (ECF No. 335).  A second extension request is necessary to provide counsel additional time to evaluate the voluminous allegations and exhibits associated with the Motion for Sanction, and to provide the parties additional time to prepare and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

coordinate their filings with Japanese-based clients. Accordingly, for good cause showing, the parties have agreed to the foregoing extensions.

Dated this 14th day of April, 2021.

| EVANS FEARS & SCHUTTERT LLP | HOLLAND & HART LLP |
|---|---|
| By: /s/ Jay J. Schuttert<br>Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br><br>Andrew Z. Weaver, Esq. (pro hac vice)<br>Michael D. Pegues (pro hac vice)<br>POLSINELLI, PC<br>1000 Louisiana Street, Suite 6400<br>Houston, TX 77002<br><br>David S. Krakoff (pro hac vice)<br>Benjamin B. Klubes (pro hac vice)<br>BUCKLEY LLP<br>2001 M Street NW, Suite 500<br>Washington, DC 20036<br>*Attorneys for Plaintiff/Counter-Defendants* | By: /s/ Bryce K. Kunimoto<br>J. Stephen Peek, Esq.<br>Nevada Bar No. 1758<br>Bryce K. Kunimoto, Esq.<br>Nevada Bar No. 7781<br>Robert J. Cassity, Esq.<br>Nevada Bar No. 9779<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*<br><br>Jeffrey S. Love (pro hac vice)<br>Kristin L. Cleveland (pro hac vice)<br>Klarquist Sparkman, LLP<br>121 SW Salmon St., Ste. 1600<br>Portland, OR 97204<br><br>*Attorneys for Defendant Aruze Gaming America, Inc.* |

*Universal Entertainment Corporation v. Aruze Gaming America, Inc., et al.*
*Case No. 2:18-cv-00585-RFB-NJK*

*Stipulation and Order to Extend Time for Briefing Schedule Re: Defendants' Motion for Sanctions Against UEC and Fujimoto*
*(Second Request)*

## ORDER

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED:  April 15, 2021.

Case No.:  2:18-CV-00585-RFB-NJK

4