1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNIVERSAL ENTERTAINMENT
CORPORATION, a Japanese corporation,

           Plaintiff(s),

   vs.

ARUZE GAMING AMERICA, INC., a
Nevada corporation, KASUO OKADA, an

          Defendant(s).

Case #2:18-00585-RFB-EJY

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

       David M. Krinsky , Petitioner, respectfully represents to the Court:
        (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

            Williams & Connolly LLP
               (firm name)

with offices at        725 Twelfth Street, NW ,
            (street address)

    Washington    , District of Columbia    , 20005 ,
     (city)          (state)      (zip code)

    202-434-5000   ,    dkrinsky@wc.com   .
 (area code + telephone number)     (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

   Universal Entertainment Corporation    to provide legal representation in connection with
         [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None

7.      That Petitioner is a member of good standing in the following Bar Associations.

> DC Bar
> Maryland State Bar Association
> American Bar Association

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | NONE | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF Maryland_____ )
                                              )
COUNTY OF ____Montgomery___ )

_____David M. Krinsky_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___17th___ day of ___MAY___, 2021

_____
Notary Public or Clerk of Court

THOMAS P. YOUNG
NOTARY PUBLIC
STATE OF MARYLAND
My Commission Expires Feb. 5 2023

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _____Jay J. Schuttert_____,
                                                                                                        (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the

above-entitled Court as associate resident counsel in this action. The address and email address of

said designated  Nevada counsel is:

___Evans Fears & Schuttert LLP, 6720 Via Austi parkway, Suite 300___
                                            (street address)

___Las Vegas___            ___Nevada___                    ___89119___
      (city)                            (state)                       (zip code)

___702-805-0290___          ___jschuttert@fstriallaw.com___
(area code + telephone number)            (Email address)

4

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Jay J. Schuttert_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Hiroyuki Kuwana, Manager of Patent Department,
Universal Entertainment Corporation
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8656                              jschuttert@efstriallaw.com
Bar number                       Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Additional court (and other tribunal) admissions (David M. Krinsky):

Supreme Court of the United States (March 22, 2010)

U.S. Court of Appeals for the Fourth Circuit (May 18, 2006)
U.S. Court of Appeals for the Federal Circuit (January 7, 2008)

U.S. District Court for the District of Colorado (July 9, 2015)
U.S. District Court for the District of Columbia (September 8, 2008)
U.S. District Court for the Southern District of Indiana (February 19, 2016)
U.S. District Court for the District of Maryland (May 18, 2006)

U.S. Patent and Trademark Office (March 5, 2014)



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*David M Krinsky*

was duly qualified and admitted on December 10, 2007 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, a(n)
ACTIVE member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on May 5,
2021.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.

# Court of Appeals
# of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

*I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the thirteenth day of December, 2005,*

### David Milton Krinsky

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this tenth day of May, 2021.*

_____
*Clerk of the Court of Appeals of Maryland*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** was served on counsel of record this 21st day of May, 2021 using the Court's CM/ECF System.

_____*/s/ Faith Radford*_____
An Employee of Evans Fears & Schuttert LLP