**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC. a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>CounterClaimant,<br><br>v.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>CounterDefendant. | Case No.: 2:18-cv-00585-RFB-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE MOTIONS IN CONNECTION WITH PLAINTIFF'S MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS ON ICAC WITNESS DOCUMENTS**<br><br>**(FIRST REQUEST)** |

1

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Universal Entertainment Corporation ("UEC") and Counter-Defendants Aruze USA, Inc. ("Aruze USA") and Jun Fujimoto ("Fujimoto"), and Defendants Aruze Gaming America, Inc. ("AGA") and Mr. Kazuo Okada ("Okada") (collectively, "Defendants"), by and through their respective counsel of record, that the time for Defendants to file their responses to Plaintiff's Motion to Retain Confidentiality Designations on ICAC Witness Documents (ECF No. 385) and Universal Entertainment Corp.'s Motion for Leave to File Under Seal Plaintiff's Motion to Retain Confidentiality Designations on ICAC Witness Documents (ECF No. 384) (collectively, the "Motions") is extended from July 21, 2021 to August 4, 2021. This is the first stipulation for extension of time regarding Defendants' responses to the Motions. This extension request is to accommodate counsels' schedule and to provide additional time to evaluate and prepare Defendants' responses to the Motions. Accordingly, for good cause showing, the parties have agreed to the foregoing extension of the time for Defendants to file their responses to the Motions.

IT IS SO ORDERED.

Dated: July 20, 2021

_____
Nancy J. Koppe
U.S. Magistrate Judge