Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone:  (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Bruce R. Genderson *(pro hac vice)*
David M. Krinsky *(pro hac vice)*
Adam D. Harber *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  bgenderson@wc.com
Email:  dkrinsky@wc.com
Email:  aharber@wc.com

David S. Krakoff *(pro hac vice)*
Benjamin B. Klubes *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
Veena Viswanatha (*pro hac vice*)
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone:  (202) 349-8000
Facsimile:   (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  bklubes@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com
Email:  vviswanatha@buckleyfirm.com

Attorneys for Plaintiff/Counter-Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE NOTICE OR DECLARATION RE: DEFENDANTS' MOTION TO SEAL**<br><br>**(FIRST REQUEST)** |

1  IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Plaintiff Universal Entertainment Corporation ("UEC") to file its notice or declaration[1] regarding Defendants' Motion to Seal filed on August 4, 2021 (ECF No. 394) is extended for nine (9) days from August 11, 2021 to August 20, 2021.  This is the first stipulation for extension of time regarding UEC's notice or declaration regarding the Motion to Seal.  The basis for the requested extension is to accommodate counsel's schedules and to provide additional time for counsel to coordinate this filing with its Japanese-based client.  Accordingly, for good cause showing, the parties have agreed to the foregoing extension.

RESPECTFULLY SUBMITTED this 11th day of August, 2021.

By:  /s/ Bryce K. Kunimoto
J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Robert J. Cassity, Esq. (9779)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Defendants/Counterclaimants*
ARUZE GAMING AMERICA, INC. AND KAZUO OKADA

Jeffrey S. Love (*pro hac vice*)
Kristin L. Cleveland (*pro hac vice*)
Sarah E. Jelsema (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204

*Attorneys for Defendant/Counterclaimants*
ARUZE GAMING AMERICA, INC.

By:  /s/ Jay J. Schuttert
Jay J. Schuttert, Esq. (8656)
David W. Gutke, Esq. (9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

Bruce R. Genderson (*pro hac vice*)
David M. Krinsky (*pro hac vice*)
Adam D. Harber (pro hac vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005

David S. Krakoff (*pro hac vice*)
Benjamin B. Klubes (*pro hac vice*)
Lauren R. Randell (*pro hac vice*)
Adam Miller (*pro hac vice*)
Veena Viswanatha (*pro hac vice*)
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036

*Attorneys for Plaintiff/Counter Defendant*
UNIVERSAL ENTERTAINMENT CORPORATION and *Counter Defendants* ARUZE USA and JUN FUJUMOTO

IT IS SO ORDERED.
Dated:  August 12, 2021

_____
United States Magistrate Judge

---

[1] Pursuant to the Court's December 16, 2019 Order, UEC is required within seven days of the filing of a Motion to Seal to file "either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing." ECF No. 132 at 2.

2