Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

Bruce R. Genderson *(pro hac vice)*
David M. Krinsky *(pro hac vice)*
Adam D. Harber *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: bgenderson@wc.com
Email: dkrinsky@wc.com
Email: aharber@wc.com

David S. Krakoff *(pro hac vice)*
Benjamin B. Klubes *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
Veena Viswanatha *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
Email: dkrakoff@buckleyfirm.com
Email: bklubes@buckleyfirm.com
Email: lrandell@buckleyfirm.com
Email: amiller@buckleyfirm.com
Email: vviswanatha@buckleyfirm.com

*Attorneys for Plaintiff/Counter-Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK)<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING SCHEDULE RE: COUNTERCLAIMANT KAZUO OKADA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST ARUZE USA, INC.**<br><br>**(FIRST REQUEST)** |

1

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Counter-Defendant Aruze USA, Inc. ("Aruze USA") to file its Opposition to Counterclaimant Kazuo Okada's Motion for Partial Summary Judgment Against Aruze USA, Inc. ("Motion to Partial Summary Judgement," filed under seal on November 27, 2021 – ECF No. 418) is extended for fifteen (15) days, from December 20, 2021 to January 4, 2022. In addition, the time for Counterclaimant Kazuo Okada to file his Reply in support of the Motion for Partial Summary Judgment is extended fourteen (14) days, from January 18, 2022 to February 1, 2022. This is the first stipulation for extension of time regarding either the Opposition or Reply to the Motion for Partial Summary Judgment. This extension request is to accommodate counsel's schedules and to provide the parties additional time to evaluate the Motion for Partial Summary Judgment and Opposition to be filed. Accordingly, for good cause showing, the parties have agreed to the foregoing extension.

Dated this 17th day of December, 2021.

EVANS FEARS & SCHUTTERT LLP

By:  /s/ Jay J. Schuttert
Jay J. Schuttert, Esq.
Nevada Bar No. 8656
David W. Gutke, Esq.
Nevada Bar No. 9820
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89102

Bruce R. Genderson (pro hac vice)
David M. Krinsky (pro hac vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005

David S. Krakoff (pro hac vice)
Lauren R. Randell (pro hac vice)
Adam Miller (pro hac vice)
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036

*Attorneys for Plaintiff/Counter-Defendants*

HOLLAND & HART LLP

By:  /s/ Bryce K. Kunimoto
J. Stephen Peek, Esq.
Nevada Bar No. 1758
Bryce K. Kunimoto, Esq.
Nevada Bar No. 7781
Robert J. Cassity, Esq.
Nevada Bar No. 9779
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendants/Counterclaimants Aruze Gaming America, Inc. and Kazuo Okada*

Jeffrey S. Love (pro hac vice)
Kristin L. Cleveland (pro hac vice)
Caroline L. Desmond (pro hac vice)
Klarquist Sparkman, LLP
121 SW Salmon St., Ste. 1600
Portland, OR 97204

*Attorneys for Defendant/Counterclaimant Aruze Gaming America, Inc.*

*Universal Entertainment Corporation v. Aruze Gaming America, Inc., et al.*
*Case No. 2:18-cv-00585-RFB-NJK*

*Stipulation and Order to Extend Time for Briefing Schedule Re: Counterclaimant Kazuo Okada's Motion for Partial Summary Judgment Against Aruze USA, Inc.*
*(First Request)*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE


DATED:  December 20, 2021

Case No.:  2:18-CV-00585-RFB-NJK

3