J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Robert J. Cassity, Esq. (9779)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
bkunimoto@hollandhart.com
bcassity@hollandhart.com

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*

Jeffrey S. Love, Esq. (*pro hac vice*)
Kristin L. Cleveland, Esq. (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
jeffrey.love@klarquist.com
kristin.cleveland@klarquist.com

*Attorneys for Defendant Aruze Gaming America, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC. a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: 2:18-cv-00585-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING SCHEDULE RE: MOTION FOR SANCTIONS AGAINST KAZUO OKADA FOR FAILURE TO PRESERVE ESI (THIRD REQUEST RE: OPPOSITION)**<br><br>**(SECOND REQUEST RE: REPLY BRIEF AND RESPONSE TO ACCOMPANYING MOTION TO SEAL)** |
| ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>CounterClaimant,<br><br>v.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>CounterDefendant. | |

1

**IS HEREBY STIPULATED AND AGREED**, by and between the parties, that the time for Defendant Kazuo Okada to file his Opposition to Universal Entertainment Corp.'s, Aruze USA's, and Jun Fujimoto's Motion for Sanctions Against Kazuo Okada for Failure to Preserve ESI ("Motion for Sanctions," filed under seal on December 10, 2021 – ECF No. 421) is extended for twenty-one (21) days, from February 1, 2022 to February 22, 2022. This is the third stipulation for extension of time regarding the Opposition to the Motion for Sanctions. The parties previously submitted a first request to extend the Opposition deadline, which the Court approved on December 20, 2021 (ECF No. 425), and a second request to extend the Opposition deadline, which the Court approved on January 18, 2022 (ECF No. 432).

In addition, the time for Plaintiff/Counter-Defendants to file their Reply in Support of the Motion for Sanctions is extended fourteen (14) days, from March 1, 2022 to March 15, 2022. This is the second request to extend the Reply brief deadline.

Finally, Defendant's deadline to respond[1] to the accompanying motion to seal the Motion for Sanctions (ECF No. 420) is extended until February 22, 2022. This is the second request to extend the deadline for the response to the motion to seal.

These extension requests are necessary due to unexpected and serious health issues of one of Defendants' lawyers principally involved in the analysis of the Motion for Sanctions and drafting of Defendant's Opposition, and to provide Defendant's other lawyers additional time to evaluate the allegations and exhibits associated with the Motion for Sanctions, and to provide the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] Pursuant to the Court's December 16, 2019 Order, within seven days of filing of the motion to seal the opposing party must file "either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing." ECF No. 132 at 2.

2

parties with additional time to prepare and coordinate their filings with Japanese-based clients. Accordingly, for good cause showing, the parties have agreed to the foregoing extensions.

DATED this 28th day of January, 2022.

| | |
|---|---|
| /s/ Adam Miller | /s/ Bryce K. Kunimoto |
| Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>EVANS FEARS & SCHUTTERT LLP<br>2300 West Sahara Avenue, Suite 950<br>Las Vegas, NV 89102 | J. Stephen Peek, Esq.<br>Bryce K. Kunimoto, Esq.<br>Robert J. Cassity, Esq.<br>HOLLAND & HART LLP<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 |
| Andrew Z. Weaver, Esq. (pro hac vice)<br>Gregory V. Novak, Esq. (pro hac vice)<br>POLSINELLI, PC<br>1000 Louisiana Street, Suite 6400<br>Houston, TX 77002 | *Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada,* |
| David S. Krakoff (pro hac vice)<br>Benjamin B. Klubes (pro hac vice)<br>Lauren R. Randell (pro hac vice)<br>Adam Miller (pro hac vice)<br>BUCKLEY LLP<br>2001 M Street NW, Suite 500<br>Washington, DC 20036 | Jeffrey S. Love, Esq. (pro hac vice)<br>Kristin L. Cleveland, Esq. (pro hac vice)<br>KLARQUIST SPARKMAN, LLP<br>One World Trade Center<br>121 S.W. Salmon Street, Ste 1600<br>Portland, Oregon 97204<br><br>*Attorneys for Defendant Aruze Gaming America, Inc.* |
| *Attorneys for Plaintiff/Counter-Defendants* | |

*Universal Entertainment Corporation v. Aruze Gaming America, Inc., et al.*
*Case No. 2:18-cv-00585-RFB-NJK*
*Stipulation and Order to Extend Briefing Schedule Re: Motion for Sanctions Against Defendant Kazuo Okada for Failure to Preserve ESI (Third Request Re: Opposition) (Second Request Re: Reply Brief an Response to Accompanying Motion to Seal)*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: January 31, 2022.

Case No.: 2:18-CV-00585-RFB-NJK

3