J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Robert J. Cassity, Esq. (9779)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
bkunimoto@hollandhart.com
bcassity@hollandhart.com

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*

Jeffrey S. Love, Esq. (*pro hac vice*)
Kristin L. Cleveland, Esq. (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
jeffrey.love@klarquist.com
kristin.cleveland@klarquist.com

*Attorneys for Defendant Aruze Gaming America, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC. a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br><hr>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>CounterClaimant,<br><br>v. | Case No.: 2:18-cv-00585-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING SCHEDULE RE: COUNTER-CLAIMANT KAZUO OKADA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND RE: ARUZE USA'S AND UNIVERSAL'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(THIRD REQUEST RE: REPLY IN SUPPORT OF OKADA'S MOTION FOR PARTIAL SUMMARY JUDGMENT)**<br><br>**(SECOND REQUEST RE: OPPOSITION AND REPLY TO CROSS-MOTION)**<br><br>**(SECOND REQUEST RE: RESPONSES TO ACCOMPANYING MOTIONS TO SEAL)** |

1

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,

CounterDefendant.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that the time for Counter-Claimant Kazuo Okada ("Okada") to file his Reply in Support of Motion for Partial Summary Judgment against Aruze USA ("Motion for Partial Summary Judgment," filed under seal on November 27, 2021—ECF No. 418) is extended for fourteen (14) days, from February 16, 2022 to March 2, 2022. This is the third stipulation for extension of time regarding the Reply in Support of Motion for Partial Summary Judgment. The parties previously submitted a second request to extend the Reply, which the Court approved on January 19, 2022 (ECF No. 433).

In addition, the time for Okada to Oppose Aruze USA's and Universal Entertainment Corporation's (collectively, the "Universal Parties") Cross-Motion for Partial Summary Judgment ("Cross-Motion," filed under seal on January 4, 2022—ECF No. 429) is extended fourteen (14) days, from February 16, 2022 to March 2, 2022. This is the second request to extend the Opposition to the Cross-Motion. Further, the Universal Parties' Reply in Support of the Cross-Motion is extended twenty-one (21) days, from March 2, 2022 to March 23, 2022. This is the second request to extend the Reply brief deadline for the Cross-Motion.

Finally, the deadline to respond[1] to the accompanying motions to seal Aruze USA's Opposition to Motion for Partial Summary Judgment and the Cross-Motion (ECF Nos. 426 and 428) is extended until March 2, 2022. This is the second request to extend the deadline for the responses to the motions to seal.

These extension requests are necessary due to unexpected and serious health issues of one of Defendants' lawyers involved in analysis and drafting of the briefing on Defendant's Motion

---

[1] Pursuant to the Court's December 16, 2019 Order, within seven days of filing a motion to seal the opposing party must file "either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing." ECF No. 132 at 2.

2

for Partial Summary Judgment and Opposition to the Cross-Motion, and to provide Defendants' other lawyers additional time to evaluate the allegations and exhibits associated with the Motion for Partial Summary Judgment and Cross-Motion, and to provide the parties additional time to prepare and coordinate their filings with Japan-based clients. Accordingly, for good cause showing, the parties have agreed to the foregoing extensions.

DATED this 9th day of February, 2022.

/s/ Adam Miller
Jay J. Schuttert, Esq.
Nevada Bar No. 8656
David W. Gutke, Esq.
Nevada Bar No. 9820
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89102

Andrew Z. Weaver, Esq. (pro hac vice)
Gregory V. Novak, Esq. (pro hac vice)
POLSINELLI, PC
1000 Louisiana Street, Suite 6400
Houston, TX 77002

David S. Krakoff (pro hac vice)
Benjamin B. Klubes (pro hac vice)
Lauren R. Randell (pro hac vice)
Adam Miller (pro hac vice)
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036

*Attorneys for Plaintiff/Counter-Defendants*

/s/ Bryce K. Kunimoto
J. Stephen Peek, Esq.
Bryce K. Kunimoto, Esq.
Robert J. Cassity, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada,*

Jeffrey S. Love, Esq. (pro hac vice)
Kristin L. Cleveland, Esq. (pro hac vice)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Ste 1600
Portland, Oregon 97204

*Attorneys for Defendant Aruze Gaming America, Inc.*

**IT IS SO ORDERED.**

**<u>ORDER</u>**



UNITED STATES DISTRICT JUDGE

DATED: February 10, 2022

Case No.: 2:18-CV-00585-RFB-NJK

3