Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone:  (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Bruce R. Genderson (pro hac vice)
David M. Krinsky (pro hac vice)
Adam D. Harber (pro hac vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  bgenderson@wc.com
Email:  dkrinsky@wc.com
Email:  aharber@wc.com

David S. Krakoff (pro hac vice)
Benjamin B. Klubes (pro hac vice)
Lauren R. Randell (pro hac vice)
Adam Miller (pro hac vice)
Veena Viswanatha (pro hac vice)
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone:  (202) 349-8000
Facsimile:   (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  bklubes@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com
Email:  vviswanatha@buckleyfirm.com

Attorneys for Plaintiff/Counter-Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK)<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSE TO MOTION TO SEAL**<br><br>**(FIRST REQUEST)** |
| ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Universal Entertainment Corporation ("Universal"), Counter-Defendants Aruze USA, Inc. ("Aruze USA") and Jun Fujimoto ("Fujimoto" and collectively, the "Universal Parties") and Defendants Aruze Gaming America, Inc. ("AGA") and Mr. Kazuo Okada ("Okada"), by and through their respective counsel of record, that the deadline for the Universal Parties to respond[1] to the Motion to Seal or Redact Mr. Okada's Opposition to the Universal Parties' Motion for Sanctions Against Mr. Okada for Failure to Preserve ESI and Certain Exhibits Thereto (Filed February 22, 2022, ECF No. 441) is extended until March 15, 2022. This is the first request to extend the deadline for the response.

This extension request is necessary to provide the Universal Parties' lawyers additional time to evaluate the sensitivity and confidentiality concerns related to the Opposition and the exhibits

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] Pursuant to the Court's December 16, 2019 Order, within seven days of filing a motion to seal the opposing party must file "either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing." ECF No. 132 at 2.

thereto, and to provide the Universal Parties to prepare and coordinate their filings with Japan-based clients.  Accordingly, for good cause showing, the parties have agreed to the foregoing extension.

DATED this 28th day of February, 2022.

EVANS FEARS & SCHUTTERT LLP                 HOLLAND & HART LLP


By:   /s/ Jay J. Schuttert                              By:   /s/ Bryce K. Kunimoto
    Jay J. Schuttert, Esq.                          J. Stephen Peek, Esq.
    Nevada Bar No. 8656                            Nevada Bar No. 1758
    David W. Gutke, Esq.                           Bryce K. Kunimoto, Esq.
    Nevada Bar No. 9820                            Nevada Bar No. 7781
    6720 Via Austi Parkway, Suite 300              Robert J. Cassity, Esq.
    Las Vegas, NV 89119                            Nevada Bar No. 9779
                                                   9555 Hillwood Drive, 2nd Floor
    Bruce R. Genderson (pro hac vice)              Las Vegas, NV 89134
    David M. Krinsky (pro hac vice)
    WILLIAMS & CONNOLLY LLP                        *Attorneys for Defendants/Counterclaimants*
    725 Twelfth Street NW                          *Aruze Gaming America, Inc. and Kazuo*
    Washington, DC 20005                           *Okada*

    David S. Krakoff (pro hac vice)                Jeffrey S. Love (pro hac vice)
    Lauren R. Randell (pro hac vice)               Kristin L. Cleveland (pro hac vice)
    Adam Miller (pro hac vice)                     Caroline L. Desmond (pro hac vice)
    BUCKLEY LLP                                    Klarquist Sparkman, LLP
    2001 M Street NW, Suite 500                    121 SW Salmon St., Ste. 1600
    Washington, DC 20036                           Portland, OR 97204

    *Attorneys for Plaintiff/Counter-*             *Attorneys for Defendant/Counterclaimant*
    *Defendants*                                   *Aruze Gaming America, Inc.*

*Universal Entertainment Corporation v. Aruze Gaming America, Inc., et al.*
*Case No. 2:18-cv-00585-RFB-NJK*

*Joint Stipulation and Order to Extend Time for Response to Motion to Seal*
*(First Request)*

<u>**ORDER**</u>

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
**United States District Court**

DATED:   March 1, 2022.

Case No.:  2:18-CV-00585-RFB-NJK