Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

Bruce R. Genderson (pro hac vice)
David M. Krinsky (pro hac vice)
Adam D. Harber (pro hac vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: bgenderson@wc.com
Email: dkrinsky@wc.com
Email: aharber@wc.com

David S. Krakoff (pro hac vice)
Benjamin B. Klubes (pro hac vice)
Lauren R. Randell (pro hac vice)
Adam Miller (pro hac vice)
Veena Viswanatha (pro hac vice)
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
Email: dkrakoff@buckleyfirm.com
Email: bklubes@buckleyfirm.com
Email: lrandell@buckleyfirm.com
Email: amiller@buckleyfirm.com
Email: vviswanatha@buckleyfirm.com

Attorneys for Plaintiff/Counter-Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK)<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSES TO MOTIONS TO SEAL**<br><br>**(FIRST REQUEST)** |
| ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Universal Entertainment Corporation ("Universal"), Counter-Defendants Aruze USA, Inc. ("Aruze USA") and Jun Fujimoto ("Fujimoto" and collectively, the "Universal Parties") and Defendants Aruze Gaming America, Inc. ("AGA") and Mr. Kazuo Okada ("Mr. Okada"), by and through their respective counsel of record, that the deadline for the Universal Parties to respond[1] to the Motions to Seal or Redact Mr. Okada's Reply in Support of its Motion for Partial Summary Judgment Against Aruze USA and Universal's Crossmotion for Partial Summary Judgment and Certain Exhibits Thereto (Filed March 2, 2022, ECF Nos. 456, 458) is extended until March 23, 2022. This is the first request to extend the deadline for the response.

This extension request is necessary to provide the Universal Parties' lawyers additional time to evaluate the sensitivity and confidentiality concerns related to the Opposition and the exhibits

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Pursuant to the Court's December 16, 2019 Order, within seven days of filing a motion to seal the opposing party must file "either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing." ECF No. 132 at 2.

thereto, and to provide the Universal Parties to prepare and coordinate their filings with Japan-based clients.  Accordingly, for good cause showing, the parties have agreed to the foregoing extension.

DATED this 9th day of March, 2022.

EVANS FEARS & SCHUTTERT LLP

By:   /s/ Jay J. Schuttert
    Jay J. Schuttert, Esq.
    Nevada Bar No. 8656
    David W. Gutke, Esq.
    Nevada Bar No. 9820
    6720 Via Austi Parkway, Suite 300
    Las Vegas, NV 89119

    Bruce R. Genderson (pro hac vice)
    David M. Krinsky (pro hac vice)
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street NW
    Washington, DC 20005

    David S. Krakoff (pro hac vice)
    Lauren R. Randell (pro hac vice)
    Adam Miller (pro hac vice)
    BUCKLEY LLP
    2001 M Street NW, Suite 500
    Washington, DC 20036

*Attorneys for Plaintiff/Counter-Defendants*

HOLLAND & HART LLP

By:   /s/ Robert J. Cassity
    J. Stephen Peek, Esq.
    Nevada Bar No. 1758
    Bryce K. Kunimoto, Esq.
    Nevada Bar No. 7781
    Robert J. Cassity, Esq.
    Nevada Bar No. 9779
    9555 Hillwood Drive, 2nd Floor
    Las Vegas, NV 89134

*Attorneys for Defendants/Counterclaimants Aruze Gaming America, Inc. and Kazuo Okada*

    Jeffrey S. Love (pro hac vice)
    Kristin L. Cleveland (pro hac vice)
    Caroline L. Desmond (pro hac vice)
    Klarquist Sparkman, LLP
    121 SW Salmon St., Ste. 1600
    Portland, OR 97204

*Attorneys for Defendant/Counterclaimant Aruze Gaming America, Inc.*

*Universal Entertainment Corporation v. Aruze Gaming America, Inc., et al.*
*Case No. 2:18-cv-00585-RFB-NJK*

*Joint Stipulation and Order to Extend Time for Response to Motions to Seal*
*(First Request)*

## <u>ORDER</u>

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
**United States District Court**

DATED:   March 10, 2022

Case No.:  2:18-CV-00585-RFB-NJK

4