Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone:  (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Bruce R. Genderson *(pro hac vice)*
David M. Krinsky *(pro hac vice)*
Adam D. Harber *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  bgenderson@wc.com
Email:  dkrinsky@wc.com
Email:  aharber@wc.com

David S. Krakoff *(pro hac vice)*
Benjamin B. Klubes *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
Veena Viswanatha *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone:  (202) 349-8000
Facsimile:   (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  bklubes@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com
Email:  vviswanatha@buckleyfirm.com

*Attorneys for Plaintiff/Counter-Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK)<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING SCHEDULE AND PAGE LIMITS RE: MOTION FOR SANCTIONS AGAINST KAZUO OKADA FOR FAILURE TO PRESERVE ESI**<br><br>**(SECOND REQUEST RE: RESPONSE TO ACCOMPANYING MOTION TO SEAL OPPOSITION)**<br><br>**(THIRD REQUEST RE: REPLY BRIEF)** |

1

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Plaintiff/Counter-Defendants to file their Reply in Support of Motion for Sanctions Against Kazuo Okada for Failure to Preserve ESI ("Motion for Sanctions," filed under seal on December 10, 2021 – ECF No. 421) is extended for 10 days, from March 15, 2022 to March 25, 2022.  This is the third stipulation for extension of time regarding the Reply in Support of Motion for Sanctions.  The parties previously submitted a first request, approved by the Court on January 18, 2022 (ECF No. 432), and a second request, approved by the Court on January 31, 2022 (ECF No. 435).[1]

In addition, the deadline to respond[2] to the accompanying motion to seal Mr. Okada's Opposition to Motion for Sanctions (ECF No. 441) is extended until March 25, 2022.  This is the second such request.  The parties previously submitted a first request, which was approved by the Court on March 1, 2022 (ECF No. 454).

Finally, the parties agree that the page limits provided in LR 7-3(b) shall be increased by eight (8) additional pages for the Reply in Support of Motion for Sanctions.  This is the first such request.  The request for excess pages is necessary to respond to the sixteen (16) additional pages in Mr. Okada's Opposition to Motion for Sanctions.  *See* Mr. Okada's Motion to Exceed Page Limit (filed on February 18, 2022 – ECF No. 440).

These stipulated requests are necessary to provide counsel additional time to evaluate the allegations and exhibits associated with the Motion for Sanctions briefing, and to provide the

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Notably, however, the first requested extension of the reply brief was rendered moot due to a subsequent extension of Mr. Okada's Opposition.  Therefore, this is effectively the second requested extension for the reply brief.

[2] Pursuant to the Court's December 16, 2019 Order, within seven days of filing of the motion to seal the opposing party must file "either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing." ECF No. 132 at 2.

parties additional time to prepare and coordinate their filings with Japanese-based clients. Accordingly, for good cause showing, the parties have agreed to the foregoing extensions.

Dated this 10th day of March, 2022.

| EVANS FEARS & SCHUTTERT LLP | HOLLAND & HART LLP |
|---|---|
| By: __/s/ Jay J. Schuttert__<br>Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br><br>Bruce R. Genderson (pro hac vice)<br>David M. Krinsky (pro hac vice)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street NW<br>Washington, DC 20005<br><br>David S. Krakoff (pro hac vice)<br>Lauren R. Randell (pro hac vice)<br>Adam Miller (pro hac vice)<br>BUCKLEY LLP<br>2001 M Street NW, Suite 500<br>Washington, DC 20036<br><br>*Attorneys for Plaintiff/Counter-Defendants* | By: __/s/ Robert J. Cassity__<br>J. Stephen Peek, Esq.<br>Nevada Bar No. 1758<br>Bryce K. Kunimoto, Esq.<br>Nevada Bar No. 7781<br>Robert J. Cassity, Esq.<br>Nevada Bar No. 9779<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>*Attorneys for Defendants/Counterclaimants Aruze Gaming America, Inc. and Kazuo Okada*<br><br>Jeffrey S. Love (pro hac vice)<br>Kristin L. Cleveland (pro hac vice)<br>Caroline L. Desmond (pro hac vice)<br>Klarquist Sparkman, LLP<br>121 SW Salmon St., Ste. 1600<br>Portland, OR 97204<br><br>*Attorneys for Defendant/Counterclaimant Aruze Gaming America, Inc.* |

*Universal Entertainment Corporation v. Aruze Gaming America, Inc., et al.*
*Case No. 2:18-cv-00585-RFB-NJK*

*Stipulation and Order to Extend Time for Briefing Schedule and Page Limits re: Motion for Sanctions Against Kazuo Okada for Failure to Preserve ESI*
*(Second Request re: Response to Accompanying Motion to Seal Opposition)*
*(Third Request re: Reply Brief)*

### ORDER

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED: March 14, 2022.

Case No.: 2:18-CV-00585-RFB-NJK