| | |
|---|---|
| Jay J. Schuttert, Esq. (Nevada Bar No. 8656)<br>David W. Gutke, Esq. (Nevada Bar No. 9820)<br>EVANS FEARS & SCHUTTERT LLP<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br>Telephone:  (702) 805-0290<br>Facsimile: (702) 805-0291<br>Email:  jschuttert@efstriallaw.com<br>Email:  dgutke@efstriallaw.com<br><br>Bruce R. Genderson *(pro hac vice)*<br>David M. Krinsky *(pro hac vice)*<br>Adam D. Harber *(pro hac vice)*<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street NW<br>Washington, DC 20005<br>Telephone:  (202) 434-5000<br>Facsimile:  (202) 434-5029<br>Email:  bgenderson@wc.com<br>Email:  dkrinsky@wc.com<br>Email:  aharber@wc.com | David S. Krakoff *(pro hac vice)*<br>Benjamin B. Klubes *(pro hac vice)*<br>Lauren R. Randell *(pro hac vice)*<br>Adam Miller *(pro hac vice)*<br>Veena Viswanatha *(pro hac vice)*<br>BUCKLEY LLP<br>2001 M Street NW, Suite 500<br>Washington, DC 20036<br>Telephone:  (202) 349-8000<br>Facsimile:   (202) 349-8080<br>Email:  dkrakoff@buckleyfirm.com<br>Email:  bklubes@buckleyfirm.com<br>Email:  lrandell@buckleyfirm.com<br>Email:  amiller@buckleyfirm.com<br>Email:  vviswanatha@buckleyfirm.com |

*Attorneys for Plaintiff/Counter-Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK)<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR UNIVERSAL PARTIES' REPLY IN SUPPORT OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR RESPONSES TO ACCOMPANYING MOTIONS TO SEAL**<br><br>**(SECOND REQUEST RE: RESPONSES TO ACCOMPANYING MOTIONS TO SEAL)**<br><br>**(THIRD REQUEST RE: REPLY BRIEF IN SUPPORT OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT)** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Universal Entertainment Corporation ("Universal"), Counter-Defendants Aruze USA, Inc. ("Aruze USA") and Jun Fujimoto ("Fujimoto" and collectively, the "Universal Parties") and Defendants Aruze Gaming America, Inc. ("AGA") and Mr. Kazuo Okada ("Mr. Okada"), by and through their respective counsel of record, that the deadline for the Universal Parties to file their Reply in Support of Cross-Motion for Partial Summary Judgement ("Cross-Motion," filed under seal on January 4, 2022 – ECF No. 429) is extended seven (7) days from March 23, 2022 to March 30, 2022. This is the third stipulation regarding the Reply in support of Cross-Motion. The parties previously submitted a first request, approved by the Court on January 18, 2022 (ECF No. 431), and a second request approved by the Court on February 20, 2022 (ECF No. 438).[1]

In addition, the Universal Parties' deadline to respond[2] to the Motions to Seal or Redact Mr. Okada's Reply in Support of his Motion for Partial Summary Judgment Against Aruze USA and Opposition to Universal's Cross-Motion for Partial Summary Judgment and Certain Exhibits Thereto (Filed March 2, 2022, ECF Nos. 456, 458) is extended until March 30, 2022. This is the second request to extend the deadline for these responses. The Court approved the Universal Parties' first request on March 9, 2022 (ECF No. 460).

These extension requests are necessary to provide the Universal Parties' lawyers additional time to prepare their Reply brief and to evaluate the sensitivity and confidentiality concerns related

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Notably, however, the first requested extension of the reply brief was rendered moot due to the subsequent extension of Mr. Okada's Opposition to Cross-Motion. Therefore, this is effectively the second requested extension for the reply brief.

[2] Pursuant to the Court's December 16, 2019 Order, within seven days of filing a motion to seal the opposing party must file "either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing." ECF No. 132 at 2.

1  to the exhibits at issue in the motions to seal, and to provide the Universal Parties additional time to
2  coordinate their filings with Japan-based clients.  Accordingly, for good cause showing, the parties
3  have agreed to the foregoing extension.
4          DATED this 22nd day of March, 2022.

| EVANS FEARS & SCHUTTERT LLP | HOLLAND & HART LLP |
|---|---|
| By: /s/ Jay J. Schuttert<br>Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br><br>Bruce R. Genderson (pro hac vice)<br>David M. Krinsky (pro hac vice)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street NW<br>Washington, DC 20005<br><br>David S. Krakoff (pro hac vice)<br>Lauren R. Randell (pro hac vice)<br>Adam Miller (pro hac vice)<br>BUCKLEY LLP<br>2001 M Street NW, Suite 500<br>Washington, DC 20036<br><br>*Attorneys for Plaintiff/Counter-Defendants* | By: /s/ Robert J. Cassity<br>J. Stephen Peek, Esq.<br>Nevada Bar No. 1758<br>Bryce K. Kunimoto, Esq.<br>Nevada Bar No. 7781<br>Robert J. Cassity, Esq.<br>Nevada Bar No. 9779<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>*Attorneys for Defendants/Counterclaimants Aruze Gaming America, Inc. and Kazuo Okada*<br><br>Jeffrey S. Love (pro hac vice)<br>Kristin L. Cleveland (pro hac vice)<br>Caroline L. Desmond (pro hac vice)<br>Klarquist Sparkman, LLP<br>121 SW Salmon St., Ste. 1600<br>Portland, OR 97204<br><br>*Attorneys for Defendant/Counterclaimant Aruze Gaming America, Inc.* |

*Universal Entertainment Corporation v. Aruze Gaming America, Inc., et al.*
*Case No. 2:18-cv-00585-RFB-NJK*

*Joint Stipulation and Order to Extend Time for Universal Parties' Reply in Support of Cross-Motion for Partial Summary Judgment and for Responses to Accompanying Motion to Seal*
*(Second Request re: Responses to Accompanying Motions to Seal)*
*(Third Request re: Reply Brief in Support of Cross-Motion for Partial Summary Judgment)*

## ORDER

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED:   March 23, 2022.

Case No.:  2:18-CV-00585-RFB-NJK