Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone:  (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Bruce R. Genderson *(pro hac vice)*
David M. Krinsky *(pro hac vice)*
Adam D. Harber *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  bgenderson@wc.com
Email:  dkrinsky@wc.com
Email:  aharber@wc.com

David S. Krakoff *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
Veena Viswanatha *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone:  (202) 349-8000
Facsimile:   (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com
Email:  vviswanatha@buckleyfirm.com

*Attorneys for Plaintiff/Counter-Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK)<br><br>**STIPULATION AND ORDER RE: PENDING DISCOVERY MOTIONS (ECF NOS. 478 AND 482)**<br><br>**(FIRST REQUEST RE: EXTENSION FOR OPPOSITION TO ECF NO. 482)** |

The parties have conferred on pending discovery motions (ECF Nos. 478 and 482) and have agreed to the following stipulations to simplify the issues before the Court and regarding the briefing schedule:

1. Plaintiff/Counter-Defendant Universal Entertainment Corporation ("UEC") withdraws its Motion to Compel Documents Relating to Defendants' License Allegations (ECF No. 478, filed under seal), including the fee request made in its reply brief (ECF No. 483) on that motion to compel;

2. UEC shall have a two-week extension of time to respond to Defendants' Motion to Compel a Supplemental Response to Defendants' Interrogatory Request No. 11 (ECF No. 482, filed under seal on June 17, 2022), from July 1, 2022 to July 15, 2022.  This is the first stipulation for extension of time regarding UEC's opposition to that motion to compel.  This extension request is necessary to provide counsel additional time to evaluate the motion to compel, and to provide additional time to prepare and coordinate the filing with counsel's Japanese-based client.

3. UEC shall serve by August 15, 2022, supplemental responses to Interrogatory Request No. 11 on the non-patent claims, Counts 5, 6 and 7, except that for damages related to Count 5's allegation of a "potential agreement between and UEC and … International Game Technology, Inc., who is part of a patent cross-licensing agreement that related to at least some of UEC's Patent Rights." (Second Amended Complaint, ECF No. 43, ¶102) UEC shall supplement only if and to the extent it can;

//
//
//
//
//
//
//

4. Defendants withdraw their Motion to Compel a Supplemental Response to Defendants' Interrogatory Request No. 11 as to the non-patent claims, Counts 5, 6 and 7 (ECF 482 pp. 8-10).

Accordingly, for good cause showing, the parties have agreed to the foregoing extension and stipulations.

Dated this 29th day of June, 2022.

| EVANS FEARS & SCHUTTERT LLP | HOLLAND & HART LLP |
|---|---|
| By: */s/ Jay Schuttert*<br>Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br><br>Bruce R. Genderson (pro hac vice)<br>David M. Krinsky (pro hac vice)<br>Adam D. Harber (pro hac vice)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street NW<br>Washington, DC 20005<br><br>David S. Krakoff (pro hac vice)<br>Lauren R. Randell (pro hac vice)<br>Adam Miller (pro hac vice)<br>Veena Viswanatha (pro hac vice)<br>BUCKLEY LLP<br>2001 M Street NW, Suite 500<br>Washington, DC 20036<br><br>*Attorneys for Plaintiff/Counter-Defendants* | By: */s/ Bryce Kunimoto*<br>J. Stephen Peek, Esq.<br>Nevada Bar No. 1758<br>Bryce K. Kunimoto, Esq.<br>Nevada Bar No. 7781<br>Robert J. Cassity, Esq.<br>Nevada Bar No. 9779<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>*Attorneys for Defendants/Counterclaimants Aruze Gaming America, Inc. and Kazuo Okada*<br><br>Jeffrey S. Love (pro hac vice)<br>Kristin L. Cleveland (pro hac vice)<br>Caroline L. Desmond (pro hac vice)<br>Klarquist Sparkman, LLP<br>121 SW Salmon St., Ste. 1600<br>Portland, OR 97204<br><br>*Attorneys for Defendant/Counterclaimant Aruze Gaming America, Inc.* |

IT IS SO ORDERED.
Dated: June 30, 2022
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

3