Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone:  (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Bruce R. Genderson *(pro hac vice)*
David M. Krinsky *(pro hac vice)*
Adam D. Harber *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  bgenderson@wc.com
Email:  dkrinsky@wc.com
Email:  aharber@wc.com

David S. Krakoff *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
Veena Viswanatha *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone:  (202) 349-8000
Facsimile:   (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com
Email:  vviswanatha@buckleyfirm.com

*Attorneys for Plaintiff/Counter-Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK)<br><br>**STIPULATION AND ORDER TO EXTEND TIME RE: BRIEFING SCHEDULE FOR RENEWED MOTION TO COMPEL DOCUMENTS CONCERNING CITY-YUWA PARTNERS LAW FIRM INVESTIGATION OF MR. OKADA AND REQUEST FOR IN CAMERA REVIEW**<br><br>**(FIRST REQUEST RE: OPPOSITION AND REPLY TO RENEWED MOTION TO COMPEL)**<br><br>**(SECOND REQUEST RE: RESPONSE TO ACCOMPANYING MOTION TO SEAL RENEWED MOTION TO COMPEL)** |

1

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Plaintiff/Counter-Defendant Universal Entertainment Corporation ("UEC") to file its Opposition to Defendants/Counter-Claimants Aruze Gaming America, Inc. and Kazuo Okada's Renewed Motion to Compel Documents Concerning City-Yuwa Partners Law Firm Investigation of Mr. Okada and Request for In Camera Review ("Renewed Motion to Compel," filed under seal on July 6, 2022 – ECF No. 493) is extended fourteen (14) days, from July 20, 2022 to August 3, 2022. Further, the time for Defendants to submit their Reply is extended seven (7) days, from August 10, 2022 to August 17, 2022. This is the first stipulation for extension of time for both the Opposition and Reply briefs.

In addition, the deadline for UEC to respond[1] to Defendants' accompanying Motion to Seal the Renewed Motion to Compel ("Motion to Seal," filed July 6, 2022, ECF No. 492) is extended fourteen days, from July 20, 2022 to August 3, 2022. This is the second request to extend the deadline for the response to the Motion to Seal. The parties previously submitted a first request to extend the response, which the Court approved on July 14, 2022 (ECF No. 508).

These extension requests are necessary to provide counsel additional time to evaluate the allegations and exhibits associated with the Renewed Motion to Compel and to provide the parties

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] Pursuant to the Court's December 16, 2019 Order, within seven days of filing of a motion to seal the opposing party must file "either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing." ECF No. 132 at 2.

additional time to prepare and coordinate their filings with Japanese-based clients. Accordingly, for good cause showing, the parties have agreed to the foregoing extensions.

Dated this 19th day of July, 2022.

| EVANS FEARS & SCHUTTERT LLP | HOLLAND & HART LLP |
|---|---|
| By: */s/ Jay Schuttert* | By: */s/ Erica Medley* |
| Jay J. Schuttert, Esq.<br>Nevada Bar No. 8656<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br><br>Bruce R. Genderson (pro hac vice)<br>David M. Krinsky (pro hac vice)<br>Adam D. Harber (pro hac vice)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street NW<br>Washington, DC 20005<br><br>David S. Krakoff (pro hac vice)<br>Lauren R. Randell (pro hac vice)<br>Adam Miller (pro hac vice)<br>Veena Viswanatha (pro hac vice)<br>BUCKLEY LLP<br>2001 M Street NW, Suite 500<br>Washington, DC 20036<br><br>*Attorneys for Plaintiff/Counter-Defendants* | J. Stephen Peek, Esq.<br>Nevada Bar No. 1758<br>Bryce K. Kunimoto, Esq.<br>Nevada Bar No. 7781<br>Jessica E. Whelan<br>Nevada Bar No. 14781<br>Erica C. Medley<br>Nevada Bar No. 13959<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>*Attorneys for Defendants/Counterclaimants Aruze Gaming America, Inc. and Kazuo Okada*<br><br>Jeffrey S. Love (pro hac vice)<br>Kristin L. Cleveland (pro hac vice)<br>Caroline L. Desmond (pro hac vice)<br>Ryan L. Frei (pro hac vice)<br>Klarquist Sparkman, LLP<br>121 SW Salmon St., Ste. 1600<br>Portland, OR 97204<br><br>*Attorneys for Defendant/Counterclaimant Aruze Gaming America, Inc.* |

IT IS SO ORDERED.
Dated:  July 20, 2022
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge