Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

Bruce R. Genderson *(pro hac vice)*
David M. Krinsky *(pro hac vice)*
Adam D. Harber *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: bgenderson@wc.com
Email: dkrinsky@wc.com
Email: aharber@wc.com

David S. Krakoff *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
Veena Viswanatha *(pro hac vice)*
Preston Burton *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
Email: dkrakoff@buckleyfirm.com
Email: lrandell@buckleyfirm.com
Email: amiller@buckleyfirm.com
Email: vviswanatha@buckleyfirm.com

*Attorneys for Plaintiff/Counter-Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION TO COMPEL PRODUCTION OF MR. HAJIME TOKUDA'S WECHAT COMMUNICATIONS WITH SRB TECH AND ACCOMPANYING MOTION TO SEAL**<br><br>**(FIRST REQUEST)** |

1

1  IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time
2  for Plaintiff/Counter-Defendant Universal Entertainment Corporation ("UEC") to file its Opposition
3  to Defendants/Counter-Claimants Aruze Gaming America, Inc. and Kazuo Okada's Motion to
4  Compel Production of Mr. Hajime Tokuda's WeChat Communications with SRB Tech ("Motion to
5  Compel," filed under seal on July 14, 2022 – ECF No. 510) is extended seven (7) days, from July 28,
6  2022 to August 4, 2022.  In addition, the deadline for UEC to respond[1] to Defendants' accompanying
7  Motion to Seal the Motion to Compel ("Motion to Seal," filed July 14, 2022, ECF No. 509) is
8  extended until August 4, 2022.  This is the first stipulation for extension of time for both the response
9  to Motion to Compel and accompanying Motion to Seal.

10  These extension requests are necessary to provide counsel additional time to evaluate the
11  allegations and exhibits associated with the Motion to Compel and to provide the parties additional
12  / / /
13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25
26  _____
    [1] Pursuant to the Court's December 16, 2019 Order, within seven days of filing of a motion to seal
27  the opposing party must file "either (1) a declaration establishing sufficient justification for sealing
    each document at issue or (2) a notice of withdrawal of the designation(s) and consent to
28  unsealing." ECF No. 132 at 2.

time to prepare and coordinate their filings with Japanese-based clients.  Accordingly, for good cause showing, the parties have agreed to the foregoing extensions.

Dated this 22nd day of July, 2022.

| EVANS FEARS & SCHUTTERT LLP | HOLLAND & HART LLP |
|---|---|
| By:  */s/ Jay J. Schuttert* <br> Jay J. Schuttert, Esq. <br> Nevada Bar No. 8656 <br> David W. Gutke, Esq. <br> Nevada Bar No. 9820 <br> 6720 Via Austi Parkway, #300 <br> Las Vegas, NV 89119 <br><br> Bruce R. Genderson (pro hac vice) <br> David M. Krinsky (pro hac vice) <br> Adam D. Harber (pro hac vice) <br> WILLIAMS & CONNOLLY LLP <br> 725 Twelfth Street NW <br> Washington, DC 20005 <br><br> David S. Krakoff (pro hac vice) <br> Lauren R. Randell (pro hac vice) <br> Adam Miller (pro hac vice) <br> Veena Viswanatha (pro hac vice) <br> Preston Burton (pro hac vice) <br> BUCKLEY LLP <br> 2001 M Street NW, Suite 500 <br> Washington, DC 20036 <br><br> *Attorneys for Plaintiff/Counter-Defendants* | By:  */s/ Erica C. Medley* <br> J. Stephen Peek, Esq. <br> Nevada Bar No. 1758 <br> Bryce K. Kunimoto, Esq. <br> Nevada Bar No. 7781 <br> Jessica E. Whelan <br> Nevada Bar No. 14781 <br> Erica C. Medley <br> Nevada Bar No. 13959 <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, NV 89134 <br><br> *Attorneys for Defendants/Counterclaimants Aruze Gaming America, Inc. and Kazuo Okada* <br><br> Jeffrey S. Love (pro hac vice) <br> Kristin L. Cleveland (pro hac vice) <br> Caroline L. Desmond (pro hac vice) <br> Ryan L. Frei (pro hac vice) <br> Klarquist Sparkman, LLP <br> 121 SW Salmon St., Ste. 1600 <br> Portland, OR 97204 <br><br> *Attorneys for Defendant/Counterclaimant Aruze Gaming America, Inc.* |

IT IS SO ORDERED.
Dated:  July 25, 2022
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

3