Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone:  (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Bruce R. Genderson *(pro hac vice)*
David M. Krinsky *(pro hac vice)*
Adam D. Harber *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  bgenderson@wc.com
Email:  dkrinsky@wc.com
Email:  aharber@wc.com

David S. Krakoff *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
Veena Viswanatha *(pro hac vice)*
Preston Burton *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone:  (202) 349-8000
Facsimile:   (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com
Email:  vviswanatha@buckleyfirm.com

*Attorneys for Plaintiff/Counter-Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: **2:18-CV-00585 (RFB)(NJK)**<br><br>**STIPULATION AND ORDER TO EXTEND TIME RE: BRIEFING SCHEDULE FOR MOTION TO COMPEL PRODUCTION OF OKADA HOLDINGS LIMITED DOCUMENTS AND ACCOMPANYING MOTION TO SEAL**<br><br>**(FIRST REQUEST)** |
| ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Plaintiff/Counter-Defendant Universal Entertainment Corporation ("UEC") to file its Opposition to Defendants/Counter-Claimants Aruze Gaming America, Inc. and Kazuo Okada's Motion to Compel Production of Okada Holdings Limited Documents ("Motion to Compel," filed under seal on July 27, 2022 – ECF No. 526) is extended fourteen (14) days, from August 10, 2022 to August 24, 2022. Further, the time for Defendants to submit their Reply is extended seven (7) days, from August 31, 2022 to September 7, 2022. This is the first stipulation for extension of time for both the Opposition and Reply briefs.

In addition, the deadline for UEC to respond[1] to Defendants' accompanying Motion to Seal the Motion to Compel ("Motion to Seal," filed July 27, 2022, ECF No. 525) is extended until August 24, 2022. This is the first stipulation for extension of time for the response to the Motion to Seal.

These extension requests are necessary to provide counsel additional time to evaluate the allegations and exhibits associated with the Motion to Compel and to provide additional time to

///
///
///
///
///
///
///
///
///
///
///

---

[1] Pursuant to the Court's December 16, 2019 Order, within seven days of filing of a motion to seal the opposing party must file "either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing." ECF No. 132 at 2.

prepare and coordinate these filings with Japanese-based clients.   Accordingly, for good cause showing, the parties have agreed to the foregoing extensions.

Dated this 3rd day of August, 2022.

| | |
|---|---|
| EVANS FEARS & SCHUTTERT LLP | HOLLAND & HART LLP |

By:   _/s/Jay J. Schuttert_                           By:   _/s/ Erica C. Medley_

Jay J. Schuttert, Esq.                              J. Stephen Peek, Esq.
Nevada Bar No. 8656                                 Nevada Bar No. 1758
David W. Gutke, Esq.                                Bryce K. Kunimoto, Esq.
Nevada Bar No. 9820                                 Nevada Bar No. 7781
6720 Via Austi Parkway, Suite 300                   Jessica E. Whelan
Las Vegas, NV 89119                                 Nevada Bar No. 14781
                                                    Erica C. Medley
Bruce R. Genderson (pro hac vice)                   Nevada Bar No. 13959
David M. Krinsky (pro hac vice)                     9555 Hillwood Drive, 2nd Floor
Adam D. Harber (pro hac vice)                       Las Vegas, NV 89134
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW                               *Attorneys for Defendants/Counterclaimants*
Washington, DC 20005                                *Aruze Gaming America, Inc. and Kazuo*
                                                    *Okada*
David S. Krakoff (pro hac vice)
Lauren R. Randell (pro hac vice)                    Jeffrey S. Love (pro hac vice)
Adam Miller (pro hac vice)                          Kristin L. Cleveland (pro hac vice)
Veena Viswanatha (pro hac vice)                     Caroline L. Desmond (pro hac vice)
Preston Burton (pro hac vice)                       Ryan L. Frei (pro hac vice)
BUCKLEY LLP                                         Klarquist Sparkman, LLP
2001 M Street NW, Suite 500                         121 SW Salmon St., Ste. 1600
Washington, DC 20036                                Portland, OR 97204

*Attorneys for Plaintiff/Counter-*                  *Attorneys for Defendant/Counterclaimant*
*Defendants*                                        *Aruze Gaming America, Inc.*

IT IS SO ORDERED.
Dated:  August 4, 2022
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

3