J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Jessica E. Whelan (14781)
Erica C. Medley (13959)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
bkunimoto@hollandhart.com
jewhelan@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*

Jeffrey S. Love, Esq. (*pro hac vice*)
Kristin L. Cleveland, Esq. (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
jeffrey.love@klarquist.com
kristin.cleveland@klarquist.com

*Attorneys for Defendant Aruze Gaming America, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br>v.<br><br>ARUZE GAMING AMERICA, INC. a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: 2:18-cv-00585-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING ON MOTION FOR SUMMARY JUDGMENT REGARDING COUNTERCLAIM NO. 6 (DEFAMATION)**<br><br>**(FIRST REQUEST)** |
| ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br>v.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | |

1

**IS HEREBY STIPULATED AND AGREED**, by and between the parties, that the time for Defendants/Counter-Claimants Aruze Gaming America, Inc. and Kazuo Okada to file their Opposition to Universal Entertainment Corporation and Jun Fujimoto's Motion for Summary Judgment Regarding Counterclaim No. 6 (Defamation) ("Motion for Summary Judgment"), filed on July 29, 2022, ECF No. 533, is extended for fourteen (14) days, from August 19, 2022 to September 2, 2022. Further, the time for Plaintiffs to submit their Reply is extended seven (7) days, from September 9, 2022 to September 16, 2022. This is the first stipulation for extension of time for both the Opposition and Reply briefs..

These extension requests are necessary to provide counsel additional time to evaluate the allegations and exhibits associated with the Motion for Summary Judgment, and to provide additional time to prepare these filings with Japanese-based clients.. Accordingly, and for a good cause showing, the parties have agreed to the foregoing extension.

DATED this 16th day of August, 2022.

/s/ Adam Miller
Jay J. Schuttert, Esq.
Nevada Bar No. 8656
David W. Gutke, Esq.
Nevada Bar No. 9820
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89102

Andrew Z. Weaver, Esq. (pro hac vice)
Gregory V. Novak, Esq. (pro hac vice)
POLSINELLI, PC
1000 Louisiana Street, Suite 6400
Houston, TX 77002

David S. Krakoff (pro hac vice)
Benjamin B. Klubes (pro hac vice)
Lauren R. Randell (pro hac vice)
Adam Miller (pro hac vice)
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036

*Attorneys for Plaintiff/Counter-Defendants*

/s/ Jessica E. Whelan
J. Stephen Peek, Esq.
Bryce K. Kunimoto, Esq.
Jessica E. Whelan, Esq.
Erica C. Medley, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada,*

Jeffrey S. Love, Esq. (pro hac vice)
Kristin L. Cleveland, Esq. (pro hac vice)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Ste 1600
Portland, Oregon 97204

*Attorneys for Defendant Aruze Gaming America, Inc.*

*Universal Entertainment Corporation v. Aruze Gaming America, Inc., et al.*
*Case No. 2:18-cv-00585-RFB-NJK*
*Stipulation and Order to Extend Time for Briefing on Motion for Summary Judgment*
*Regarding Counterclaim No. 6 (Defamation) (First Request)*

**ORDER**

**IT IS SO ORDERED.**



RICHARD F. BOULWARE, II
United States District Court

DATED: August 16, 2022.

Case No.: 2:18-CV-00585-RFB-NJK

19624514_v1

3