Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone:  (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Bruce R. Genderson *(pro hac vice)*
David M. Krinsky *(pro hac vice)*
Adam D. Harber *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  bgenderson@wc.com
Email:  dkrinsky@wc.com
Email:  aharber@wc.com

David S. Krakoff *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
Preston Burton *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone:  (202) 349-8000
Facsimile:   (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com
Email:  pburton@buckleyfirm.com

*Attorneys for Plaintiff/Counter-Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK)<br><br>**ORDER TO EXTEND TIME RE: BRIEFING SCHEDULE FOR MOTION TO EXTEND DURATION OF DEPOSITIONS AND ACCOMPANYING MOTION TO SEAL**<br><br>**(FIRST REQUEST)** |
| ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO*, an individual,<br><br>Counter-Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Plaintiff/Counter-Defendant Universal Entertainment Corporation ("UEC") to file its Response to Defendants/Counter-Claimants Aruze Gaming America, Inc. and Kazuo Okada's Motion to Extend Duration of Depositions and Certain Exhibits Thereto ("Motion to Extend," filed under seal on August 19, 2022 – ECF No. 552) is extended seven (7) days, from September 2, 2022 to September 9, 2022.  Further, the time for Defendants to submit their Reply is extended seven (7) days, from September 16, 2022 to September 23, 2022.  This is the first stipulation for extension of time for the briefing schedule.

In addition, the deadline for UEC to respond[1] to Defendants' accompanying Motion to Seal the Motion to Extend ("Motion to Seal," filed August 19, 2022 - ECF No. 551) is extended until September 9, 2022.

This extension request is necessary to provide counsel additional time to evaluate the allegations and exhibits associated with the Motion to Extend and to provide additional time to prepare and coordinate these filings with Japanese-based clients.  Accordingly, for good cause showing, the parties have agreed to the foregoing extensions.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 29, 2022