Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

David S. Krakoff *(pro hac vice)*
Preston Burton *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam B. Miller *(pro hac vice)*
Bradley Marcus *(pro hac vice)*
**BUCKLEY LLP**
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Email:  dkrakoff@buckleyfirm.com
Email:  pburton@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com
Email:  bmarcus@buckleyfirm.com

Bruce R. Genderson *(pro hac vice)*
David M. Krinsky *(pro hac vice)*
Adam D. Harber *(pro hac vice)*
Nicholas Jordan *(pro hac vice)*
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Email:  bgenderson@wc.com
Email:  dkrinsky@wc.com
Email:  aharber@wc.com
Email:  njordan@wc.com

*Attorneys for Plaintiff/Counter-Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | **Case No.: 2:18-CV-00585 (RFB)(NJK)**<br><br>**STIPULATION AND ORDER TO EXTEND TIME RE: REPLY IN SUPPORT OF UEC'S AND JUN FUJIMOTO'S MOTION FOR SUMMARY JUDGMENT REGARDING COUNTERCLAIM NO. 6 (DEFAMATION) AND RESPONSE TO ACCOMPANYING MOTION TO SEAL**<br><br>**(SECOND REQUEST RE: REPLY)**<br><br>**(FIRST REQUEST RE: RESPONSE TO MOTION TO SEAL)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that the time for Plaintiff/Counter-Defendant Universal Entertainment Corporation ("UEC") and Counter-Defendant Jun Fujimoto to file their Reply in Support of Motion for Summary Judgment Regarding Counterclaim No. 6 (Defamation) ("Motion for Summary Judgement," filed on July 29, 2022 – ECF No. 533) is extended seven (7) days, from September 16, 2022 to September 23, 2022. This is the second stipulation for an extension of time for the Reply brief. The Court previously approved the parties' first extension request on August 16, 2022 (ECF No. 546).

In addition, the deadline for UEC to respond[1] to Defendants' accompanying Motion to Seal the Opposition ("Motion to Seal," filed September 2, 2022, ECF No. 578) is extended until September 23, 2022. This is the first stipulation for an extension of time for the response to the Motion to Seal.

These extension requests are necessary to provide counsel additional time to evaluate the allegations and exhibits associated with the Opposition and to coordinate these filings with Japanese-based clients. Accordingly, for good cause showing, the parties have agreed to the foregoing extensions.

Dated this 14th day of September, 2022.

| EVANS FEARS & SCHUTTERT LLP | HOLLAND & HART LLP |
|---|---|
| By:  /s/Jay J. Schuttert | By: /s/ Jessica E. Whelan |
| Jay J. Schuttert, Esq. (SBN 8656)<br>David W. Gutke, Esq. (SBN 9820)<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119 | J. Stephen Peek, Esq. (SBN 1758)<br>Bryce K. Kunimoto, Esq. (SBN 7781)<br>Jessica E. Whelan (SBN 14781)<br>Erica C. Medley (SBN 13959)<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134 |
| Bruce R. Genderson (pro hac vice)<br>David M. Krinsky (pro hac vice)<br>Adam Harber (pro hac vice)<br>Nicholas Jordan (pro hac vice)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street NW<br>Washington, DC 20005 | *Attorneys for Defendants/Counterclaimants Aruze Gaming America, Inc. and Kazuo Okada*<br><br>Jeffrey S. Love (pro hac vice)<br>Kristin L. Cleveland (pro hac vice) |

---

[1] Pursuant to the Court's December 16, 2019 Order, within seven days of filing of a motion to seal the opposing party must file "either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing." ECF No. 132 at 2.

1

| | |
|---|---|
| David S. Krakoff (pro hac vice)<br>Preston Burton (pro hac vice)<br>Lauren R. Randell (pro hac vice)<br>Adam Miller (pro hac vice)<br>Bradley Marcus (pro hac vice)<br>BUCKLEY LLP<br>2001 M Street NW, Suite 500<br>Washington, DC 20036<br><br>*Attorneys for Plaintiff/Counter-Defendants* | Caroline L. Desmond (pro hac vice)<br>Ryan L. Frei (pro hac vice)<br>KLARQUIST SPARKMAN, LLP<br>121 SW Salmon St., Ste. 1600<br>Portland, OR 97204<br><br>*Attorneys for Defendant/Counterclaimant Aruze Gaming America, Inc.* |

*Universal Entertainment Corporation v. Aruze Gaming America, Inc., et al.*
Case No. 2:18-cv-00585-RFB-NJK

*Stipulation and Order to Extend Time re: Reply in Support of UEC's and Jun Fujimoto's Motion for Summary Judgment Regarding Counterclaim No. 6 (Defamation) and Response to Accompanying Motion to Seal*
*(Second Request re: Reply)*
*(First Request re: Response to Motion to Seal)*

## ORDER

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED: September 15, 2022

Case No.: 2:18-CV-00585-RFB-NJK