J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Jessica E. Whelan (14781)
Erica C. Medley (13959)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
bkunimoto@hollandhart.com
jewhelan@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*

Jeffrey S. Love, Esq. (*pro hac vice*)
Kristin L. Cleveland, Esq. (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
jeffrey.love@klarquist.com
kristin.cleveland@klarquist.com

*Attorneys for Defendant Aruze Gaming America, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br>v.<br><br>ARUZE GAMING AMERICA, INC. a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: 2:18-cv-00585-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING ON MOTION TO COMPEL PRODUCTION OF RSM DOCUMENTS WITHHELD UNDER UNSUPPORTED PRIVILEGE CLAIMS**<br><br>**(SECOND REQUEST)** |
| ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br>v.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | |

1

**IS HEREBY STIPULATED AND AGREED**, by and between the parties, that the deadline for Defendants/Counter-Claimants Aruze Gaming America, Inc. and Kazuo Okada to file their Opposition to Universal Entertainment Corporation's Motion to Compel Production of RSM Documents Withheld Under Unsupported Privilege Claims ("Motion to Compel"), filed on August 30, 2022, ECF No. 572, is extended, from September 27, 2022 to October 13, 2022. Further, the deadline for Plaintiffs to submit their Reply, currently set at October 11, 2022, is extended from the new Opposition date to October 28, 2022. This is the second stipulation for extension of time for both the Opposition and Reply briefs.

These extension requests are necessary to provide counsel additional time to evaluate the allegations and exhibits associated with the Motion to Compel, and to provide additional time to prepare these filings with Japanese-based clients. This is particularly so in light of the fact that the parties have had extensive travel and deposition obligations in Hawaii while taking fact witness depositions. Accordingly, and for good cause showing, the parties have agreed to the foregoing extension.

DATED this 27th day of September, 2022.

| | |
|---|---|
| */s/ Adam Miller* | */s/ Jessica E. Whelan* |
| Jay J. Schuttert, Esq. | J. Stephen Peek, Esq. |
| Nevada Bar No. 8656 | Bryce K. Kunimoto, Esq. |
| David W. Gutke, Esq. | Jessica E. Whelan, Esq. |
| Nevada Bar No. 9820 | Erica C. Medley, Esq. |
| EVANS FEARS & SCHUTTERT LLP | HOLLAND & HART LLP |
| 2300 West Sahara Avenue, Suite 950 | 9555 Hillwood Drive, 2nd Floor |
| Las Vegas, NV 89102 | Las Vegas, NV 89134 |
| | |
| Andrew Z. Weaver, Esq. (pro hac vice) | |
| Gregory V. Novak, Esq. (pro hac vice) | *Attorneys for Defendants Aruze Gaming* |
| POLSINELLI, PC | *America, Inc. and Kazuo Okada,* |
| 1000 Louisiana Street, Suite 6400 | |
| Houston, TX 77002 | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** September 28, 2022