J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Jessica E. Whelan (14781)
Erica C. Medley (13959)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
bkunimoto@hollandhart.com
jewhelan@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*

Jeffrey S. Love, Esq. (*pro hac vice*)
Kristin L. Cleveland, Esq. (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
jeffrey.love@klarquist.com
kristin.cleveland@klarquist.com

*Attorneys for Defendant Aruze Gaming America, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br>v.<br><br>ARUZE GAMING AMERICA, INC. a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: 2:18-cv-00585-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME RE: BRIEFING SCHEDULE FOR MOTION TO COMPEL DOCUMENTS MADE AVAILABLE TO THE SPECIAL INVESTIGATION COMMITTEE**<br><br>**(SECOND REQUEST)** |
| ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br>v.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | |

**IS HEREBY STIPULATED AND AGREED**, by and between the parties, that the deadline for Defendants/Counter-Claimants Aruze Gaming America, Inc. and Kazuo Okada to file their Reply in Support of their Motion to Compel Documents Made Available to the Special Investigation Committee (ECF No. 556) ("Motion to Compel"), filed on August 22, 2022, ECF No. 556, is extended, from October 4, 2022 to October 13, 2022. This is the second stipulation for extension of time for the Reply.

This extension request is necessary to provide counsel additional time to evaluate the allegations and exhibits associated with the Motion to Compel and related Opposition, and to provide additional time to prepare these filings with Japanese-based clients, particularly in light of the fact that the Opposition was filed while counsel was taking depositions in this matter in Hawaii. Accordingly, and for good cause showing, the parties have agreed to the foregoing extension.

DATED this 3rd day of October, 2022.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 4, 2022