J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Jessica E. Whelan (14781)
Erica C. Medley (13959)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
bkunimoto@hollandhart.com
jewhelan@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*

Jeffrey S. Love, Esq. (*pro hac vice*)
Kristin L. Cleveland, Esq. (*pro hac vice*)
Caroline L. Desmond (*pro hac vice*)
Ryan L. Frei (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
jeffrey.love@klarquist.com
kristin.cleveland@klarquist.com
caroline.desmond@klarquist.com
ryan.frei@klarquist.com

*Attorneys for Defendant Aruze Gaming America, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC. a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br>_____<br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>v.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | Case No.: 2:18-cv-00585-RFB-NJK<br><br>**MOTION TO SEAL OR REDACT MOTION FOR SANCTIONS AGAINST UEC RELATED TO MR. TOKUDA'S WECHAT COMMUNICATIONS WITH SRB TECH** |

1

Defendants/Counterclaimants Aruze Gaming America, Inc. ("AGA") and Kazuo Okada ("Mr. Okada") (collectively "Defendants"), by and through their counsel of record and pursuant to Fed. R. Civ. P. 5.2 and LR IA 10-5, request that they be permitted to file under seal their Motion for Sanctions Against UEC Related to Mr. Tokuda's WeChat Communications with SRB Tech ("Motion for Sanctions").

Federal Rule of Civil Procedure 5.2(d) provides: "The court may order that a filing be made under seal without redaction. The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record." A party seeking to seal documents in support of a non-dispositive motion must only show "good cause" exists to seal the documents in question. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006).

Here, good cause exists to seal, at least temporarily, the Motion for Sanctions, as the Motion for Sanctions quotes and/or summarizes a previously-sealed exhibit (Exhibit B) from Defendants' Sealed Motion to Compel Production of Mr. Hajime Tokuda's WeChat Communications with SRB Tech (ECF No. 510) that UEC designated as Confidential Information (as defined by Section 4 of the First Amended Stipulated Confidentiality Agreement and Protective Order ("Protective Order"), ECF No. 199). UEC filed its notice and supporting declaration to maintain the confidentiality designation for Exhibit B from ECF No. 510. *See* ECF No. 537 (UEC's Notice Regarding Defendants' Motion to Seal).

Under Section 12 of the Protective Order, "[a]ny party seeking to file or disclose materials designated as Confidential Information . . . with the Court in this Action must, concurrently with or prior to any such filing, seek leave to file such Confidential . . . Information under seal in accordance with LR IA 10-5." ECF No. 199, at 9.  Here, UEC has designated Exhibit B from ECF No. 510 as Confidential under the Protective Order, prompting Defendants to file this Motion for Leave to File Under Seal.

Under this Court's June 1, 2020 Order,

> If the sole ground for a motion to seal is that the opposing party (or non-party) has designated a document as confidential, *the designator shall file* (within seven days of the filing of the motion to seal) either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of

2

> the designation(s) and consent to unsealing. If neither filing is made, the Court may order the document(s) unsealed without further notice.

ECF No. 203 at 2 (emphasis added).

Here, the sole ground for Defendants' filing of this Motion for Leave to File Under Seal is that UEC has designated Exhibit B (from ECF No. 510) as Confidential under the Protective Order, and the Motion for Sanctions quotes and/or summarizes the contents of Exhibit B.

Accordingly, pursuant to this Court's June 1, 2020 Order, UEC must, within seven days of the filing of this Motion, file "either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing." ECF No. 203 at 2. "If neither filing is made, the Court may order the document(s) unsealed without further notice." *Id.* Because UEC has already done this with respect to Exhibit B from ECF No. 510 (*see* ECF No. 537), it is unclear from the Court's Order if UEC must renew its Notice to maintain its confidentiality designation.

DATED this 6th day of October 2022.

**HOLLAND & HART LLP**

*/s/ Erica C. Medley*
J. Stephen Peek.
Bryce K. Kunimoto
Jessica E. Whelan
Erica C. Medley
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*

Jeffrey S. Love (*pro hac vice*)
Kristin L. Cleveland (*pro hac vice*)
Caroline L. Desmond (*pro hac vice*)
Ryan L. Frei (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Ste 1600
Portland, Oregon 97204

*Attorneys for Defendant Aruze Gaming America, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6thth day of October 2022, a true and correct copy of the foregoing **MOTION TO SEAL OR REDACT MOTION FOR SANCTIONS AGAINST UEC RELATED TO MR. TOKUDA'S WECHAT COMMUNICATIONS WITH SRB TECH** was served by the following method(s):

☒   Electronic:  by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

Jay J. Schuttert, Esq. – jschuttert@efstriallaw.com
David W. Gutke, Esq. – dgutke@efstriallaw.com
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Ave Ste 900
Las Vegas, NV 89101

Bruce R. Genderson, Esq. – bgenderson@wc.com
David M. Krinsky – dkrinsky@wc.com
Adam D. Harber – aharber@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024

David S. Krakoff – dkrakoff@buckleyfirm.com
Lauren R. Randell – lrandell@buckleyfirm.com
Adam B. Miller – amiller@buckleyfirm.com
Preston Burton – pburton@buckleyfirm.com
BUCKLEY LLP
2001 M. St. NW, Suite 500
Washington DC 20036

*Attorneys for Plaintiff and Counter Defendants*

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Valerie Larsen*
　　　　　　　　　　　　　　　　　　　　　　An Employee of Holland & Hart LLP

19909721_v1

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134