# EXHIBIT A

Declaration of Jessica E. Whelan

# EXHIBIT A

J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Jessica E. Whelan (14781)
Erica C. Medley (13959)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
bkunimoto@hollandhart.com
jewhelan@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*

Jeffrey S. Love, Esq. (*pro hac vice*)
Kristin L. Cleveland, Esq. (*pro hac vice*)
Caroline L. Desmond (*pro hac vice*)
Ryan L. Frei (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
jeffrey.love@klarquist.com
kristin.cleveland@klarquist.com
caroline.desmond@klarquist.com
ryan.frei@klarquist.com

*Attorneys for Defendant Aruze Gaming America, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br>Plaintiff,<br>v.<br>ARUZE GAMING AMERICA, INC. a Nevada corporation, KAZUO OKADA, an individual,<br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br>Counter-Claimants,<br>v.<br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br>Counter-Defendants. | Case No.: 2:18-cv-00585-RFB-GWF<br><br>**DECLARATION OF JESSICA WHELAN, ESQ., IN SUPPORT OF DEFENDANT ARUZE GAMING AMERICA, INC.'S OPPOSITION TO UNIVERSAL ENTERTAINMENT CORP.'S MOTION TO COMPEL PRODUCTION OF RSM DOCUMENTS** |

1

I, Jessica Whelan, Esq., declare as follows:

1. I am over eighteen years of age and competent to testify to the facts stated herein, which are based on personal knowledge unless stated otherwise, and if called upon to testify, I could and would testify competently to the following.

2. I am an attorney at Holland & Hart LLP, counsel for Defendants/Counterclaimants Aruze Gaming America, Inc. ("AGA") and Mr. Kazuo Okada ("Mr. Okada") (collectively, "Defendants") in the above-captioned matter.

3. I submit this declaration in support of AGA's Opposition to Universal Entertainment Corporation's Motion to Compel Production of RSM Documents (the "Opposition").

4. AGA has produced over 1,700 documents with the keyword "RSM" or "McGladrey," where RSM was acting in some other capacity than as a consultant to AGA's in-house lawyers.

5. AGA has produced documents and communications involving RSM in its capacity as accountant or outside auditor. AGA withholds only those communications involving consultancy services for AGA that were necessary to aid in-house counsel in providing legal advice to AGA in connection with its global restructure.

6. AGA has produced third-party valuations of its intellectual property related to the global restructuring involving AGA's Hong Kong affiliate, Aruze Gaming Hong Kong Ltd. ("AGHK") dated at or around the time of the restructuring. For example, AGA has produced its 2013–2015 audited consolidated financial statements prepared by RSM, specifically referring at p. 33 to the value of AGA's intellectual property sold as part of the global restructuring plan (AGA00049566). AGA has further produced a third-party evaluation of AGA's intellectual property transferred during the global restructuring, attaching as an exhibit a 215-page detailed transfer pricing analysis from RSM (AGA00123858).

7. AGA has also produced more recent valuations showing the value of intellectual property as transferred back from AGHK to AGA. For example, AGA has produced a third-

party transfer pricing and valuation for fiscal year 2021 (AGA00295520), and a 2021 transfer agreement including the value of transferred intellectual property (AGA00295451).

Executed on this 13th day of October, 2022.

                                               */s/ Jessica E. Whelan*
                                               JESSICA E. WHELAN

20009968_v1