# EXHIBIT G

## Statement of Work Number 11

# EXHIBIT G



300 South 4th Street, Suite 1200
Las Vegas, NV 89101-6017
O 702.759.4000   F 702.759.4063
www.mcgladrey.com

## Aruze Gaming America, Inc.
## Statement of Work Number 11
## International Tax Consulting

This document is statement of work ("SOW") number 11 under the master services agreement dated June 25, 2013 between Aruze Gaming America, Inc. ("Aruze," "AGA," or the "Company") and McGladrey LLP (the "MSA"). Once signed on behalf of each party below, this SOW will be deemed a part of the MSA and will be subject to all the terms of the MSA.

**Background and plan**

Aruze Gaming America, Inc. ("Aruze," "AGA," or "the Company") intends to restructure its global supply chain to better align with its business strategy, as follows:

1. Certain intellectual property will be transferred from AGA US to AG Hong Kong.
2. AG Hong Kong will engage AGAPB (AGA US Philippines Branch) to manufacture products pursuant to its directions and using its intellectual property, based on one of the following models:
   a. AG Hong Kong will buy finished products from AGAPB (AGA's first choice), or
   b. AG Hong Kong will engage AGAPB to manufacture products on its behalf for a manufacturing fee (AGA's second choice)
3. The products may be drop-shipped to the distributors, to end customers, or wherever else they are needed directly from the Philippines.
4. AGA Hong Kong will sell products to Aruze Gaming distributors in Australia, New Zealand, and South Africa.
5. AG Hong Kong will enter into a contract with either Aruze Software KK (Japan) or the Japanese branch of AGA US for software development and R&D services, and will pay a fee for such services.
6. AG Hong Kong intends to conduct business operations and execute contracts to qualify for an "offshore claim," resulting in a tax exemption under Hong Kong's territorial tax regime.

*Scope of Services*

1. US
   a. Project management and coordination
   b. Structure design
   c. Technical analysis and recommendations:
      i. transfer of IP
      ii. transfer of shares
      iii. transfer pricing support in connection with intellectual property valuation analysis (to be performed by AGA US)
      iv. US creditability of Philippines gross profits tax
   d. Implementation support—sample contract language, accounting protocols, etc.

Member of the RSM International network of independent accounting, tax and consulting firms.

CONFIDENTIAL

Mr. Bryan Coy
Aruze Gaming America, Inc.
Statement of Work Number 11
February 25, 2015
Page 2

2. Hong Kong
    a. Technical analysis including income tax, VAT and customs duties
    b. Comparative analysis of business models (2a and 2b, above) and recommendation of optimal model
    c. Offshore claim
    d. Implementation support

3. Philippines
    a. Technical analysis including income tax, VAT and customs duties
    b. Comparative analysis of business models (2a and 2b, above) and recommendation of optimal model
    c. Implementation support

**Deliverables**

1. Technical memorandum addressing relevant US, Hong Kong and Philippines income tax, VAT and customs issues

2. Recommended language for intercompany agreements between AG Hong Kong and the following entities:
    a. AGAPB—contract manufacturing agreement
    b. AGA Japanese branch—R&D services agreement
    c. Distributors—distribution agreements

3. Accounting protocols

**Timing**

[ ]

**Fees**

Our fees for the services described above are based on the time required for work performed, the complexity of any technical issues addressed, and the impact of any deadlines imposed by you or by third parties. We will also apply an overhead charge equal to 10% of our fee for various indirect expenses including computer charges, access to our knowledge database and technology resources, photocopying, delivery, clerical assistance and other administrative expenses.

We estimate that the amount of our fees for our services will be _____. Please note this is an estimate only, and our actual fee will be based on the factors described above. Our fees do not include out of pocket expenses for travel, and for tax advice and tax consulting services beyond the Scope of Work within this SOW.

**Oral Advice**

CONFIDENTIAL

031

AGA00232740

Mr. Bryan Coy
Aruze Gaming America, Inc.
Statement of Work Number 11
February 25, 2015
Page 3

It is our policy to confirm to you in writing all tax advice upon which you may justifiably rely. Oral advice that is not confirmed in writing should be considered our preliminary reaction. You should not proceed in reliance on oral advice until receiving such written confirmation

Sincerely,

**McGladrey LLP**



Agreed and Accepted:

**Aruze Gaming America, Inc.**


_____        _____