Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone:  (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Bruce R. Genderson *(pro hac vice)*
David M. Krinsky *(pro hac vice)*
Adam D. Harber *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  bgenderson@wc.com
Email:  dkrinsky@wc.com
Email:  aharber@wc.com

David S. Krakoff *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
Preston Burton *(pro hac vice)*
Bradley Marcus *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone:  (202) 349-8000
Facsimile:   (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com
Email:  pburton@buckleyfirm.com
Email:  bmarcus@buckleyfirm.com

*Attorneys for Plaintiff/Counter-Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK)<br><br>**STIPULATION AND ORDER TO EXTEND TIME RE: BRIEFING SCHEDULE FOR MOTION FOR SANCTIONS AGAINST UEC RELATED TO MR. TOKUDA'S WECHAT COMMUNICATIONS WITH SRB TECH**<br><br>**(FIRST REQUEST)** |

1    IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Plaintiff/Counter-Defendant Universal Entertainment Corporation ("UEC") to file its Opposition to Defendants/Counter-Claimants Aruze Gaming America, Inc. and Kazuo Okada's (collectively, "Defendants") Motion for Sanctions Against UEC Related to Mr. Tokuda's WeChat Communications with SRB Tech ("Motion for Sanctions," filed under seal on October 6, 2022 – ECF No. 605) is extended seven (7) days, from October 20, 2022 to October 27, 2022. Likewise, the time for Defendants to submit their Reply is extended seven (7) days, from November 3, 2022 to November 10, 2022. This is the first stipulation for extension of time for both the Opposition and Reply to the Motion for Sanctions.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

These extension requests are necessary to provide counsel additional time to evaluate the allegations associated with the Motion for Sanctions and to provide additional time to prepare and coordinate the Opposition and Reply with Japanese-based clients.  Accordingly, for good cause showing, the parties have agreed to the foregoing extensions.

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 21, 2022