# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., et al.,<br><br>Defendants. | Case No. 2:18-cv-00585-RFB-NJK<br><br>**Order**<br><br>[Docket No. 613] |

Pending before the Court is the parties' stipulation to extend Plaintiff's time to file opposition to Defendants' motion to compel. Docket No. 613. The stipulation fails to comply with the Local Rules. Specifically, a signature block for the Court to approve the relief sought must appear on the same page as the last text of the stipulation. *See* Local Rule IA 6-2.

Accordingly, the parties' stipulation is **DENIED** without prejudice. Docket No. 613. A stipulation fully complying with this Court's Local Rules must be submitted by October 28, 2022.

IT IS SO ORDERED.

Dated: October 26, 2022

_____
Nancy J. Koppe
United States Magistrate Judge