Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Bruce R. Genderson (pro hac vice)
David M. Krinsky (pro hac vice)
Adam D. Harber (pro hac vice)
Matthew W. Lachman (pro hac vice)
Nicholas W. Jordan (pro hac vice)
Sarahi Uribe (pro hac vice)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email:  bgenderson@wc.com
Email:  dkrinsky@wc.com
Email:  aharber@wc.com
Email:  mlachman@wc.com
Email:  njordan@wc.com
Email:  suribe@wc.com
*Attorneys for Plaintiff/Counter-Defendants*

David S. Krakoff (pro hac vice)
Lauren R. Randell (pro hac vice)
Adam B, Miller (pro hac vice)
Preston Burton (pro hac vice)
Bradley Marcus (pro hac vice)
Rachel S. Li Wai Suen (pro hac vice)
**BUCKLEY LLP**
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com
Email:  pburton@buckleyfirm.com
Email:  bmarcus@buckleyfirm.com
Email:  rliwaisuen@buckleyfirm.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>Vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK)<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF UNIVERSAL ENTERTAINMENT CORPORATION TO FILE OPPOSITION TO DEFENDANT ARUZE GAMING AMERICA, INC.'S MOTION TO COMPEL PLAINTIFF TO PROVIDE A COMPLETE RESPONSE TO DEFENDANT'S INTERROGATORY NO. 16 AND FOR DEFENDANT TO REPLY**<br><br>**(SECOND REQUEST RE: OPPOSITION & FIRST REQUEST RE: REPLY)** |

| | |
|---|---|
| ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual, Counter-Claimants, vs. UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual, Counter-Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Plaintiff/Counter-Defendant Universal Entertainment Corporation ("UEC") to file its Opposition to Defendants/Counter-Claimant Aruze Gaming America, Inc.'s ("AGA") Motion to Compel UEC to Provide a Complete Response to AGA's Interrogatory No. 16 ("Motion to Compel," filed on October 14, 2022 – ECF No. 610) is extended seven (7) days, from November 11, 2022 to November 18, 2022 and that AGA's time to file a Reply is then extended (7) days, from November 28, 2022 to December 5, 2022.  This is the second request for extension of time for UEC's Opposition to the Motion to Compel and the first request for extension of time for AGA's Reply in support of the Motion to Compel.  The Court granted the parties' first extension request related to the Opposition on October 27, 2022 (ECF No. 617).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This extension request is necessary to provide counsel additional time to evaluate the allegations associated with the Motion to Compel and to provide additional time to prepare and coordinate the Opposition and Reply with Japanese-based clients.  Further, the extension is necessary to accommodate counsel's schedules in view of other deadlines and events in this matter.  Accordingly, for good cause showing, the parties have agreed to the foregoing extension.

Dated this 10th day of November, 2022.

**EVANS FEARS & SCHUTTERT LLP**

/s/ Jay J. Schuttert
Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

Bruce R. Genderson (pro hac vice)
David M. Krinsky (pro hac vice)
Adam D. Harber (pro hac vice)
Matthew W. Lachman (pro hac vice)
Nicholas W. Jordan (pro hac vice)
Sarahi Uribe (pro hac vice)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street NW
Washington, DC 20005

David S. Krakoff (pro hac vice)
Lauren R. Randell (pro hac vice)
Adam B, Miller (pro hac vice)
Preston Burton (pro hac vice)
Bradley Marcus (pro hac vice)
Rachel S. Li Wai Suen (pro hac vice)
**BUCKLEY LLP**
2001 M Street NW, Suite 500
Washington, DC 20036
Attorneys for Plaintiff/Counter-Defendants

**KLARQUIST SPARKMAN LLP**

/s/ Caroline L. Desmond
Kristin L. Cleveland (pro hac vice)
Caroline L. Desmond (pro hac vice)
Jeffrey S. Love (pro hac vice)
Ryan L. Frei (pro hac vice)
One World Trade Center
121 S.W. Salmon, Suite 1600
Portland, OR 97204
Attorneys for Defendant/Counterclaimant Aruze Gaming America, Inc.

J. Stephen Peek, Esq. (SBN 1758)
Bryce K. Kunimoto, Esq. (SBN 7781)
Robert J. Cassity, Esq. (SBN 9779)
Erica C. Medley, Esq. (SBN 13959)
Jessica Whelan, Esq. (SBN 14781)
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Attorneys for Defendants/Counterclaimants Aruze Gaming America, Inc. and Kazuo Okada

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE


DATED:  November 14, 2022
_____
Case No.: 2:18-CV-00585-RFB-NJK

3