# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., et al.,<br><br>    Defendants. | Case No. 2:18-cv-00585-RFB-NJK<br><br>**Order**<br><br>[Docket No. 630] |

Pending before the Court is non-parties Dana Welch and International Institution for Conflict Prevention and Resolution's motion to quash subpoena, filed on an emergency basis. Docket No. 630. The motion seeks to quash a subpoena for Ms. Welch's deposition, which is currently scheduled for December 5, 2022. *Id.* at 1. The Court has reviewed the motion and does not find emergency treatment of the motion to be appropriate.

Accordingly, the motion will be briefed and decided in the ordinary course. The deposition of Dana Welch currently scheduled for December 5, 2022, is **VACATED** pending resolution of the motion to quash.

IT IS SO ORDERED.

Dated: November 21, 2022

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge