Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorney for Non-Party Dana Welch*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual;<br><br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada Corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, AND JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | Case No.:  2:18-CV-00585-RFB-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR INTERESTED PARTY DANA WELCH'S REPLY IN SUPPORT OF ITS MOTION QUASH SUBPOENA**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1, Plaintiff Counter-Defendant Universal Entertainment Corporation ("Universal"), Defendant-Counter-claimant Kazuo Okada ("Okada"), and Interested Parties Dana Welch ("Welch") and the International Institute for Conflict Prevention & Resolution (hereinafter and collectively, "the Parties"), by and through their respective counsel of records, hereby submit

1 this Stipulation and Order Extending Time for the Reply in Support of the Motion to Quash
2 Subpoena, the filing date of which is currently December 9, 2022. The Parties request an additional
3 30 days within which Ms. Welch may file her reply brief.

4       This request is not made for purposes of delay, but rather to allow the Parties an opportunity
5 to attempt to resolve the matter without further Court intervention. Specifically, Defendant-Counter-
6 Claimant Okada has agreed to stipulate to the admissibility of the Arbitration Award, which may
7 eliminate the need for Ms. Welch's testimony. The Parties request the additional time to finalize the
8 factual stipulation between Universal and Okada and resolve any further disputes covered by Ms.
9 Welch's potential testimony.

10       The Parties anticipate that the requested continuance will resolve the issue, allowing for the
11 withdrawal of the subpoena and the subsequent withdrawal the motion to quash. As such, the
12 extension would not only save resources of the Parties, including Non-Party Ms. Welch, but will
13 conserve judicial resources.

14       The Parties stipulate and agree to a thirty (30) day extension of time from December 9, 2022,
15 up to and including **January 9, 2023**, for Interested Party, Dana Welch's Reply in Support of Motion
16 to Quash Subpoena.

17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 8^(TH) day of December, 2022. | Dated this 8^(TH) day of December, 2022. |
| HOLLAND & HART LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | |
| */s/ J. Stephen Peek* | */s/ Kathryn C. Newman* |
| J. Stephen Peek, Esq. | Kathryn C. Newman |
| Nevada Bar No. 1758 | Nevada Bar No. 13733 |
| Bryce K. Kuminoto, Esq. | 10801 W. Charleston Blvd. |
| Nevada Bar No. 7781 | Suite 500 |
| Jessica E. Whelan | Las Vegas, NV  89135 |
| Nevada Bar No. 14781 | |
| Erica C. Medley | *Attorney for Non-Party Dana Welch* |
| Nevada Bar No. 13959 | |
| 9555 Hillwood Drive, 2nd Floor | DEBEVOISE & PLIMPTON LLP |
| Las Vegas, NV 89134 | William H. Taft V |
| *Attorneys for Plaintiff/Counter-Defendants* | 919 Third Avenue |
| *Aruze Gaming America, Inc. and Kazuo Okada* | New York, NY 10022 |
| | *Pro Hac Pending* |
| | |
| | *Attorneys for Non-Party International Institute for Conflict Prevention Resolution* |
| */s/ Adam B. Miller* | |
| David S. Krakoff *(pro hac vice)* | |
| Preston Burton *(pro hac vice)* | |
| Lauren R. Randell *(pro hac vice)* | |
| Adam B. Miller *(pro hac vice)* | |
| Bradley A. Marcus *(pro hac vice)* | |
| 2001 M Street NW, Suite 500 | |
| Washington, DC 20036 | |
| *Attorneys for Plaintiff/Counter-Defendants* | |
| *Universal Entertainment Company* | |

**ORDER**

IT SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

 December 9, 2022
DATED

3