Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorney for Non-Party Dana Welch*

William H. Taft V
whtaft@debevoise.com *(Pro Hac Vice Pending)*
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: 212.909.6877
*Attorneys for Non-Party International Institution for Conflict Prevention & Resolution*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual;<br><br>Defendants.<br>ARUZE GAMING AMERICA, INC., a Nevada Corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, AND JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | Case No.:  2:18-CV-00585-RFB-NJK<br><br>**ORDER EXTENDING TIME FOR INTERESTED PARTY DANA WELCH'S REPLY IN SUPPORT OF ITS MOTION TO QUASH SUBPOENA (ECF NO. 630)**<br><br>**(SECOND REQUEST)** |

1  Pursuant to LR 6-1, Plaintiff Counter-Defendant Universal Entertainment Corporation
2  ("Universal"), Defendant-Counter-claimant Kazuo Okada ("Okada"), and Interested Parties Dana
3  Welch ("Welch") and the International Institute for Conflict Prevention & Resolution (hereinafter
4  and collectively, "the Parties"), by and through their respective counsel of records, hereby submit
5  this Stipulation and Order Extending Time for the Reply in Support of the Motion to Quash
6  Subpoena, the filing date of which is currently January 9, 2023. The Parties request the Court allow
7  Ms. Welch through February 24, 2023, to file her reply brief. This is the second request to continue
8  the reply date.

9  This request is not made for purposes of delay. The Parties request the opportunity to attempt
10 to resolve the matter without further Court intervention. Specifically, Defendant-Counter-Claimant
11 Okada has agreed to stipulate to the admissibility of the Arbitration Award, which may eliminate the
12 need for Ms. Welch's testimony. The Parties request the additional time to finalize the factual
13 stipulation between Universal and Okada and resolve any further disputes covered by Ms. Welch's
14 potential testimony.

15 Further, Ms. Welch has filed a parallel Motion to Quash the subpoena in the Northern District
16 of California. *See* Non-Party Dana Welch's Motion to Quash Subpoena, *Universal Entertainment*
17 *Corp. v. Aruze Gaming Amer., Inc.,* Case No. 4:22-mc-80339, attached as **Exhibit A**. Ms. Welch has
18 also filed a motion requesting that court transfer her Motion to Quash to this Court for consideration.
19 Motion to Transfer Venue, *Universal Entertainment Corp. v. Aruze Gaming Amer., Inc.,* Case No.
20 4:22-mc-80339-DMR (D. Nev.), attached as **Exhibit B**. This motion and the requested transfer
21 addresses, without conceding, the venue issues raised in Universal Entertainment's response to the
22 motion. ECF No. 641 at 8-9. The U.S. Magistrate Judge in the Northern District of California has
23 set a hearing on the motions on February 9, 2023. The additional time requested allows that court
24 time to rule on these motions, which may narrow the issues to be decided by the Court in this case.

25 The Parties anticipate that the requested continuance may resolve the issue through an
26 evidentiary stipulation, allowing for the withdrawal of the subpoena and the subsequent withdrawal
27 the motion to quash. Alternatively, the proceedings in the Northern District of California may resolve
28 the matter by granting the motion to quash or narrow those issues before this Court by addressing

the procedural challenge raised in Universal's opposition. As such, the extension would not only save resources of the Parties, including Non-Party Ms. Welch, but will conserve judicial resources.

The Parties stipulate and agree to continue the time within Interested Party Dana Welch may file a Reply in Support of Motion to Quash Subpoena from January 9, 2023, up to and including **February 24, 2023**.

IT IS SO STIPULATED.

| Dated this 9th day of January, 2023. | Dated 9th day of January, 2023. |
|---|---|
| HOLLAND & HART LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Erica C. Medley | /s/ Kathryn C. Newman |
| J. Stephen Peek, Esq.<br>Nevada Bar No. 1758<br>Bryce K. Kuminoto, Esq.<br>Nevada Bar No. 7781<br>Jessica E. Whelan<br>Nevada Bar No. 14781<br>Erica C. Medley<br>Nevada Bar No. 13959<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>*Attorneys for Plaintiff/Counter-Defendants Aruze Gaming America, Inc. and Kazuo Okada* | Kathryn C. Newman<br>Nevada Bar No. 13733<br>10801 W. Charleston Blvd.<br>Suite 500<br>Las Vegas, NV 89135<br><br>*Attorney for Non-Party Dana Welch*<br><br>DEBEVOISE & PLIMPTON LLP<br>William H. Taft V<br>919 Third Avenue<br>New York, NY 10022<br>*Pro Hac Pending*<br><br>*Attorneys for Non-Party International Institute for Conflict Prevention Resolution* |

/s/ Adam B. Miller

David S. Krakoff *(pro hac vice)*
Preston Burton *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam B. Miller *(pro hac vice)*
Bradley A. Marcus *(pro hac vice)*
2001 M Street NW, Suite 500
Washington, DC 20036
*Attorneys for Plaintiff/Counter-Defendants Universal Entertainment Company*

IT SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

January 10, 2023
DATED

3