Jeffrey S. Love, Esq. (*pro hac vice*)
Kristin L. Cleveland, Esq. (*pro hac vice*)
Caroline L. Desmond (*pro hac vice*)
Ryan L. Frei (*pro hac vice*)
Todd M. Siegel (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
jeffrey.love@klarquist.com
kristin.cleveland@klarquist.com
caroline.desmond@klarquist.com
ryan.frei@klarquist.com
todd.siegel@klarquist.com

*Attorneys for Defendant Aruze Gaming America, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | CASE NO.: 2:18-00585-RFB-NJK<br><br>**DEFENDANT ARUZE GAMING AMERICA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RENEWED MOTION TO COMPEL PLAINTIFF UNIVERSAL ENTERTAINMENT CORP. TO PROVIDE A COMPLETE RESPONSE TO AGA'S INTERROGATORY NO. 16** |
| ARUZE GAMING AMERICA, INC., a Nevada corporation; KAZU OKADA, an individual,<br><br>Counter Claimants,<br><br>v.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter Defendants | **EXPEDITED RULING REQUESTED** |

1       Defendant Aruze Gaming America, Inc., by and through undersigned counsel, hereby moves this Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) for an Order extending the time for Defendant file a renewed motion to compel a response to Interrogatory No. 16 from its current due date of January 13 to January 27. This is AGA's first request.

       On December 13, the Court entered an Order (ECF No. 657) denying Defendant's motion to compel Plaintiff to provide a complete response to Interrogatory No. 16 (ECF No. 610) and directed the parties to return to the meet-and-confer process. Plaintiff provided a further supplement on December 30.  The parties held another round of meet and confers after that supplement, wherein parties were able to narrow the scope of the request. Plaintiff has now agreed to provide another supplement by January 20. Therefore, Defendant AGA asks that the deadline to file its renewed motion to compel be extended from January 13 to January 27.

       Plaintiff has indicated that it does not oppose this extension.

       Defendant further requests an expedited ruling on this motion, prior to the current January 13 deadline to file renewed discovery motions.

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 12, 2023