UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION,<br><br>　　　Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., et al.,<br><br>　　　Defendants. | Case No. 2:18-cv-00585-RFB-NJK<br><br>Order |

The Court previously directed the Clerk's Office to unseal Exhibit C to Defendant's reply in support of its motion to compel Plaintiff to provide a complete response to AGA's Interrogatory Request No. 16. *See* Docket No. 685. Due to an issue with the CM/ECF software, however, the Clerk's Office is unable to do so. Accordingly, Defendant is **ORDERED** to file a notice of compliance attaching Exhibit C to its motion to compel Plaintiff to provide a complete response to AGA's Interrogatory Request No. 16, found at Docket No. 643-4, on the public docket no later than **January 17, 2023**.

　　　IT IS SO ORDERED.

　　　Dated: January 13, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge