UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., et al.,<br><br>Defendants. | Case No. 2:18-cv-00585-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 655] |

Pending before the Court is Plaintiff's motion to seal portions of its motion for leave to extend duration of deposition and certain exhibits thereto. Docket No. 655. Plaintiff seeks to seal Exhibits 4 and 5 and the portions of its motion discussing those exhibits. *Id.* at 2-3. Plaintiff's sole reason for seeking sealing is that Defendants have designated the relevant documents "Confidential" or "Highly Confidential." *Id.* at 3. Defendants have failed to file the notice required by this Court's order explaining why Exhibits 4 and 5 should remain sealed, and the time to do so has now passed. *See* Docket No. 203 at 2; *see also* Docket. Accordingly, Defendants are **ORDERED** to file a notice explaining whether Plaintiff's motion to seal should be granted no later than January 27, 2023.

**NO FURTHER EXTENSIONS WILL BE GIVEN TO FILE REQUIRED NOTICES. FAILURE TO FILE THE REQUIRED NOTICE IN RESPONSE TO ANY FUTURE MOTIONS TO SEAL MAY RESULT IN THE SUBJECT DOCUMENTS BEING UNSEALED.**

IT IS SO ORDERED.

Dated: January 20, 2023

_____
Nancy J. Koppe
United States Magistrate Judge