| | |
|---|---|
| Jay J. Schuttert, Esq. (SBN 8656) <br> David W. Gutke, Esq. (SBN 9820) <br> **EVANS FEARS & SCHUTTERT LLP** <br> 6720 Via Austi Parkway, Suite 300 <br> Las Vegas, NV 89119 <br> Telephone: (702) 805-0290 <br> Facsimile: (702) 805-0291 <br> Email:  jschuttert@efstriallaw.com <br> Email:  dgutke@efstriallaw.com <br><br> Bruce R. Genderson *(pro hac vice)* <br> David M. Krinsky *(pro hac vice)* <br> Adam D. Harber *(pro hac vice)* <br> Matthew W. Lachman *(pro hac vice)* <br> Nicholas W. Jordan *(pro hac vice)* <br> Sarahi Uribe *(pro hac vice)* <br> **WILLIAMS & CONNOLLY LLP** <br> 725 Twelfth Street NW <br> Washington, DC 20005 <br> Telephone: (202) 434-5000 <br> Facsimile: (202) 434-5029 <br> Email:  bgenderson@wc.com <br> Email:  dkrinsky@wc.com <br> Email:  aharber@wc.com <br> Email:  mlachman@wc.com <br> Email:  njordan@wc.com <br> Email:  suribe@wc.com | David S. Krakoff *(pro hac vice)* <br> Lauren R. Randell *(pro hac vice)* <br> Adam B, Miller *(pro hac vice)* <br> Preston Burton *(pro hac vice)* <br> Bradley Marcus *(pro hac vice)* <br> **BUCKLEY LLP** <br> 2001 M Street NW, Suite 500 <br> Washington, DC 20036 <br> Telephone: (202) 349-8000 <br> Facsimile: (202) 349-8080 <br> Email:  dkrakoff@buckleyfirm.com <br> Email:  lrandell@buckleyfirm.com <br> Email:  amiller@buckleyfirm.com <br> Email:  pburton@buckleyfirm.com <br> Email:  bmarcus@buckleyfirm.com |

*Attorneys for Plaintiff/Counter-Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, <br><br> Plaintiff, <br><br> Vs. <br><br> ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual, <br><br> Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK) <br><br> **ORDER TO EXTEND TIME FOR RESPONSES TO MOTIONS TO SEAL** <br><br> **(FIRST REQUEST)** |

1

| | |
|---|---|
| ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>           Counter-Claimants,<br><br>    vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>           Counter-Defendants. | |

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff/Counter-Defendant Universal Entertainment Corporation ("Universal") and Defendants Aruze Gaming America, Inc. ("AGA") and Mr. Kazuo Okada ("Okada"), through their respective counsel of record, that the deadlines for Universal and AGA to respond[1] to certain motions to seal are extended as detailed herein. Universal's response to Defendants' Motion to Seal or Redact Second Renewed Motion to Compel Documents Concerning City-Yuwa Partners Law Firm's Investigation of Mr. Okada and Request for In Camera Review and Certain Exhibits Thereto (ECF No. 695, filed January 13, 2023) is extended seven (7) days, from January 20, 2023 to July 27, 2023.  Likewise, AGA's response to Universal's Motion for Leave to File under Seal Renewed Motion to Compel Production of RSM Documents Withheld under Unsupported Privilege Claims and Certain Exhibits Thereto (ECF No. 697, filed on January 13, 2023) is extended seven (7) days, from January 20, 2023 to January 27, 2023.  This is the first request to extend the deadline for Universal's and AGA's responses to the above motions to seal.

      These extension requests are necessary to provide Universal's and AGA's lawyers additional time to evaluate the sensitivity and confidentiality concerns related to the motions to seal and the

---

[1] Pursuant to the Court's June 1, 2020 Order, within seven days of filing a motion to seal the opposing party must file "either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing." ECF No. 203, at 2.

exhibits at issue, and to provide additional time for counsel to prepare and coordinate their responses with Japan-based clients. Accordingly, for good cause showing, the parties have agreed to the foregoing extensions.

Dated this 20th day of January, 2023.

**EVANS FEARS & SCHUTTERT LLP**

/s/ Jay J. Schuttert
Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

Bruce R. Genderson (pro hac vice)
David M. Krinsky (pro hac vice)
Adam D. Harber (pro hac vice)
Matthew W. Lachman (pro hac vice)
Nicholas W. Jordan (pro hac vice)
Sarahi Uribe (pro hac vice)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street NW
Washington, DC 20005

David S. Krakoff (pro hac vice)
Lauren R. Randell (pro hac vice)
Adam B, Miller (pro hac vice)
Preston Burton (pro hac vice)
Bradley Marcus (pro hac vice)
**BUCKLEY LLP**
2001 M Street NW, Suite 500
Washington, DC 20036

*Attorneys for Plaintiff/Counter-Defendants*

**HOLLAND & HART LLP**

/s/ Erica C. Medley
J. Stephen Peek, Esq. (SBN 1758)
Bryce K. Kunimoto, Esq. (SBN 7781)
Robert J. Cassity, Esq. (SBN 9779)
Erica C. Medley, Esq. (SBN 13959)
Jessica Whelan, Esq. (SBN 14781)
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendants/Counterclaimants Aruze Gaming America, Inc. and Kazuo Okada*

Kristin L. Cleveland (pro hac vice)
Caroline L. Desmond (pro hac vice)
Jeffrey S. Love (pro hac vice)
Ryan L. Frei (pro hac vice)
**KLARQUIST SPARKMAN, LLP**
One World Trade Center
121 S.W. Salmon, Suite 1600
Portland, OR 97204

*Attorneys for Defendant/Counterclaimant Aruze Gaming America, Inc.*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 23, 2023
Case No.: 2:18-CV-00585-RFB-NJK