Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

Bruce R. Genderson *(pro hac vice)*
David M. Krinsky *(pro hac vice)*
Adam D. Harber *(pro hac vice)*
Matthew W. Lachman *(pro hac vice)*
Nicholas W. Jordan *(pro hac vice)*
Sarahi Uribe *(pro hac vice)*
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: bgenderson@wc.com
Email: dkrinsky@wc.com
Email: aharber@wc.com
Email: mlachman@wc.com
Email: njordan@wc.com
Email: suribe@wc.com

David S. Krakoff *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam B, Miller *(pro hac vice)*
Preston Burton *(pro hac vice)*
Bradley Marcus *(pro hac vice)*
**BUCKLEY LLP**
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
Email: dkrakoff@buckleyfirm.com
Email: lrandell@buckleyfirm.com
Email: amiller@buckleyfirm.com
Email: pburton@buckleyfirm.com
Email: bmarcus@buckleyfirm.com

*Attorneys for Plaintiff/Counter-Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>Vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK)<br><br>**STIPULATION AND ORDER RE: DEPOSITION AT U.S. EMBASSY IN TOKYO, JAPAN FOR MR. KAZUO OKADA** |

1

| | |
|---|---|
| ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual, | |
| Counter-Claimants, | |
| vs. | |
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual, | |
| Counter-Defendants. | |

**TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES**

**ASSIGNED TO TOKYO, JAPAN**

In accordance with the protocols required by the United States Embassy in Tokyo, Japan, the undersigned parties, by and through their respective counsel (collectively, the "Parties"), hereby agree and stipulate as follows regarding the deposition of Mr. Kazuo Okada:

It is stipulated that the deposition on notice of the following witness be taken at the United States Embassy in Tokyo, Japan:

| | |
|---|---|
| Witness Name: | Mr. Kazuo Okada |
| Address: | 12-4 Sarugakucho Shibuya-ku, Tokyo-to 150-0033 Japan |

The deposition will commence on or about March 6, 2023 at 8:30am (Japan time) and terminate on or about March 10, 2023 at 4:00pm (Japan time),[1] and the Parties must mark any documentary exhibits in connection therewith.

Thomas Preston Burton, Lauren Reid Randell, David Milton Krinsky and/or Adam Daniel Harber will participate in said deposition as counsel for Plaintiff; and J. Stephen Peek and/or Bryce Kunimoto will participate in said deposition as counsel for the Defendants. The proceedings will be

---

[1] The Court has ordered that the Plaintiff may take Mr. Okada's deposition for up to 12.5 days in the U.S. Embassy.  *See* ECF 661. As the Parties have agreed to take Mr. Okada's deposition in multiple phases, the instant deposition scheduled for March 6, 2023 to March 10, 2023 will constitute the first 5 days of Mr. Okada's deposition.

2

interpreted by Noriko Hasegawa and reported by Katherine Schilling. Please cause the testimony of said witness to be reduced to writing. If requested by a witness or party, the witness must be provided with an opportunity to review the deposition in accordance with Fed. R. Civ. P. 30(e). The Parties agree that the Embassy will annex said deposition testimony to its commission and close the same under its seal and return it to the Court with all convenient speed.

Dated this 26th day of January, 2023.

| **EVANS FEARS & SCHUTTERT LLP** | **HOLLAND & HART LLP** |
|---|---|
| */s/ Jay J. Schuttert*<br>Jay J. Schuttert, Esq. (SBN 8656)<br>David W. Gutke, Esq. (SBN 9820)<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br><br>Bruce R. Genderson *(pro hac vice)*<br>David M. Krinsky *(pro hac vice)*<br>Adam D. Harber *(pro hac vice)*<br>Matthew W. Lachman *(pro hac vice)*<br>Nicholas W. Jordan *(pro hac vice)*<br>Sarahi Uribe *(pro hac vice)*<br>**WILLIAMS & CONNOLLY LLP**<br>725 Twelfth Street NW<br>Washington, DC 20005<br><br>David S. Krakoff *(pro hac vice)*<br>Lauren R. Randell *(pro hac vice)*<br>Adam B, Miller *(pro hac vice)*<br>Preston Burton *(pro hac vice)*<br>Bradley Marcus *(pro hac vice)*<br>**BUCKLEY LLP**<br>2001 M Street NW, Suite 500<br>Washington, DC 20036<br><br>*Attorneys for Plaintiff/Counter-Defendants* | */s/ Erica C. Medley*<br>J. Stephen Peek, Esq. (SBN 1758)<br>Bryce K. Kunimoto, Esq. (SBN 7781)<br>Robert J. Cassity, Esq. (SBN 9779)<br>Erica C. Medley, Esq. (SBN 13959)<br>Jessica Whelan, Esq. (SBN 14781)<br>**HOLLAND & HART LLP**<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br><br>*Attorneys for Defendants/Counterclaimants Aruze Gaming America, Inc. and Kazuo Okada*<br><br>Kristin L. Cleveland *(pro hac vice)*<br>Caroline L. Desmond *(pro hac vice)*<br>Jeffrey S. Love *(pro hac vice)*<br>Ryan L. Frei *(pro hac vice)*<br>**KLARQUIST SPARKMAN, LLP**<br>One World Trade Center<br>121 S.W. Salmon, Suite 1600<br>Portland, OR 97204<br><br>*Attorneys for Defendant/Counterclaimant Aruze Gaming America, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 27, 2023
Case No.: 2:18-CV-00585-RFB-NJK