Jay J. Schuttert, Esq. (Nevada Bar No. 8656)
David W. Gutke, Esq. (Nevada Bar No. 9820)
EVANS FEARS & SCHUTTERT LLP
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone:  (702) 805-0290
Facsimile: (702) 805-0291
Email:  jschuttert@efstriallaw.com
Email:  dgutke@efstriallaw.com

Bruce R. Genderson *(pro hac vice)*
David M. Krinsky *(pro hac vice)*
Adam D. Harber *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  bgenderson@wc.com
Email:  dkrinsky@wc.com
Email:  aharber@wc.com

David S. Krakoff *(pro hac vice)*
Lauren R. Randell *(pro hac vice)*
Adam Miller *(pro hac vice)*
Preston Burton *(pro hac vice)*
Bradley Marcus *(pro hac vice)*
BUCKLEY LLP
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone:  (202) 349-8000
Facsimile:   (202) 349-8080
Email:  dkrakoff@buckleyfirm.com
Email:  lrandell@buckleyfirm.com
Email:  amiller@buckleyfirm.com
Email:  pburton@buckleyfirm.com
Email:  bmarcus@buckleyfirm.com

*Attorneys for Plaintiff/Counter-Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | Case No.: 2:18-CV-00585 (RFB)(NJK)<br><br>**ORDER TO EXTEND TIME RE: BRIEFING SCHEDULE FOR SECOND RENEWED MOTION TO COMPEL DOCUMENTS CONCERNING CITY-YUWA PARTNERS LAW FIRM'S INVESTIGATION OF MR. OKADA AND REQUEST FOR IN CAMERA REVIEW**<br><br>**(FIRST REQUEST RE: OPPOSITION AND REPLY)**<br><br>**(SECOND REQUEST RE: RESPONSE TO ACCOMPANYING MOTION TO SEAL)** |

1

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Plaintiff/Counter-Defendants Universal Entertainment Corporation ("UEC") to file its Opposition to Defendants/Counter-Claimants Aruze Gaming America, Inc.'s ("AGA") and Kazuo Okada's ("Mr. Okada") (collectively "Defendants") Second Renewed Motion to Compel Documents Concerning City-Yuwa Partners Law Firm's Investigation of Mr. Okada and Request for In Camera Review ("Second Renewed Motion to Compel," filed under seal on January 13, 2023 – ECF No. 696) is extended seven (7) days, from January 27, 2023 to February 3, 2023. Likewise, the time for Defendants to submit their Reply is extended seven (7) days, from February 10, 2023 to February 17, 2023. This is the first stipulation for extension of time for both the Opposition and Reply to the Second Renewed Motion to Compel.

In addition, the deadline to respond[1] to the accompanying motion to seal the Second Renewed Motion to Compel (ECF No. 695, filed January 13, 2023) is extended seven (7) days from January 27, 2023 to February 3, 2023. This is the second request to extend the deadline for the response to the motion to seal. The Court previously approved the parties' first request to extend on January 23, 2023 (ECF No. 709).[2]

/ /

/ /

/ /

/ /

/ /

---

[1] Pursuant to the Court's June 1, 2020 Order, within seven days of filing a motion to seal the opposing party must file "either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing." ECF No. 203, at 2.

[2] The parties also acknowledge the Court's January 20, 2023 Order regarding extending the notice to the motion to seal at issue therein. *See* ECF No. 707. In particular, the Court stated "NO FURTHER EXTENSIONS WILL BE GIVEN TO FILE REQUIRED NOTICES. FAILURE TO FILE THE REQUIRED NOTICE IN RESPONSE TO ANY FUTURE MOTIONS TO SEAL MAY RESULT IN THE SUBJECT DOCUMENTS BEING UNSEALED." *Id*. at 1:20-22. The parties interpret this language as applicable to the circumstance where a party fails to file the required notice to a motion to seal, as opposed to the current request where the parties are preemptively seeking an extension of the required notice deadline for good cause.

These extension requests are necessary to provide counsel additional time to evaluate the allegations associated with the Second Renewed Motion to Compel and accompanying motion to seal, to provide additional time to prepare and coordinate their filings with Japanese-based clients, and to accommodate counsel's schedules. Accordingly, for good cause showing, the parties have agreed to the foregoing extensions.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

<u>**ORDER**</u>

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 27, 2023