J. Stephen Peek, Esq. (1758)
Bryce K. Kunimoto, Esq. (7781)
Erica C. Medley, Esq. (13959)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
speek@hollandhart.com
bkunimoto@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*

Jeffrey S. Love, Esq. (*pro hac vice*)
Kristin L. Cleveland, Esq. (*pro hac vice*)
Caroline L. Desmond, Esq. (*pro hac vice*)
Ryan L. Frei, Esq. (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
jeffrey.love@klarquist.com
kristin.cleveland@klarquist.com
caroline.desmond@klarquist.com
ryan.frei@klarquist.com

*Attorneys for Defendant Aruze Gaming America, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC. a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimant,<br><br>v. | Case No.: 2:18-cv-00585-RFB-NJK<br><br>**MOTION TO DISASSOCIATE COUNSEL** |

1

UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,

Counter-Defendant.

Defendants/Counterclaimants Aruze Gaming America, Inc. ("AGA") and Kazuo Okada ("Mr. Okada") (collectively "Defendants"), by and through their attorneys of record, Holland & Hart LLP, hereby submit this motion in accordance with LR IA 11-6 to disassociate Jessica E. Whelan, Esq. as an attorney of record in the above-entitled action. As of May 8, 2023, Ms. Whelan is no longer associated with the law firm of Holland & Hart, LLP.

In compliance with LR IA 11-6(b), Defendants have been provided notice of Ms. Whelan's departure. Additionally, all other parties to this action will be served a copy of this Motion upon filing and therefore receive notice of Ms. Whelan's departure.

This motion is made in good faith and not intended to delay pretrial proceedings, discovery, trial, or any hearings in this case. As a result, Defendants respectfully request this Court grant this motion in full and remove Ms. Whelan from the above-entitled matter. Defendants additionally request all notices continue to be directed to the attention of the undersigned counsel, J. Stephen Peek, Esq., Bryce K. Kunimoto, Esq. and Erica C. Medley, Esq. of the law firm of Holland & Hart LLP.

DATED this 9th day May 2023.

**HOLLAND & HART LLP**

*/s/ J. Stephen Peek*
J. Stephen Peek
Bryce K. Kunimoto
Erica C. Medley
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendants Aruze Gaming America, Inc. and Kazuo Okada*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 10, 2023