# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., et al.,<br><br>Defendants. | Case No. 2:18-cv-00585-RFB-NJK<br><br>**Order**<br><br>[Docket No. 732] |

Pending before the Court is Holland and Hart LLP's motion to withdraw as counsel for Defendant Kazuo Okada. Mr. Okada may file a response to the motion no later than August 8, 2023. The Clerk's Office is **INSTRUCTED** to mail and email a copy of this order to Mr. Okada at the addresses provided in Docket No. 732 at 4.

IT IS SO ORDERED.

Dated: July 11, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1