# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., et al.,<br><br>Defendants. | Case No. 2:18-cv-00585-RFB-NJK<br><br>**Order** |

On July 11, 2023, the Court set an August 8, 2023, deadline for Defendant Kazuo Okada to file a response to Holland and Hart LLP's motion to withdraw as his counsel. Docket No. 733. In light of Mr. Okada being located in Japan, the Court **EXTENDS** Mr. Okada's deadline to file a response to the motion to withdraw to September 15, 2023. The Clerk's Office is **INSTRUCTED** to mail and email a copy of this order to Mr. Okada at the addresses provided in Docket No. 732 at 4.

IT IS SO ORDERED.

Dated: August 16, 2023

_____
Nancy J. Koppe
United States Magistrate Judge