# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Defendants.<br><br>ARUZE GAMING AMERICA, INC., a Nevada corporation, KAZUO OKADA, an individual,<br><br>Counter-Claimants,<br><br>vs.<br><br>UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, ARUZE USA, a Nevada corporation, and JUN FUJIMOTO, an individual,<br><br>Counter-Defendants. | Case No.: 2:18-cv-00585-RFB-NJK<br><br>**ORDER GRANTING UNIVERSAL ENTERTAINMENT CORP., ARUZE USA, AND JUN FUJIMOTO'S MOTION TO WITHDRAW PABLO CHAPABLANCO AS COUNSEL OF RECORD** |

This matter is before the Court on the Motion to Withdraw as Counsel of Record (Dkt. 747) filed September 18, 2023. Pablo Chapablanco seeks to withdraw as counsel of record for Plaintiff and Counter-Defendant Universal Entertainment Corporation and Counter-Defendants Aruze USA, Inc. and Jun Fujimoto (together, the "Universal Parties"). The Motion represents that Pablo Chapablanco will no longer be associated with Williams & Connolly LLP, one of the firms representing the Universal Parties. The Motion also represents that the Universal Parties will continue to be represented in this action by attorneys Jay J. Schuttert and David Gutke of Evans Fears Schuttert McNulty Mickus LLP, David S. Krakoff, Lauren R. Randell, Adam B. Miller, Preston Burton, Bradley Marcus, Rachel Li Wai Suen, Michael Rosenberg, and Nuno Luo of Orrick, Herrington & Sutcliffe LLP, and Bruce R. Genderson, David M. Krinsky, Adam D. Harber, Matthew W. Lachman, and Nicholas W. Jordan of Williams & Connolly LLP. Local Rule IA 11-6 provides that "no withdrawal . . . will be approved if it will result

in delay of discovery, the trial, or any hearing in the case." This matter is currently stayed and withdrawal will not delay this action.

Having reviewed and considered this matter, and for good cause shown,

**IT IS SO ORDERED:**

1. The Motion to Withdraw (Dkt. 747) is GRANTED.

2. Plaintiff and Counter-Defendant Universal Entertainment Corporation and Counter-Defendants Aruze USA, Inc. and Jun Fujimoto will continue to be represented by attorneys Jay J. Schuttert and David Gutke of Evans Fears Schuttert McNulty Mickus, David S. Krakoff, Lauren R. Randell, Adam B. Miller, Preston Burton, Bradley Marcus, Rachel Li Wai Suen, Michael Rosenberg, and Nuno Luo of Orrick, Herrington & Sutcliffe LLP, and Bruce R. Genderson, David M. Krinsky, Adam D. Harber, Matthew W. Lachman, and Nicholas W. Jordan of Williams & Connolly LLP.

Dated 18th day of September, 2023.

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE