# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL ENTERTAINMENT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ARUZE GAMING AMERICA, INC., et al.,<br><br>    Defendants. | Case No. 2:18-cv-00585-RFB-NJK<br><br>**Order**<br><br>[Docket Nos. 732, 745] |

Pending before the Court is Holland & Hart LLP's motion to withdraw as counsel for Defendant Kazuo Okada. Docket No. 732. Plaintiff filed a response. Docket No. 734. Holland & Hart LLP filed a reply. Docket No. 735. Defendant Okada did not file a response to the motion to withdraw, and the time to do so has now passed.[1] *See* Docket. For good cause shown, the motion is **GRANTED**. In light of the Court's order, Defendant Okada's motion to disassociate J. Stephen Peek, Esq. as counsel of record is **GRANTED**. Docket No. 745. The Clerk's Office is **INSTRUCTED** to update the docket with Defendant's address as identified at Docket No. 746 at 1, and to mail and email this order to Defendant.

No later than October 30, 2023, Defendant must either file notice that he intends to proceed *pro se*, or new counsel must enter an appearance on his behalf.

IT IS SO ORDERED.

Dated: September 18, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Although he did not file a response to the instant motion, Defendant Okada filed a motion to dismiss in which he acknowledges that Holland & Hart LLP was formerly his counsel. *See* Docket No. 746 at 1.

1